IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARISTOTLE INTERNATIONAL, INC.,  )
     Plaintiff,  )
               v.  )     Civil Action No. 1: 05CV01700
)
NGP SOFTWARE, INC.,  )
     Defendant.  )

**CONSENT MOTION BY NGP SOFTWARE, INC.
FOR AN EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant NGP Software, Inc. ("NGP"), through undersigned counsel, hereby brings this unopposed motion for an extension of time within which to answer or otherwise oppose the complaint in the above-referenced action.

As support therefore, defendant NGP states as follows:

1. On or about August 30, 2005, the complaint in this action was served on NGP's designated agent for purposes of service. Under Rule 12 of the F.R.C.P., an answer is currently due on or about September 19, 2005.

2. Counsel for NGP, who has recently been retained as counsel, has conferred with counsel for the plaintiff and both parties agree, in the interests of efficiency, case management, and in the interests of justice, to an extension of time until October 3, 2005 for NGP to file an answer or other responsive pleading against the complaint.

3. On September 16, 2005, counsel for NGP spoke with counsel for the plaintiff concerning this motion. Plaintiff does not oppose this motion.

WHEREFORE, NGP respectfully requests that the Court grant this motion.

1

Dated:  September 19, 2005

Respectfully submitted,

.      Jay L. Cohen, P.C.

By:      _____/s/_____
Jay L. Cohen, (DC Bar # 280321)
5530 Wisconsin Ave.
Suite 1127
Chevy Chase, Maryland  20815
(301) 652-1153
(301) 652-1154 (facsimile)
Counsel of Record For Defendant NGP Sotware Inc.


_____
Jay B. Myerson (VSB 25664)
11860 Sunrise Valley Drive
Suite 100
Reston, Virginia   20191
(703) 715-9600
(703) 715-2230 (facsimile)
Counsel for Defendant NGP Software, Inc

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARISTOTLE INTERNATIONAL, INC.,     )
     Plaintiff,                              )
             v.                    )     Civil Action No. 1: 05CV01700
                  )
NGP SOFTWARE, INC.,                      )
     Defendant.                          )

## ORDER

Upon consideration of the Consent Motion by defendant NGP Software, Inc.

("NGP"), for an extension of time within which to file an answer or other responsive

pleading to the complaint in the above-referenced matter; it is hereby

ORDERED, that the time for defendant NGP Software, Inc., to move against or

answer the complaint in this action is hereby extended from September 19, 2005 to

October 3, 2005.

Entered this ___ day of September, 2005.


_____
Richard W. Roberts
United States District Court Judge

3