IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Jeffrey L. Karlin as counsel in this case for Defendant NGP Software, Inc.

Respectfully submitted,

/s/ Jeffrey L. Karlin
Jeffrey L. Karlin (DC Bar No. 458465)
 jlk@saslaw.com
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 333-8800
Facsimile: (202) 625-3311

Date: September 28, 2005          Attorney for Defendant NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2005, a copy of the foregoing **APPEARANCE** was sent by facsimile and first-class mail, postage prepaid, to the following:

> Robert L. Bredhoff, Esq.
>   Rbredhoff@steinmitchell.com
> David U. Fierst, Esq.
>   Dfierst@steinmitchell.com
> Stein, Mitchell & Mezines L.L.P.
> 1100 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> Telephone:  (202) 737-7777
> Facsimile:   (202) 296-8312
> Attorneys for Plaintiff Aristotle International, Inc.

/s/ Jeffrey L. Karlin

2