IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NGP SOFTWARE, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:05CV01700 |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant NGP Software, Inc. hereby respectfully request an extension of time until and including October 17, 2005, in which to file its answer or otherwise plead in response to the Complaint filed by Plaintiff Aristotle International, Inc. in the above-captioned case. In support of this Motion, Defendant relies upon the accompanying Memorandum of Points and Authorities. A proposed Order is enclosed.

Respectfully submitted,

/s/ Jeffrey L. Karlin
Eric L. Yaffe (DC Bar No. 439750)
  ely@saslaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  ifr@saslaw.com
Jeffrey L. Karlin (DC Bar No. 458465)
  jlk@saslaw.com
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
Telephone:  (202) 333-8800
Facsimile:  (202) 625-3311

Date: September 28, 2005        Attorneys for Defendant NGP Software, Inc.