IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant NGP Software, Inc. hereby respectfully requests an extension of time until and including October 17, 2005, in which to file an answer or otherwise respond to the Complaint filed by Plaintiff Aristotle International, Inc. in the above-captioned case. As support, Defendant NGP Software states as follows.

On September 19, 2005, Defendant filed a Consent Motion requesting additional time until and including October 3, 2005, to file an answer or responsive pleading. However, Defendant recently retained undersigned litigation counsel to represent it in this matter, and undersigned counsel is investigating all facts alleged in the Complaint. Counsel needs additional time to investigate the allegations in the Complaint before answering or otherwise responding to Plaintiff's Complaint. Plaintiff's counsel does not object or oppose this Motion.

For the reasons stated herein, Defendant respectfully requests that the Court grant this Motion and provide Defendant until October 17, 2005, to answer or otherwise respond to the Complaint.

        Respectfully submitted,

        /s/ Jeffrey L. Karlin
        Eric L. Yaffe (DC Bar No. 439750)
          ely@saslaw.com
        Iris Figueroa Rosario (DC Bar No. 477009)
          ifr@saslaw.com
        Jeffrey L. Karlin (DC Bar No. 458465)
          jlk@saslaw.com
        Schmeltzer, Aptaker & Shepard, P.C.
        2600 Virginia Avenue, N.W., Suite 1000
        Washington, D.C.  20037
        Telephone:    (202) 333-8800
        Facsimile:      (202) 625-3311

Date:  September 28, 2005        Attorneys for Defendant NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2005, a copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was sent by facsimile and first-class mail, postage prepaid, to the following:

>Robert L. Bredhoff, Esq.
>   Rbredhoff@steinmitchell.com
>David U. Fierst, Esq.
>   Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C.  20036
>Telephone:   (202) 737-7777
>Facsimile:    (202) 296-8312
>Attorneys for Plaintiff Aristotle International, Inc.

/s/ Jeffrey L. Karlin