IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

**UPON CONSIDERATION** of Defendant NGP Software, Inc.'s Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is this, ____ day of _____, 2005, hereby

**ORDERED**, that Defendant's Motion is hereby GRANTED, and it is further

**ORDERED**, that the time for Defendant to file an answer or otherwise plead in response to the Complaint filed by Plaintiff in the above-captioned case is hereby extended until October 17, 2005.

_____
Richard W. Roberts
United States District Judge

cc:    All Counsel of Record