IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NGP SOFTWARE, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 1:05CV01700 |

**DEFENDANT'S MOTION TO DISMISS COUNT II
OF PLAINTIFF'S COMPLAINT**

Defendant NGP Software, Inc. ("NGP Software"), by and through undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), for dismissal of Count II of Plaintiff's Complaint, which alleges unjust enrichment. In support of its Motion, NGP Software relies on the accompanying memorandum of law. A proposed Order is enclosed.

Respectfully submitted,

/s/ Jeffrey L. Karlin
Eric L. Yaffe (DC Bar No. 439750)
   ely@saslaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
   ifr@saslaw.com
Jeffrey L. Karlin (DC Bar No. 458465)
   jlk@saslaw.com
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
Telephone:    (202) 333-8800
Facsimile:    (202) 625-3311

Date: October 17, 2005          Attorneys for Defendant NGP Software, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2005, a copy of the foregoing

**DEFENDANT'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT**

was sent by facsimile and first-class mail, postage prepaid, to the following:

>Robert L. Bredhoff, Esq.
>   Rbredhoff@steinmitchell.com
>David U. Fierst, Esq.
>   Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C.  20036
>Telephone:    (202) 737-7777
>Facsimile:    (202) 296-8312
>Attorneys for Plaintiff Aristotle International, Inc.


/s/ Jeffrey L. Karlin