IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**UPON CONSIDERATION** of Defendant NGP Software, Inc.'s Motion to Dismiss Count II of Plaintiff's Complaint, Plaintiff's opposition thereto, and the record herein, it is by the Court on this _____ day of _____, 2005, hereby

**ORDERED**, that Defendant's Motion to Dismiss Count II of Plaintiff's Complaint is hereby GRANTED, and it is further

**ORDERED**, that Count II is dismissed with prejudice.

_____
Richard W. Roberts
United States District Judge

cc:   All Counsel of Record