IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC.  ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.    ) | Civil Action No.1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC.    ) | |
| ) | |
| Defendant ) | |

## **ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss Count II of Plaintiff's Complaint, Plaintiff's Opposition thereto, and the record herein, it is by the court on this _____ day of _____, 2005, hereby

ORDERED, that Defendant's Motion to Dismiss Count II of Plaintiff's Complaint is hereby DENIED.

_____
Richard W. Roberts
United States District Judge

**SERVICE LIST**

Robert L. Bredhoff, Esq.
David U. Fierst, Esq.
Stein, Mitchell & Mezines L.L.P.
1100 Connecticut Avenue, N.W.
Washington, DC 20036
Phone: (202) 737-7777
Fax: (202) 296-8312 (fax)
RBredhoff@steinmitchell.com
DFierst@steinmitchell.com
Attorneys for Plaintiff


J. Blair Richardson, Esq.
7440 Chummley Court
Falls Church, Virginia 22043
(703) 846-0078
Counsel for Plaintiff


Eric L. Yaffe, Esq.
    ely@saslaw.com
Iris Figueroa Rosario, Esq.
    ifr@saslaw.com
Jeffrey L. Karlin, Esq.
    jlk@saslaw.com
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, NW, Suite 1000
Washington, DC 20037
Telephone:   202-333-8800
Facsimile:   202-625-3311
Attorneys for Defendant NGP Software, Inc.