IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT NGP SOFTWARE, INC.'S REQUEST FOR A HEARING ON ITS MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7, Defendant NGP Software, Inc. hereby requests an oral hearing on its Motion to Dismiss Count II of Plaintiff's Complaint.

Respectfully submitted,

/s/ Jeffrey L. Karlin
Eric L. Yaffe (DC Bar No. 439750)
  ely@saslaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  ifr@saslaw.com
Jeffrey L. Karlin (DC Bar No. 458465)
  jlk@saslaw.com
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Avenue, N.W., Suite 1000
Washington, D.C. 20037
Telephone:    (202) 333-8800
Facsimile:    (202) 625-3311

Date: November 4, 2005        Attorneys for Defendant NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2005, a copy of the foregoing **DEFENDANT NGP SOFTWARE, INC.'S REQUEST FOR A HEARING ON ITS MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT** was sent by facsimile and first-class mail, postage prepaid, to the following:

>Robert L. Bredhoff, Esq.
>  Rbredhoff@steinmitchell.com
>David U. Fierst, Esq.
>  Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>Telephone:   (202) 737-7777
>Facsimile:   (202) 296-8312
>Attorneys for Plaintiff Aristotle International, Inc.

/s/ Jeffrey Karlin

2