IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NGP SOFTWARE, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 1:05CV01700 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Eric L. Yaffe as counsel in this case for Defendant NGP Software, Inc.

Respectfully submitted,

/s/ Jeffrey L. Karlin
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Jeffrey L. Karlin (DC Bar No. 458465)
  Jeffrey.Karlin@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, Northwest, Suite 1111
Washington, DC 20037
Telephone:   (202) 295-2200
Facsimile:    (202) 295-2254

Dated: January 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2006, a copy of the foregoing **APPEARANCE** was sent by facsimile and first-class mail, postage prepaid, to the following:

>Robert L. Bredhoff, Esq.
>   Rbredhoff@steinmitchell.com
>David U. Fierst, Esq.
>   Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>Telephone:   (202) 737-7777
>Facsimile:   (202) 296-8312
>Attorneys for Plaintiff Aristotle International, Inc.

/s/ Jeffrey L. Karlin