## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NGP SOFTWARE, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:05CV01700 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Iris Figueroa Rosario as counsel in this case for Defendant NGP Software, Inc.

                                                    Respectfully submitted,

                                                    /s/ Iris Figueroa Rosario
                                                    Iris Figueroa Rosario (DC Bar No. 477009 )
                                                       Iris.Rosario@gpmlaw.com
                                                    Gray Plant Mooty
                                                    2600 Virginia Avenue, N.W., Suite 1100
                                                    Washington, D.C.  20037
                                                    Telephone:    (202) 295-2200
                                                    Facsimile:     (202) 295-2250

Date:  March 2, 2006                            Attorney for Defendant NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2006, a copy of the foregoing

**APPEARANCE** was sent by facsimile and first-class mail, postage prepaid, to the following:

>Robert L. Bredhoff, Esq.
>   Rbredhoff@steinmitchell.com
>David U. Fierst, Esq.
>   Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C.  20036
>Telephone:   (202) 737-7777
>Facsimile:    (202) 296-8312
>Attorneys for Plaintiff Aristotle International, Inc.

/s/ Iris Figueroa Rosario_____