UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARISTOTLE INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | **Cv. No. 05-1700 (TFH)** |
| | ) | |
| **NGP SOFTWARE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

It is hereby

**ORDERED** that the initial status conference in this matter shall be held on Tuesday, May 30, 2006, at 2:00 p.m.  Counsel who attend must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcomed and encouraged to attend.  It is further

**ORDERED** that counsel shall confer pursuant to Rule 16.3(a) of the Local Civil Rules and Fed. R. Civ. P. 26(f) and shall submit their Joint Rule 16.3 Statement addressing all topics listed in Rule 16.3(c) no later than five business days before the initial status conference. Counsel are also directed to include in their Joint Rule 16.3 Statement a brief statement of the case and the statutory basis for all causes of action and defenses.

In considering a discovery schedule under Local Civil Rule 16.3(c)(8), counsel should be guided by the schedules contained in Appendix I to this Order.

In considering what form of alternative dispute resolution to which the parties think the case is most suited, counsel should consider that among their options under Local Civil Rule 16.3(c)(5), are mediation, arbitration, early neutral evaluation, summary jury trial, and any other form of alternative dispute resolution which can be tailored to the needs of their case.  Finally, it is further

**ORDERED** that parties' written communication with the Court is to be by motion, opposition, and reply, rather than by letter.  A request for a continuance of a court date must include alternative dates that have been agreed to by all parties.  Failure to provide such information may result in denial of the request.

**SO ORDERED**.

May 9, 2006

/s/
Thomas F. Hogan
Chief Judge