IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:05CV01700 |
| | ) |
| NGP SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant NGP Software, Inc. respectfully requests that the Court substitute Eric L. Yaffe, Jeffrey L. Karlin, and Iris Figueroa Rosario of the law firm of Gray, Plant, Mooty, Mooty & Bennett, P.A., 2600 Virginia Avenue, NW, Suite 1111, Washington, D.C., *in the place of* Jay L. Cohen, 5530 Wisconsin Avenue, Suite 1127, Chevy Chase, Maryland, and Jay Myerson, 11860 Sunrise Valley Drive, Suite 100, Reston, Virginia, as Defendant's counsel. Mr. Cohen and Mr. Myerson are withdrawing from the case. Enclosed is an Order.

1

Respectfully submitted,

/s/ Iris Figueroa Rosario
Eric L. Yaffe (DC Bar No. 439750)
    Eric.Yaffe@gpmlaw.com
Jeffrey L. Karlin (DC Bar No. 458465)
    Jeffrey.Karlin@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
    Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
& BENNETT, P.A.
2600 Virginia Avenue, Northwest, Suite 1111
Washington, DC 20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2254

Date: May 17, 2006

/s/ Jay L. Cohen
Jay L. Cohen
Jay L. Cohen, P.C.
5530 Wisconsin Avenue, Suite 1127
Chevy Chase, MD  20815-4404
Telephone:   (301) 652-1153
Facsimile:   (301) 652-1154


/s/ Jay Myerson
The Law Offices of Jay B. Myerson
11860 Sunrise Valley Drive, Suite 100
Reston, VA  20191
Telephone:   (703) 715-9600

Withdrawing Attorneys