IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:05CV01700 |
| | ) |
| NGP SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

**UPON CONSIDERATION** of Defendant NGP Software, Inc.'s Motion for Substitution of Counsel it is by the Court on this _____ day of _____, 2006, hereby

**ORDERED**, that Defendant's Motion to for Substitution of Counsel is hereby GRANTED.

_____
Judge Thomas F. Hogan
United States District Judge

cc:   All Counsel of Record