IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC. | ) | |
| | ) | |
| Defendant | ) | |

## REPORT OF THE PARTIES' CONFERENCE UNDER LCvR 16.3

On May 22, 2006, counsel for the parties met to discuss the matters set forth in LCvR 16.3. The numbered paragraphs below correspond to those in LCvR 16.3 and
reflect the agreements reached by the parties.

1. a) The parties' position is that the case may be ripe for disposition by summary judgment at the completion of discovery.

   b) Defendant has filed a Motion to Dismiss Count II of Plaintiff's Complaint ("Unjust Enrichment"). Counsel for the parties have discussed the matter and agree that Count II may be dismissed, provided that:

      i) the relief sought in Count II under the theory of unjust enrichment is recognized as being embraced within Count I of the Complaint, and may be pursued as if pleaded within Count I; and

       ii)       the Defendant shall be deemed to have denied all the allegations of Count II, and Defendant's denials and affirmative defenses relating to Count II shall be recognized as being embraced within its Answer to Count I of the Complaint.

2. The parties do not anticipate the joinder of other parties or the amendment of pleadings at this time, but reserve the right to join additional parties or amend the pleadings as appropriate.

3. The case should be assigned to a magistrate judge for purposes of discovery only.

4. There is a realistic possibility of settling the case.

5. The case could benefit from alternate dispute resolution in the form of non-binding mediation after completion of discovery.

6. The parties agree to file dispositive motions no later than 30 days after completion of discovery, oppositions to motions within 11 days after service and replies to oppositions within five days after service in accordance with LCvR 7, and a decision on the motions if practicable within 30 days after filing.

7. The requirement of initial disclosures pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure should not be modified.

8. The parties anticipate that discovery should take 180 days, including interrogatories, requests for production of documents, requests for admissions, and depositions. The parties agree to the limit of 25 interrogatories by each side. The parties do not request limits be placed on duration of depositions. The parties reserve the right to seek a protective order if appropriate.

9. The requirement of exchange of expert witness reports and information pursuant to Rule 26(a)(2) should not be modified. Plaintiff will provide this information at least 60 days before the completion of discovery, and defendant will provide this information at least 30 days before the completion of discovery. The depositions of experts should occur within the period for completion of discovery.

10. Not applicable.

11. Trial and/or discovery should not be bifurcated or managed in phases.

12. The pretrial conference should be scheduled for a date convenient to the Court.

13. The Court should provide that a trial date will be set at the pretrial conference from 30 to 60 days after that conference.

14. None.

A proposed Scheduling Order is attached.

Brief Statement of Case and Statutory Basis for All Causes of Actions and Defenses

This is a false advertising/unfair competition action brought under the Lanham Act, 15 U.S.C. § 1117, *et seq.*, relating to advertisements and other public statements allegedly made by Defendant. The jurisdiction of this Court is based on 28 U.S.C. §1331. Defendant denies all allegations and has included its affirmative defenses in its answer to the complaint.

_____/s/_____
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
    RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:     (202) 296-8312 (fax)
Counsel to Plaintiff


_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
        Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:     703-846-0576
Counsel to Plaintiff


_____/s/_____
Eric L. Yaffe, Esq. (DC Bar No. 439750)
        Eric.Yaffe@gpmlaw.com
Jeffrey L. Karlin, Esq. (DC Bar No. 458465)
        Jeffrey.Karlin@gpmlaw.com
Iris Figueroa Rosario, Esq. (DC Bar No. 477009)
GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone:   (202) 295-2200
Facsimile:     (202) 295-2254
Counsel to Defendant

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARISTOTLE INTERNATIONAL, INC.    )
                                 )
    Plaintiff                    )
                                 )
v.                               )    Civil Action No.1:05CV01700
                                 )
NGP SOFTWARE, INC.               )
                                 )
    Defendant                    )

## SCHEDULING ORDER

Having considered the report of the parties filed with the Court pursuant to LCvR 16.3, it is hereby

ORDERED that

1.    Initial disclosures pursuant to Rule 26(a)(1) be made on or before June 14, 2006;

2.    Discovery be completed within 180 days of the date of entry of this Order;

3.    Expert witness reports and information pursuant to Rule 26(a) (2) be provided
by plaintiff at least 60 days before the completion of discovery and by defendant at least 30 days before the completion of discovery, and the depositions of experts occur within the period for completion of discovery;

4.    Dispositive motions be filed no later than 30 days after completion of discovery, oppositions to motions be filed within 11 days after service, replies to

oppositions be filed within five days after service, and motions be decided if practicable within 30 days after filing;

5. The case be scheduled for non-binding mediation after completion of discovery;

6. The pretrial conference will be held on _____;

7. A trial date will be set at the pretrial conference from 30 to 60 days after that Conference; and

8. Count II of the Complaint be dismissed. The relief sought in Count II under the theory of unjust enrichment may be pursued as it is deemed pleaded within Count I under the Lanham Act. Defendant shall be deemed to have denied all allegations of Count II, and Defendant's denials and affirmative defenses relating to Count II are deemed to apply to Count I of the Complaint.


SO ORDERED

_____    _____
Judge Thomas P. Hogan              Date