UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARISTOTLE INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **Cv. No. 05-1700 (TFH)** |
| | ) | |
| **NGP SOFTWARE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Having considered the report of the parties filed with the Court pursuant to LCvR 16.3, it is hereby

**ORDERED** that

1. Initial disclosures pursuant to Rule 26(a)(1) be made on or before June 14, 2006;

2. Discovery be completed within 180 days of the date of entry of this Order;

3. Expert witness reports and information pursuant to Rule 16(a)(2) be provided by Plaintiff at least 60 days before the completion of discovery and by Defendant at least 30 days before the completion of discovery, and the depositions of experts occur within the period for completion of discovery;

4. Dispositive motions be filed no later than 30 days after completion of discovery, oppositions to motions be filed within 11 days after service, replies to oppositions be filed within five days after service, and motions be decided if practicable within 30 days after filing;

5. The case be scheduled for non-binding mediation after completion of discovery;

6. The pretrial conference will be held on Monday, March 5, 2007;

7. A trial date will be set at the pretrial conference from 30 to 60 days after that conference; and

8. Count II of the Complaint be dismissed.  The relief sought in Count II under the theory of unjust enrichment may be pursued as it is deemed pleaded within Count I under the Lanham Act.  Defendant shall be deemed to have denied all allegations of Count II, and Defendant's denials and affirmative defenses relating to Count II are deemed to apply to Count I of the Complaint.

**SO ORDERED**.

June 7, 2006

                                                  /s/
                                     Thomas F. Hogan
                                       Chief Judge