IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**

Pursuant to Fed. R. Civ. P. 15(a), Defendant NGP Software, Inc. ("NGP") hereby moves this Court for leave to file an Amended Answer. The proposed amendment consists of additional defenses that may not be apparent from a reading of NGP's Answer to the Complaint, but that NGP wants to make explicitly clear in order to ensure it is not precluded from asserting these defenses at trial. In support of this motion, NGP relies upon the accompanying Memorandum. A copy of the proposed Amended Answer is attached hereto as Exhibit A for filing if the Court grants this Motion.

NGP sent an earlier copy of the Motion and Amended Answer to counsel for Aristotle International, Inc. ("Aristotle") in a good faith effort to determine whether there was any opposition to the Motion. Counsel for Aristotle informed counsel for NGP that Aristotle opposed the Motion.

Respectfully submitted,

/s/ Iris Figueroa Rosario
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2250

Date: August 2, 2006

Attorneys for Defendant
NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2006, a copy of the foregoing **DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER** was sent electronically via the Court's PACER system, by facsimile, and by first-class mail, postage prepaid, to the following:

> Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>     Rbredhoff@steinmitchell.com
> David U. Fierst, Esq. (DC Bar No. 912899)
>     Dfierst@steinmitchell.com
> Stein, Mitchell & Mezines L.L.P.
> 1100 Connecticut Avenue, N.W.
> Washington, D.C.  20036
> Telephone:    (202) 737-7777
> Facsimile:    (202) 296-8312
>
> J. Blair Richardson, Esq. (DC Bar No. 385482)
>     Blair.Richardson@aristotle.com
> 7440 Chummley Court
> Falls Church, Virginia  22043
> Telephone:    (703) 846-0078
> Facsimile:    (703) 846-0576
>
> Attorneys for Plaintiff Aristotle International, Inc.

/s/ Iris Figueroa Rosario