IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

**UPON CONSIDERATION** of Defendant NGP Software, Inc.'s Motion for Leave to File an Amended Answer, and the record herein, it is by the Court on this _____ day of _____, 2006, hereby

**ORDERED**, that Defendant's Motion for Leave to File an Amended Answer is hereby GRANTED, and it is further

**ORDERED**, that the Amended Answer filed as Exhibit A to the Motion for Leave is deemed filed with the Court.

_____
Thomas F. Hogan
United States District Judge

cc:   All Counsel of Record