IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARISTOTLE INTERNATIONAL, INC.,    )
                                  )
            Plaintiff,            )
                                  )
    vs.                           )         Civil Action No.  1:05CV01700
                                  )
NGP SOFTWARE, INC.,               )
                                  )
            Defendant.            )

**DEFENDANT NGP SOFTWARE, INC.'S NOTICE OF FILING
STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Defendant NGP Software, Inc., hereby gives notice of the filing of the attached

Stipulated Confidentiality Agreement and Protective Order.

Respectfully submitted,

/s/ Iris Figueroa Rosario
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C.  20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

Date:  August 7, 2006

Attorneys for Defendant
NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2006, a copy of the foregoing Notice of

Filing Stipulated Confidentiality Agreement and Protective Order was sent by facsimile and first-

class mail, postage prepaid, to the following:

> Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>   Rbredhoff@steinmitchell.com
> David U. Fierst, Esq. (DC Bar No. 912899)
>   Dfierst@steinmitchell.com
> Stein, Mitchell & Mezines L.L.P.
> 1100 Connecticut Avenue, N.W.
> Washington, D.C.  20036
> Telephone:    (202) 737-7777
> Facsimile:    (202) 296-8312
>
> J. Blair Richardson, Esq. (DC Bar No. 385482)
>   Blair.Richardson@aristotle.com
> 7440 Chummley Court
> Falls Church, Virginia  22043
> Telephone:    (703) 846-0078
> Facsimile:    (703) 846-0576
>
> Attorneys for Plaintiff Aristotle International, Inc.

/s/ Iris Figueroa Rosario