IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC. | ) | |
| | ) | |
| Defendant | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Aristotle International Inc. ("Aristotle") hereby moves this court for leave to file an Amended Complaint. The proposed amendment consists of removing, narrowing and clarifying certain factual assertions and removing claims for damages and profits, so that the complaint seeks injunctive relief only. In support of the Motion, Aristotle relies on the accompanying Memorandum. A Copy of the proposed Amended Complaint is attached hereto as Exhibit A for filing if the Court grants this motion.

Aristotle sent an earlier copy of the Motion and Amended Complaint to counsel for NGP in a good faith effort to determine whether there was any opposition to the Motion. Counsel for NGP informed counsel for Aristotle that NGP did not oppose the filing.

Respectfully submitted,

_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

      /s/
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2006, a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** was sent by facsimile and first-class mail to the following:

Eric L. Yaffe, Esq.
Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250

Attorneys for Defendant NGP Software, Inc.


      /s/
J. Blair Richardson

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC. ) | |
| ) | |
|     Defendant ) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Aristotle International Inc. ("Aristotle") submits this memorandum in support of its Unopposed Motion for Leave to File Amended Complaint, which is attached hereto as Exhibit A. This lawsuit is in its initial stages, and the service and filing of the Amended Complaint will not prejudice Defendant NGP or delay this case. Aristotle therefore respectfully requests that the Court grant Aristotle leave it file its Amended Complaint.

### SUMMARY OF PROCEDURAL STATUS OF CASE

Aristotle commenced this action against NGP alleging: (a) Count I, unfair competition by false advertising under the Lanham Act, and (b) Count II, styled as unjust enrichment. *See* Complaint (Docket No. 1). Following NGP's Motion to Dismiss Count II and related pleadings, the matter was resolved by the parties. Count II was deemed pleaded within Count I and on June 7, 2006, the Court entered a Scheduling Order (Docket No. 20).

The lawsuit is in its early stages. Under the Court's Scheduling Order, discovery is not required to be completed until December 4, 2006. A trial date has not been scheduled. Since the time the Court issued the Scheduling Order, the parties have been actively engaged in written discovery. To date, only one deposition, of just over one hour, has taken place.

**ARGUMENT**

**I.   THE FILING OF THE AMENDED COMPLAINT WILL NOT DELAY THE CASE OR PREJUDICE NGP**

Pursuant to Rule 15(a), a party's request for leave to amend its pleadings shall be freely given when justice requires.

Defendant NGP does not oppose this motion. The proposed amendment consists of removing or narrowing certain factual assertions and issues, clarifying other assertions, and removing claims for damages and profits so that the complaint seeks injunctive relief only.

The proffered Amended Complaint follows the parties' mutual efforts early in the case to narrow the claims, issues and discovery. In accordance with those efforts, Plaintiff agrees to dismissal with prejudice of the claims stated in the original Complaint as to a) Plaintiff's demand for damages and Defendant's profits, b) NGP's advertising claims of honesty, integrity, and ethics, and (c) all issues relating to NGP's email venture and its office at 5305 Connecticut Avenue.
In accordance with those same efforts, NGP has agreed to forego discovery under requests nos. 9, 12, and 13 of its first request for production of documents.

Amending the Complaint will result in judicial economy, lessen burdens on the court, and will not prejudice NGP or cause a delay. Accordingly, Aristotle should be permitted to amend its Complaint under the liberal standards of Fed. R. Civ. P. 15(a). *See Dove v. Washington Metropolitan Transit Authority*, 221 F.R.D. 246, 247-49 (D.D.C 2004).

**CONCLUSION**

Based on the foregoing, Aristotle respectfully requests that the court grant its Unopposed Motion for Leave to File Amended Complaint.

Respectfully submitted,

_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    (703) 846-0576
Counsel to Plaintiff


_____/s/_____
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:  (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff