IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR LEAVE TO FILE AN AMENDED ANSWER

Defendant NGP Software, Inc. ("NGP"), by its attorneys, hereby files this Notice withdrawing its Motion for Leave to File an Amended Answer. NGP's Motion was filed on August 2, 2006. Plaintiff Aristotle International, Inc. filed today, August 14, a Motion for Leave to File an Amended Complaint, which moots consideration of NGP's Motion.

Respectfully submitted,

/s/ Iris Figueroa Rosario
Eric L. Yaffe (DC Bar No. 439750)
 Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
 Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
 & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone:   (202) 295-2200
Facsimile:    (202) 295-2250

Date: August 14, 2006

Attorneys for Defendant
NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2006, a copy of the foregoing **DEFENDANT'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR LEAVE TO FILE AN AMENDED ANSWER** was sent electronically via the Court's PACER system, by facsimile, and by first-class mail, postage prepaid, to the following:

> Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>   Rbredhoff@steinmitchell.com
> David U. Fierst, Esq. (DC Bar No. 912899)
>   Dfierst@steinmitchell.com
> Stein, Mitchell & Mezines L.L.P.
> 1100 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> Telephone:   (202) 737-7777
> Facsimile:   (202) 296-8312
>
> J. Blair Richardson, Esq. (DC Bar No. 385482)
>   Blair.Richardson@aristotle.com
> 7440 Chummley Court
> Falls Church, Virginia 22043
> Telephone:   (703) 846-0078
> Facsimile:   (703) 846-0576

Attorneys for Plaintiff Aristotle International, Inc.

/s/ Iris Figueroa Rosario

GP:1986616 v1