IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**NGP SOFTWARE INC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM ARISTOTLE**

Defendant NGP Software, Inc. ("NGP") hereby requests that the Court Order Plaintiff Aristotle International, Inc. ("Aristotle") to produce certain documents requested by NGP. In support of its Motion, NGP relies on the accompanying Memorandum of Points and Authorities. NGP has included a proposed Order for the Court's consideration.

In accordance with Local Rule 7(m), NGP states that it conferred with Aristotle's counsel before filing the instant Motion in a good faith effort to resolve this matter. However, the parties could not reach an agreement on the issues in dispute.

Pursuant to Local Rule 7, NGP hereby requests an oral hearing on its Motion to Compel.

                    Respectfully submitted,

                    /s/ Iris Figueroa Rosario
                    Eric L. Yaffe (DC Bar No. 439750)
                      Eric.Yaffe@gpmlaw.com
                    Iris Figueroa Rosario (DC Bar No. 477009)
                      Iris.Rosario@gpmlaw.com
                    GRAY, PLANT, MOOTY, MOOTY
                      & BENNETT, P.A.
                    2600 Virginia Avenue, N.W., Suite 1111
                    Washington, D.C. 20037
                    Telephone:  (202) 295-2200
                    Facsimile:  (202) 295-2250

Date: September 22, 2006          Attorneys for Defendant
                                              NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2006, a copy of the foregoing **NGP SOFTWARE INC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM ARISTOTLE** was sent electronically via the Court's PACER system, by facsimile, and by first-class mail, postage prepaid, to the following:

    Robert L. Bredhoff, Esq. (DC Bar No. 338103)
      Rbredhoff@steinmitchell.com
    David U. Fierst, Esq. (DC Bar No. 912899)
      Dfierst@steinmitchell.com
    Stein, Mitchell & Mezines L.L.P.
    1100 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    Telephone:   (202) 737-7777
    Facsimile:   (202) 296-8312

    J. Blair Richardson, Esq. (DC Bar No. 385482)
      Blair.Richardson@aristotle.com
    7440 Chummley Court
    Falls Church, Virginia 22043
    Telephone:   (703) 846-0078
    Facsimile:   (703) 846-0576

Attorneys for Plaintiff Aristotle International, Inc.

                                          /s/ Iris Figueroa Rosario