IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION of Defendant NGP Software, Inc.'s Motion to Compel Discovery, and the record herein, it is by the Court on this _____ day of _____, 2006, hereby

ORDERED, that Defendant's Motion to Compel Discovery is hereby GRANTED, and it is further

ORDERED, that the Plaintiff shall produce documents responsive to Defendant's Request Nos. 1, 8, 11, 16, 18, 19, and 24.

_____
Thomas F. Hogan
United States District Judge

cc:     All Counsel of Record