1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------------------x

ARISTOTLE INTERNATIONAL, INC.,         :

            Plaintiff            :   Civil Action No.

      v.                              :       1:05CV01700

NGP SOFTWARE, INC.,                    :

            Defendant            :

------------------------------------x

**COPY**

Deposition of JAMES NOBLE

Washington, D.C.

Friday, August 4, 2006

11:04 a.m.

Job No.: 1-83903

Pages 1 - 61

Reported by: Alda Mandell, RPR



L.A.D. REPORTING & DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD • Baltimore, MD • Greenbelt, MD • McLean, VA

DEPOSITION OF JAMES NOBLE
CONDUCTED ON FRIDAY, AUGUST 4, 2006

2

1    Deposition of JAMES NOBLE, held at the
2    offices of:
3
4              STEIN, MITCHELL & MEZINES
5              1100 Connecticut Avenue, Northwest
6              Suite 1100
7              Washington, D.C.  20036
8              (202)737-7777
9
10       Pursuant to agreement, before Alda Mandell,
11   Registered Professional Reporter and Notary Public of
12   the District of Columbia.
13
14
15
16
17
18
19
20
21
22

DEPOSITION OF JAMES NOBLE
CONDUCTED ON FRIDAY, AUGUST 4, 2006

3

1          A P P E A R A N C E S

2

3     ON BEHALF OF PLAINTIFF:

4          J. BLAIR RICHARDSON, ESQUIRE

5          7740 Chummley Court

6          Falls Church, Virginia  22043

7          (703)846-0078

8  ALSO:

9     ON BEHALF OF PLAINTIFF:

10          ROBERT L. BREDHOFF, ESQUIRE

11          STEIN, MITCHELL & MEZINES

12          1100 Connecticut Avenue, Northwest

13          Suite 1100

14          Washington, D.C.  20036

15          (202)737-7777

16

17

18

19

20

21

22

DEPOSITION OF JAMES NOBLE
CONDUCTED ON FRIDAY, AUGUST 4, 2006

4

1   A P P E A R A N C E S  (Continued)
2
3   ON BEHALF OF DEFENDANT:
4           ERIC L. YAFFE, ESQUIRE
5           GRAY PLANT MOONEY
6           2600 Virginia Avenue, Northwest
7           Suite 1111 - The Watergate
8           Washington, D.C.  20037-1931
9           (202)295-2200
10
11          C O N T E N T S
12  EXAMINATION OF JAMES NOBLE                    PAGE
13      By Mr. Richardson                            5
14
15          E X H I B I T S
16          (Retained by Counsel)
17  PLAINTIFF'S                                   PAGE
18      1    Document                               22
19      2    Document                               25
20      3    Document                               43
21      4    Document                               53
22

DEPOSITION OF JAMES NOBLE
CONDUCTED ON FRIDAY, AUGUST 4, 2006

29

1  supposed --

2  BY MR. RICHARDSON:

3      Q    Do you understand the top competitor in this

4  document, Noble Deposition Exhibit Number 2, to be

5  Aristotle?

6      A    No.

7      Q    Who do you understand it to be?

8      A    It could be a number of -- one, it could

9  be -- there's a number of different organizations out

10 there that are in this technology field.

11     Q    Okay.

12     A    I do not know specifically who.

13     Q    Why don't you name the ones that you're

14 referring to.

15     A    One, Aristotle.  Two, there's Sage.  Patton.

16 There's the VAN.

17     Q    There's what?

18     A    VAN.  Voter Action Network.

19     Q    Is that it?  Is that all you can think of

20 right now?

21     A    Yes.

22     Q    How about Capitol Advantage?

DEPOSITION OF JAMES NOBLE
CONDUCTED ON FRIDAY, AUGUST 4, 2006

30

1    A    I have never dealt with Capitol Advantage.

2    Q    You've never heard of Capitol Advantage

3  being a competitor of NGP?

4    A    No.

5    Q    So as you sit here, you're saying that you

6  believe that this document that you send out, the

7  phrase top competitor could be referring to Aristotle

8  or Sage or Patton or Voter Action Network?

9    A    For the context of this conversation that

10 we're having right here, yes.

11   Q    Do you believe that NGP has never lost a

12 client to Aristotle?

13   A    I don't know.  I do not know.

14   Q    Before sending this document out, the

15 version that you sent out --

16   A    Yes.

17   Q    -- have you ever asked anybody at NGP, hey,

18 is this stuff true or something like that?

19   A    To my knowledge, I do not believe we have

20 lost a client to Aristotle.

21   Q    How about to Sage?

22   A    I don't know.  I don't know.

DEPOSITION OF JAMES NOBLE
CONDUCTED ON FRIDAY, AUGUST 4, 2006

45

1  NGP, have you heard anything about any controversy
2  concerning political vendors who purport to be working
3  with only one party but who are also actually helping
4  the other side at the same time?
5      A   No.
6      Q   Since you've never heard of -- have you ever
7  heard of Cap Wiz?
8      A   No.  I have not.
9      Q   Well, then I'll skip that.
10         MR. RICHARDSON:  Let's take a five minute
11 break.  You may have some questions that you want to
12 ask.  And then I think I can let you go.  And I
13 appreciate your sharing this on apparently what's not
14 casual Friday.
15         (A recess was taken.)
16 BY MR. RICHARDSON:
17     Q   In the past when you've made sales pitches
18 to prospects --
19     A   Yes.
20     Q   -- have you ever mentioned that NGP was a
21 Democrat-only firm?
22     A   Well, yes.

DEPOSITION OF JAMES NOBLE
CONDUCTED ON FRIDAY, AUGUST 4, 2006

46

1  Q   Okay. And why do you do that?
2  A   Normally they would bring it up. It's not
3  something that -- the client would bring it up or the
4  prospect.
5  Q   I'm sorry. Normally the prospect would
6  bring it up?
7  A   Yeah. They would say we like the fact that
8  you work with Democrats only.
9  Q   And you feel it's helpful to you in your
10 marketing to be able to say that you're Democrat only?
11 A   I think it's helpful to have the best
12 product out on the market.
13 Q   That is not my question. This has nothing
14 to do with your software. This has to do with the
15 claim that it's Democrat only.
16 A   I think in the context of what it is --
17 politics is a blood sport and I believe, whether
18 you're Republicans or whether you're Democrat, you
19 probably would want to go with someone that you feel
20 comfortable with and I feel there's plenty of
21 Democrats that don't use NGP.
22 Q   Does the ability to say that NGP is Democrat

52

1  you're saying that being able to say you're Democrat
2  only doesn't help you?
3         MR. YAFFE:  Objection to the extent it's
4  calling for speculation.
5  BY MR. RICHARDSON:
6      Q    It's never helped.  It has never help you to
7  be able to say --
8      A    I would never say never and I would never
9  say it absolutely has.
10     Q    Okay.
11     A    Probably the reason why some people like to
12 drive hybrids and Japanese cars and some people like
13 to drive German big 12-cylinder Benzes.
14     Q    That you know is not an answer to the
15 question, right?
16        MR. RICHARDSON:  You had to give me a guy
17 that went to law school.  Actually I knew that from
18 your bio.
19        THE WITNESS:  I can't lie.
20 BY MR. RICHARDSON:
21     Q    That's right.  Let me ask the question a
22 little differently because I don't really care about

53

1  hybrid cars.  For purposes of this next question, have
2  you ever felt that being able to say that NGP was
3  Democrat only gave you some advantage over Aristotle
4  in a sales situation?
5      A    Like I said -- I said no but then I'll couch
6  it with an individual probably does feel comfortable
7  that they are working with fellow Democrats and
8  committed Democrats.  So yes, there is a level of
9  comfort that they probably receive or feel because we
10 do work with Democrats only.
11     Q    With Democrats only you said?
12     A    Yeah.  With Democrats.
13          MR. RICHARDSON:  All right.  I have one more
14 question.
15          (Exhibit 4 was marked for identification and
16 was retained by counsel.)
17 BY MR. RICHARDSON:
18     Q    This is Noble Deposition Exhibit Number 4.
19 Have you ever seen this document before?
20     A    I have not.
21     Q    Okay.  Would you go ahead and read through
22 it, please?