



THE WALL STREET JOURNAL *Center for Entrepreneurs*

Print Window    Close Window

## Partisanship Sets Apart Savvy Campaign Vendors

By PETER LOFTUS

*From The Wall Street Journal Online*

When Democratic Rep. Rodney Alexander switched to the Republican party in early August, Nathaniel Pearlman asked him to take his business elsewhere.

"We make it very clear we only work with one party," says Mr. Pearlman, whose company makes software to help run political campaigns -- Democratic ones, that is. He terminated NGP Software Inc.'s contract with the Louisiana congressman, and "I enjoyed it." Rep. Alexander's new chief of staff says he can't confirm the incident; Mr. Pearlman says that he notified the congressman's old staff, most of whom quit after the switch.

In the niche market for campaign software, some entrepreneurs have concluded the best way to get ahead is to be a donkey or an elephant -- but not both. These vendors say a partisan stance builds trust with clients, who increasingly rely on the companies for technical help and often trust them with sensitive data. It also helps with motivation.

Partisan vendors say their approach is helping them take market share away from the industry leader, Aristotle International Inc., which sells to both sides of the aisle. Aristotle, founded in 1983, concedes it has lost business. But co-founder and chief executive John Phillips says his firm has been challenged by newcomers in the past, many of whom have failed. He says political campaigns want the best technology, not an ideological match.

### Heavy Turnout

The market for campaign software has boomed since 2001, when the Federal Election Commission began requiring that campaigns file their campaign-finance reports electronically. The number of vendors has grown to about 35 from only "a handful" before 2001, when electronic filing was optional, says FEC spokesman George Smaragdis.

In addition to filing FEC reports, campaign software manages databases of voters and contributors, and the software companies often store campaign data on their own servers. Sometimes the companies also train campaign workers in using the software and other technical issues.

ARISTOTLE -96

The FEC says it makes no difference to the commission whether software vendors are partisan. The campaigns are ultimately responsible for compiling and sending accurate information, such as lists of contributors, donations and expenses.

Still, some political insiders say it has become important for a software vendor to identify with only one party. Phil Noble, a former Democratic campaign consultant, says software vendors have become more involved with advising campaigns on technology, making their party affiliations more important.

"Once you get into how you use [software code], then it becomes to some extent partisan," says Mr. Noble, who now runs PoliticsOnline, a Web site providing political news and online tools for campaigns. "If you start integrating the intelligence of the people who designed it into the campaign, then you're starting to go up the food chain to a level where partisan differences matter."

Mitch Bird, founder of software vendor MrDistrict LLC in Harrisonville, Mo., says some campaigns worry that if a vendor sells to both parties, one party could hack into the other's data.

Mr. Bird says many politicians want to know up front whether the firm is Democratic or Republican. So far, most of his clients are Republican candidates for state offices in Missouri, though he's willing to sell to Democrats. His wife had done work for local Republican candidates.

**Soft Money**

The modern era of campaign software got its start in the early 1980s, after Mr. Phillips, now CEO of Aristotle, made two unsuccessful runs for Congress in Connecticut. His brother, Dean, created software to organize the campaign databases. Other politicians got wind of the program and wanted their own copies -- and so in 1983 Aristotle was born. The Washington-based company has served more than 12,000 clients since then, including 3,100 in the current election cycle, Mr. Phillips says.

Mr. Pearlman of NGP got his start in the industry at Aristotle. A native of Colorado and a political junkie, he joined the firm after working on former Democratic Sen. Gary Hart's 1988 presidential campaign while a student at Yale University.

But he didn't like the idea of helping Republican customers. So after graduate school, he formed NGP in 1997 with a mission to help only Democrats. Mr. Pearlman says NGP's software has made strong inroads on Aristotle's turf among Democratic candidates. At the federal level, clients include more than half of incumbent Democratic senators and nearly half of the party's House incumbents, he says.

At one point during this year's primary campaign, six of the Democratic presidential hopefuls were using NGP's software, Mr. Pearlman says. During 2003 and 2004, the Kerry campaign has spent at least $107,000 on NGP "computer services," according to the Center for Responsive Politics, which tracks FEC data. In the same period, the Bush campaign has spent about $158,000 with Aristotle, the Center says. Neither campaign returned calls seeking comment.

To be sure, some customers say partisanship wasn't the primary factor in choosing software. One NGP client is Senate Minority Leader Tom Daschle of South Dakota, who's in the midst of a re-election battle. Helen Majusiak, the campaign's comptroller, says the campaign switched to NGP from Aristotle's software a few years ago because she liked NGP's customer service better than Aristotle's. Partisanship wasn't a big factor, she says. (Aristotle's Mr. Phillips says he "hopes and expects" that Democratic clients who defected to other companies will return to Aristotle, and adds that "for every Democrat that goes elsewhere, we pick up two new Democrats and three new Republicans.")

ARISTOTLE -97

Rusty Roberts, chief of staff to Rep. John Mica, a Florida Republican, says he picked software from Filpac because it was cheap and did what the campaign needed. He says he probably wasn't aware Filpac, of Columbus, Ohio, was Republican-only when he first bought the software. But now that he knows, he likes it.

Still, for some companies, partisanship is hard to avoid -- so they make the most of it. Joseph Curran, owner of Filpac, has been selling software to Republican candidates and political-action committees since 1988. There's a simple reason for his partisan bent: Mr. Curran has been a Republican committeeman and campaign manager for various Republican candidates over the years. "I can't very well go to a Democrat and say I'm nonpartisan," he says.

[+] **OTHER ARTICLES BY THIS AUTHOR**

*Email your comments to sjeditor@dowjones.com.*

Print Window     Close Window

Make investing easier with MarketWatch.

ARISTOTLE -98