

| about ngp | products & services | support | our clients | co |

# NGP Software, Inc. Featured In The Wall Street Journal

NGP Software, Inc. Featured in the Wall Street Journal - "Some Campaign Software Firms Work Only One Side of the Aisle"

> "We make it very clear we only work with one party," says Mr. Pearlman, whose company makes software to help run political campaigns -- Democratic ones, that is. He terminated NGP Software Inc.'s contract with the Louisiana congressman, and "I enjoyed it." Rep. Alexander's new chief of staff says he can't confirm the incident; Mr. Pearlman says that he notified the congressman's old staff, most of whom quit after the switch.

Read More From the Wall Street Journal

privacy policy
© Copyright 1997-2006 NGP Software, Inc.