

Published on national geographical & political software (http://www.ngpsoftware.com)

# Why do people use NGP?

NGP Software, Inc., seeks to make the electoral map more **blue**. That's why we are passoniate about delivering technology and support to Democrats and their allies.

NGP seeks to be a responsible, dedicated partner to our clients, working toward our common goal: **Victorious Democrats**.

People use NGP because:

- Of our **EXPERIENCE**—we have worked with more than a thousand campaigns of congressional and larger size as well as numerous progressive organizations in more than eight years.
- We are **UP TO DATE** and **KNOWLEDGEABLE** about what is going on with political technology. We obsessively track developments in this fast-moving field and will help your campaign make the choices that are right for you.
- Because they **TRUST** us—we are **PARTISAN** and work only for Democrats and their allies. We do not market our clients' data; we understand discretion; we tell the truth to those with whom we work.
- The **BIG CAMPAIGNS COME TO US**—we serve the big campaigns and the key organizations on our side (Click here to view a list of NGP clients. [1]) We work just as hard for our smaller clients.
- Of our **SUPPORT** and **SERVICE**—our clients know we have and will go above and beyond to solve any support issue and to be there during their crisis.
- Of our **COMPLIANCE EXPERTISE**—our FEC and State experts have helped a majority of key Democrats and top progressive 527 organizations with their federal filings. We are **RELIABLE**—our databases have stood the test of time with big campaigns. Your database will be there when you need it.

---

**Source URL:**
http://www.ngpsoftware.com/toomuchred

**Links:**
[1] http://www.ngpsoftware.com/clients