

# PERSONAL DEMOCRACY FORUM

# CONSUMER GUIDE TO SOFTWARE-AS-A-SERVICE FOR CAMPAIGNS & ORGANIZATIONS

**MAY 2006**

# TABLE OF CONTENTS

INTRODUCTION ...................................................... 4

COMPANY PROFILES
- Aristotle International ............................................ 6
- Blue State Digital ................................................ 8
- Capitol Advantage ............................................... 10
- Civicspace Labs ................................................. 12
- CompleteCampaigns.com ...................................... 14
- Convio ......................................................... 16
- Democracy in Action ............................................ 18
- ElectionMall Technologies ...................................... 20
- GetActive ...................................................... 22
- Kintera ........................................................ 24
- NGP Software .................................................. 26
- Plus Three ..................................................... 28

BEST PRACTICES IN CHOOSING A SOFTWARE VENDOR .......... 30
A Q&A with Shabbir Safdar, co-founder and chief
technologist at Mindshare Interactive

VENDOR GUIDE CHECK-OFF ....................................... 34
A quick guide to what each vendor does and how to contact them

© 2006 Personal Democracy Forum
http://www.personaldemocracy.com
email: info@personaldemocracy.com

# INTRODUCTION

Call it *Technicus politicus*. Out of the primordial political ooze of the 2000 election season has emerged a small but growing industry niche of technology vendors serving an equally expanding group of politically-oriented clients. Providing what's come to be known as software-as-a-service, these recently-formed companies—and a handful of poli-tech veterans—have stepped in to assist this specialized market in harnessing the promised power of the Internet, and on a broader level, the promised efficiency of technology.

Indeed, nine of the twelve firms profiled in these pages—Blue State Digital, Civicspace Labs, CompleteCampaigns.com, Convio, Democracy in Action, ElectionMall Technologies, GetActive, Kintera and Plus Three—were all founded between the especially politically-charged years of 1999 and 2004. Surely, the creation and advancement of these firms has been enabled by the undeniable surge in Internet usage among Americans, the willingness of politically engaged citizens to take their ideas, communities and activism to the Web, and in turn, the movement of organizations to seek them out online. Asserts Sheeraz Haji, CEO of GetActive, "Now, it's not are you using the Internet to help, it's how you're doing it."

Begun as a bootstrapped startup in '97, NGP Software could be considered a pioneer in this new wave of political technology vendors, while Aristotle International and Capitol Advantage, both which formed in the mid-'80s, are more seasoned political software firms that have evolved their offerings over time to suit the shifting needs of poli-tech users. "We've been through an amazing decade of establishing the legitimacy of online advocacy," marvels Barkley Kern, CEO of Capitol Advantage. "This sets the table for what we can do next."

The companies featured here provide software for an array of purposes, from website content management and constituent relationship management, to email campaign management and delivery, to online fundraising, database integration, campaign finance compliance and FEC filing. While most firms offer a variety of software products, each tends to take an individual approach, focusing on fundraising, advocacy or database management.

As with any emerging tech industry, scratching the surface of this one exposes issues that have yet to be played out. A question on many minds: in these days of heightened partisanship, should political software vendors choose sides? Most included here choose to leave the politics to the consultants, insisting upon a strict focus on technology development and service. Still, a few—Blue State Digital, NGP Software and Plus Three—have drawn a line in the silicon sand, choosing to work exclusively with democratic and left-leaning clients.

**4**

Each advocacy group, party organization, candidate for public office, PAC and association has particular software needs, and each is bound to find a software vendor among those profiled here in Personal Democracy Forum's Consumer Guide to Software-as-a-Service to suit all or at least some of their needs.

## NOTES

This report was researched and written in the fall of 2005. All firms included in the guide make technology development and software services their primary business, and a significant portion of each firm's clients is politically-oriented, be they issue advocacy or 527 groups, political candidates, party organizations, PACs or associations. With the exception of Aristotle International, all the firms profiled spoke with PDF staff during the compilation of this report. Not included in this survey are the many political consulting firms that offer in-depth Internet services, including website design, online advertising, and strategic communications planning.

Data on company billings come from the Center for Responsive Politics analysis of Federal Election Commission campaign expenditure reports.

User ratings of each of the companies are based on an online survey of Personal Democracy Forum's registered members and subscribers conducted in April 2006. Respondents were asked first if they had used a company's services, and then to rate them from one (lowest) to five (highest) on three scales: quality of software products, quality of customer service, and fairness of fees. User ratings are inherently subjective and should not be taken as conclusive or predictive of future service.

(Our apologies for leaving Democracy in Action out of this survey; it will be included in future surveys.)

## JOIN THE CONVERSATION

This is a living document. We will continue to provide updates to company profiles, fresh consumer survey data, and comments from providers and users of these services, online at the premium content section of the Personal Democracy Forum website.

5

# BEST PRACTICES IN CHOOSING A SOFTWARE VENDOR
## A Q&A WITH SHABBIR SAFDAR, CO-FOUNDER AND CHIEF TECHNOLOGIST AT MINDSHARE INTERACTIVE

Web consulting firm Mindshare Interactive Campaigns helps its governmental, association, nonprofit and corporate clients understand how best to use technology to achieve their goals. Personal Democracy Forum spoke with Mindshare co-founder and chief technologist, Shabbir Safdar, about his approach to choosing technology for his clients.

**PDF:** *When determining the most appropriate software and tech tools for Mindshare's political/issue advocacy clients, what is/are the most important factor/s?*

**Safdar:** I try to look for a core need. Many organizations are actually hunting for a marketing campaign to gather members, raise money, or get their message out. They erroneously think that buying a product will accomplish this. All it usually gets them is a large empty database, and they've no money left over to fill it.

I start with the organization's goals: where do they want to be one, two, three years from now? What is the currency of success in the organization? Is it money raised? Is it volunteers recruited? For some people they aren't actually held accountable for their results at all, and in that case, buying a product for them can be infuriating.

Once I've got that core need, I try to separate services from technology. An organization's goal is never, never, to have a database. It's more likely to be one: raise $250,000 this year, and two: have 15,000 active volunteers.

If that's your goal, I try and keep my clients from spending the majority of their budget on a technology product like a drunken sailor, because their hangover will be the realization that the database is empty, and they need to spend money to recruit and fundraise to fill it. And they haven't got any left.

**PDF:** *Many companies serving the political space offer similar products and technology services. From your perspective, is there a difference from one ASP software service to the next? If so, how do you think these firms are trying to set themselves apart (are they successful)?*

**Safdar:** The major ASP software vendors in the political space vary widely in their approach. Some try to sell you their products with the intent of selling you their

**30**

services, some do it the other way around. Generally I find their user interfaces universally bad, and their services directly dependant on the quality of their team's experience.

In general I don't think they are successful at differentiating themselves on the quality of their offerings. For many political organizations, the political persuasion of the vendor tends to be a deciding factor instead of what the technology can do for them. This is an enormous mistake, and often runs straight to the top of the organization.

**PDF:** *Do you think tech vendors should remain non-partisan in their approach?*

**Safdar:** I think the rule shouldn't be how partisan or non-partisan you are. You need to be able to promise clients you can do the best job for them. You can limit yourself in experience if you're only working with one type of vendor. Let's say you have a choice between two vendors, one with experience in doing marketing and recruiting in the commercial sector and one only with experience in campaigns. Assuming you have no other issues with how that vendor who serves commercial clients works, they're going to have broader experience.

There are some people that are just more comfortable going with a partisan vendor....At same time, if you're a democratic organization, you can find out what everyone else did that worked already. Your vendor should bring you something you can't that you don't have access to.

**PDF:** *What are the differences between the way a large, relatively well-funded campaign or issue group should approach technology choices and the way a small, boot-strapped campaign or group should?*

**Safdar:** A large well-funded campaign can afford the maturity to make choices that last longer, a small campaign cannot. A large campaign can choose a vendor to serve them for 24 months, the maximum I would suggest you ever sign a contract for. In 24 months the market, your needs, and the possibilities you have all change. To sign a three year or more contract is foolish, unless you plan to begin searching for a new product at the beginning of year three.

Small campaigns have to approach all decisions as tactical. They can't afford to make strategic decisions about technology because they don't have the money to invest in it. They should approach their technology choices as decisions that will have to be revisited at least every year. In this, as in everything in life, money buys you time.

**PDF:** *What are the most common mistakes you've seen politically-oriented clients or other political organizations make when choosing technologies?*

**Safdar:** When the person responsible for fundraising and outreach spends a significant portion of their time on choosing a database, rather than planning and implementing a recruitment and outreach strategy, they're missing the point. When the public affairs staffers spend time choosing a political technology tool to generate letters to legislators, instead of thinking of the campaign and how they'll message their supporters, they're missing the point.

**31**

These technologies are commodities, your best strategy is to find a good professional services firm to help you implement the campaign and let them recommend something inexpensive to accomplish the goal. If they're a good firm, they'll help you keep your budget focused on the campaign, not the licensing of technology.

**PDF:** *Should companies always go with technologies offered by vendors they're already working with for integration's sake? Are there times when you recommend mixing and matching even if it could cause some implementation headaches?*

**Safdar:** Mixing and matching is all great fun until you get into database synchronization. Once you've got to do a daily, or even multi-daily database synchronization, you're not having fun any more. I recommend using the additional features offered by an existing vendor, or even working with them to develop new features, as long as they demonstrate competence at that.

**PDF:** *Do you suggest that political campaigns and organizations have an IT type person on staff, or can some get away with relying on vendor support and services only?*

**Safdar:** Technology is so complicated nowadays that a single IT person cannot serve an organization of any size bigger than five. Even a basic website needs skills not found equally well in any single individual—skills like usability, design talent, Web visitor analytics, creative leadership, technical programming. When you go beyond this, into more complex interactivity like Flash, mobile devices, streaming video and audio, you can't possibly hope to staff adequately internally. To try and do so is to simply deprive yourself of effectiveness.

The best thing for a small organization to do is find an interactive agency that has all these skills in-house and can do your scope of work for the price you can afford. Have the head of communications or fundraising manage that relationship. As your organization grows, you should subsequently hire someone who is an excellent jack of all trades to take over management of the agency, and fill in the gaps on site if necessary.

**PDF:** *Overall, it seems as though you don't think very highly of tech companies serving the political space right now. What are they doing wrong?*

**Safdar:** I see vendors out there who are either so obsessed with their hopefully-soon public offering or with their stock price that they tend to forget they serve the client. Bob Dylan said, "You gotta serve somebody." You either serve your clients or yourself.

Most clients and quite a few vendors can't tell the difference between purchasing technology and forming a strategy and it's a really big problem. The fact of the matter is if the people who sold you ad space could also sell you killer ads, there'd be no Omnicoms or Ogilvys. There's a reason why we exist. It's a completely different discipline. The discipline it takes to run a good strategy shop and a good online technology shop are miles apart....Nobody ever won a campaign or office with no strategy but a great database.

**32**