

about ngp          products & services          support          our clients



NGP is the leading provider of **campaign technology solutions** for **Democrats and their allies**. We can also provide **customized solutions** to meet your needs and are known for our outstanding **training** and **support**. NGP services include:

- donor management and compliance
- voter contact management
- integrated services like broadcast e-mail, web site design/build, web tools like contribution processing





**Lefty Gallery**

 



**NGP News**

**NGP Developed Web Site Wins Award**

**NGP Earns High Marks in User Survey of Campaign Software Vendors**

**NGP Director of Online Campaigns Talks Blogs with Chicago Tribune**

**NGP Mascot Featured in Photo of the Day on Popular D.C. Web Site**

**NGP Web Design Earns Rave Reviews**

**Political & Campaign News**

**In Wisconsin, Doyle s Lead Dwindles**
Wed, 2006-09-27 12:56

**In Nebraska, Nelson Appears Safe**
Wed, 2006-09-27 12:55

**In Arizona, Napolitano Maintains Huge Lead**
Wed, 2006-09-27 12:53

**In Arizona, Kyl Still in Control**
Wed, 2006-09-27 12:52

**In Colorado, Ritter Increases Lead**
Wed, 2006-09-27 12:50

privacy policy
© Copyright 1997-2006 NGP Software, Inc.