IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC. | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF FILING EXHIBITS UNDER SEAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT NGP SOFTWARE INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM ARISTOTLE**

Plaintiff Aristotle International, Inc. ("Aristotle") hereby provides notice that Exhibits 6 and 7 to Plaintiff's Opposition to Defendant NGP Software Inc.'s Motion to Compel the Production of Documents from Aristotle are being filed under seal, pursuant to the parties' agreement to abide by a *Stipulated Confidentiality Agreement and Protective Order* filed with the Court on August 7, 2006.

Exhibits 6 and 7 were produced by Defendant NGP and are Bates-stamped "NPG 0116-122" and "NPG 0349-50."

Respectfully submitted,

_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
        Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:    (703) 846-0078
Facsimile:     703-846-0576
Counsel to Plaintiff

```
              /s/
```
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
        RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
        DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:    (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2006, a copy of the foregoing **NOTICE OF FILING EXHIBITS UNDER SEAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT NGP SOFTWARE INC.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM ARISTOTLE** was electronically filed via the Court's PACER system and sent by facsimile to the following:

Eric L. Yaffe, Esq.
Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250

Attorneys for Defendant NGP Software, Inc.

```
          /s/
```
J. Blair Richardson