# EXHIBIT 1

Case 1:05-cv-01700-TFH   Document 31-2   Filed 10/09/2006   Page 1 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT NGP SOFTWARE, INC.'S RESPONSE TO PLAINTIFF'S ARISTOTLE INTERNATIONAL, INC.'S SECOND SET OF INTERROGATORIES**

Defendant NGP Software, Inc. ("NGP") hereby responds to the Second Set of Interrogatories of Plaintiff Aristotle International, Inc. ("Aristotle") as follows:

**INTRODUCTORY STATEMENTS AND GENERAL OBJECTIONS**

1. NGP objects to the Interrogatories to the extent they seek information that is neither relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence.

2. NGP objects to the Interrogatories to the extent they seek to impose requirements or obligations on NGP in addition to or different from those imposed by the Federal Rules of Civil Procedure or the Local Rules. In responding to each Interrogatory, NGP will respond by providing only such information as may be required and proper under the Federal Rules of Civil Procedure and the Local Rules.

3. NGP objects to the Interrogatories to the extent that they seek information or documents that are protected from discovery by the attorney-client privilege, the work-product doctrine, or any other applicable privilege. Nothing contained in these responses is intended to,

or in any way shall be deemed, a waiver of such available privilege or doctrine. In responding to each Interrogatory, NGP will not provide privileged or otherwise protected information.

4. NGP objects to the Interrogatories as unduly burdensome to the extent they seek information already in the possession or control of Aristotle, or purports to impose extensive and unreasonable investigatory work on the part of NGP.

5. NGP objects to the Interrogatories to the extent they seek information that precedes or antecedes the time periods relevant to this action.

6. NGP does not waive the following: (a) all objections as to the competency, relevancy, materiality, and admissibility of the requested information; (b) all objections to the vagueness, ambiguity, or other infirmity in the form of the interrogatories, and any objection based on the undue burden imposed by the Interrogatories; and (c) the right to supplement its answers to the Interrogatories before trial.

## INTERROGATORY ANSWERS

1. Provide your definition of the word "allies" in the phrase "Democrats and their allies," as used at your website at http://www.ngpsystems.com/ and http://www.ngpsoftware.com/about.

**ANSWER:** *See* General Objections. Notwithstanding the foregoing and without waiving its objections, NGP responds that it has never written, published, or devised a formal definition of the word "allies" as used in its website. NGP has always considered the term "allies" as used in its website to mean entities that usually or sometimes associate or work with Democrats.

2. Identify all of your clients that are not Democrats or Democratic allies, using your definition of "allies" from your response to the first interrogatory above.

**ANSWER**: *See* General Objections. Notwithstanding the foregoing and without waiving its objections, NGP responds that there are no such clients.

3. Identify all of your clients that are Republican allies, using your definition of "allies" from your response to the first interrogatory above.

**ANSWER**: *See* General Objections. Notwithstanding the foregoing and without waiving its objections, NGP responds that it does not sell to Republican candidates, leadership PACs, committees, or parties. In fact, NGP does not market to such individuals and entities and has in the past refused to do business with such individuals and entities, and has stopped doing business with such individuals and entities upon finding that they have switched their affiliations from Democrat to Republican. Some of NGP's nonpartisan or bipartisan clients might be considered allies of Republicans as well as of Democrats; however, NGP has never intentionally done business with any individual or entity that is an ally of Republicans only.

4. Identify all corporations or corporation PACs to whom you have attempted to sell or license your products or services.

**ANSWER**: *See* General Objections. Notwithstanding the foregoing and without waiving its objections, NGP responds that, in lieu of answering, it will provide non-privileged documents responsive to this request.

Respectfully submitted,

*[signature]*

Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone:  (202) 295-2200
Facsimile:   (202) 295-2250

Date: August 28, 2006

Attorneys for Defendant
NGP Software, Inc.

4

## DECLARATION

I, Nathaniel Pearlman, declare under penalty of perjury:

1. I am founder and President of NGP Software, Inc. I am authorized to answer Plaintiff Aristotle's Interrogatories on behalf of NGP.

2. I have read the foregoing Answers to Interrogatories and know the contents thereof. The said Answers were prepared with the assistance and advice of counsel upon whose advice I have relied. The Answers set forth herein, subject to inadvertent or undiscovered errors, are based on and therefore necessarily limited by the records and information still in existence, and reasonably available to NGP, presently recollected and thus far discovered in the course of preparation of those Answers. Consequently, NGP reserves the right to make any changes in the Answers if it appears at any time that omissions or errors have been made therein or that more accurate information is available. Subject to the limitations set forth herein, the said Answers are true to the best of my knowledge, information, or belief.

I hereby declare under penalty of perjury that the foregoing answers are true and correct.

_____
Nathaniel Pearlman
President, NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2006, a copy of the foregoing **DEFENDANT NGP SOFTWARE, INC.'S RESPONSE TO PLAINTIFF'S ARISTOTLE INTERNATIONAL, INC.'S SECOND SET OF INTERROGATORIES** was sent by facsimile and first-class mail, postage prepaid, to the following:

> Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>   Rbredhoff@steinmitchell.com
> David U. Fierst, Esq. (DC Bar No. 912899)
>   Dfierst@steinmitchell.com
> Stein, Mitchell & Mezines L.L.P.
> 1100 Connecticut Avenue, N.W.
> Washington, D.C.  20036
> Telephone:   (202) 737-7777
> Facsimile:   (202) 296-8312
>
> J. Blair Richardson, Esq. (DC Bar No. 385482)
>   Blair.Richardson@aristotle.com
> 7440 Chummley Court
> Falls Church, Virginia  22043
> Telephone:   (703) 846-0078
> Facsimile:   (703) 846-0576

Attorneys for Plaintiff Aristotle International, Inc.

_____
Iris Figueroa Rosario

GP:1977917 v1