# EXHIBIT 2



## Aristotle's Politics
### October 2004

## Message from the CEO



Aristotle customers often ask how we came to start Aristotle. My story will probably sound familiar.

I got my first taste for politics as a teenager at the Democratic national convention in Miami. In fact, my first "job" in politics was as a "runner" for the Connecticut delegation. Of course, once on the convention floor in the midst of the excitement, there was no turning back.

I ran for office at the ripe age of 24. My younger brother Dean, an MIT sophomore, took time off from school. We put him to work writing a computer program for an Apple II computer that had been donated to the campaign. This was at a time when no one was yet using computers in campaigns. What he got that little computer to do was amazing.

> Aristotle's customer service is extremely good and I frequently receive pro-active calls from my representative. I would definitely recommend Aristotle to other Democratic candidates.
>
> Former NGP Client
> 2004

After the election, word got out in political circles about the "first" campaign to use a personal computer. Democrats and Republicans called us up asking if they could borrow a copy of the program. Dean and I set up a toll free phone number and named the program Campaign Manager. In short order, we retired the campaign debt and managed to land the only jobs we've had since college.

The rest, as they say, is history. Now, more than 20 years later, with a staff comprised of some of the brightest political and technology professionals in the

nation, we serve thousands of candidates, campaign treasurers, PAC's, advocacy groups and state parties. True to our roots, we strive to provide the best product with the best service - irrespective of ideology or party.



If you are already an Aristotle customer, thank you for your loyalty If you've used us in a past campaign, please come on back and check out the 5 Amazing Features of Campaign Manager 5 that you can't get anywhere else or check out some of other exciting products at www.aristotle.com.

Sincerely,

John Phillips

**Note:** For a very cool new GOTV tool you can use right away, register at www.voterlistsonline.com. Aristotle's super fast computers in Washington DC will instantly generate a sophisticated color map of your electoral district, pinpointing the exact clusters of voters you are trying to reach. There is no charge for this mapping service and registration and counts at www.voterlistsonline.com are free.

### What's Important to You.

As many of you know, Aristotle frequently surveys campaign software users to ensure that we're delivering the product you demand. While we maintain the confidentiality of individual responses, in this and subsequent newsletters, we'll tell you what the most demanding customers in the world --- that's you and your colleagues --- are telling us.



Average Aristotle response time to resolve help calls is less than 17.4 minutes



**Our Door Is Open.**

Aristotle will hold an open house and a live demonstration of our 24/7 online voter list service www.VoterListsOnline.com at our Washington, DC office October 8 and October 22 from 2:00 pm to 4:00 pm.

Please feel free to stop by to meet our staff, receive impromptu training or get any questions you may have

answered. To get more information, please feel free to contact us at 800-243-4401. Our office is located at 205 Pennsylvania Avenue, SE.



The first time I used Campaign Manager was in 1983, and I have been recommending it exclusively to my clients ever since.

Jim Robinson
President
Robinson & Muenster Associates Inc.
Democratic Strategist and Consultant

**We Can't Cure Your Addiction to Politics. We Will, However, Support Your Habit.**

Once you have politics in your veins, you're hooked. We know, because we're political junkies ourselves. With Aristotle, you can combine your passion for politics with something rare in the life of public service - a dependable income. Join the Aristotle team and align yourself with the front-runner in political technology. To learn more about career opportunities, visit us at www.aristotle.com.

We hope you found this newsletter informative and relevant. However, if you would like to unsubscribe, please e-mail us at remove@aristotle.com.