# EXHIBIT 3

CONDUCTED ON FRIDAY, AUGUST 4, 2006

1 (Pages 1 to 4)

---

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------x
ARISTOTLE INTERNATIONAL, INC.,      :
        Plaintiff    : Civil Action No.
    v.               : 1:05CV01700
NGP SOFTWARE, INC.,                 :
        Defendant    :
-----------------------------------x

            Deposition of JAMES NOBLE
                Washington, D.C.
              Friday, August 4, 2006
                   11:04 a.m.

Job No.: 1-83903
Pages 1 - 61
Reported by: Alda Mandell, RPR

---

Page 2

    Deposition of JAMES NOBLE, held at the
offices of:

        STEIN, MITCHELL & MEZINES
        1100 Connecticut Avenue, Northwest
        Suite 1100
        Washington, D.C. 20036
        (202)737-7777

    Pursuant to agreement, before Alda Mandell,
Registered Professional Reporter and Notary Public of
the District of Columbia.

---

Page 3

                APPEARANCES

ON BEHALF OF PLAINTIFF:
    J. BLAIR RICHARDSON, ESQUIRE
    7740 Chummley Court
    Falls Church, Virginia 22043
    (703)846-0078

ALSO:

ON BEHALF OF PLAINTIFF:
    ROBERT L. BREDHOFF, ESQUIRE
    STEIN, MITCHELL & MEZINES
    1100 Connecticut Avenue, Northwest
    Suite 1100
    Washington, D.C. 20036
    (202)737-7777

---

Page 4

            APPEARANCES (Continued)

ON BEHALF OF DEFENDANT:
    ERIC L. YAFFE, ESQUIRE
    GRAY PLANT MOONEY
    2600 Virginia Avenue, Northwest
    Suite 1111 - The Watergate
    Washington, D.C. 20037-1931
    (202)295-2200

            CONTENTS
EXAMINATION OF JAMES NOBLE            PAGE
    By Mr. Richardson                  5

            EXHIBITS
        (Retained by Counsel)

PLAINTIFF'S                           PAGE
    1  Document                        22
    2  Document                        25
    3  Document                        43
    4  Document                        53

---

**41**

BY MR. RICHARDSON:
Q  You don't know as you sit here whether or not NGP Campaign Office has Burger King Corporation PAC as a customer, do you?
A  No. Blair, I do not know that at all.
Q  Okay. Do you consider a Political Action Committee that gives more than 80 percent of its contributions to Republicans to be a Democrat ally?
    MR. YAFFE: Can you repeat that question, please?
    (The Court Reporter read the last question.)
A  In my opinion, no.
BY MR. RICHARDSON:
Q  Can you tell me who Sean Robertson is?
A  Yes.
Q  Okay. Who is Sean Robertson?
A  Sean Robertson is one of our web developers, one of our web site developers.
Q  Does NGP, to your -- do you ever use blogs to promote NGP?
A  I have never done that.
Q  Do you know of anyone at NGP that does that?

**42**

A  You know, I do not know. I know -- let's see. Nathaniel has a blog.
Q  Okay.
A  I believe actually that Sean will blog. I do not know whether or not they actively promote NGP. I have not read their blog entries.
Q  You haven't had any discussions with anyone at NGP about using blogs to promote NGP?
A  To promote NGP? No.
Q  Have you had discussions about using blogs to promote anything else?
A  Along the lines of a campaign, yeah, there has been -- yeah. There has been some of that discussion.
Q  I show you -- do you know what the Daily Kos is?
A  Yes.
Q  What is the Daily Kos?
A  It is a political -- it's a progressive leaning blog.
Q  Do the folks at NGP discuss -- let me ask that differently. Do you discuss politics with folks

**43**

at NGP?
A  Of course.
Q  Do you talk about particular races? Do you talk about particular races that are important to win, for instance, in 2006?
A  Yes.
    MR. RICHARDSON: Let me mark this -- what is this Deposition Exhibit Number?
    THE COURT REPORTER: Three.
    MR. RICHARDSON: Three? Okay.
    (Exhibit 3 was marked for identification and was retained by counsel.)
BY MR. RICHARDSON:
Q  Showing you what's been marked Noble Deposition Exhibit Number 3. And I just want to ask you to draw your attention -- you can read the document if you want.
A  Sure.
Q  My question only relates to the first entry. Hillary will not get my primary vote.
A  Okay.
Q  Tell me when you're finished reading that.

**44**

A  Sure. I'm finished.
Q  Have you ever talked politics with Sean Robertson?
A  Yes, I have.
Q  Does that sound like Sean Robertson?
A  Yeah. It -- sure. Yes. I believe this was probably something that Sean wrote on his free time.
Q  12:51 p.m. on a Sunday. Yeah. Okay. Good observation. Does he work weekends?
A  Does he work weekends? Don't we all work weekends?
Q  For NGP?
A  For NGP. Yeah. I would say yes, he does work weekends. But we all do.
Q  Have you heard anything, in speaking with people at NGP, about any controversy concerning political vendors who claim to be working with only one party but who actually are helping the other side at the same time?
A  Can you rephrase that or -- can you ask that again? I don't know if I heard it correctly.
Q  Just in your conversations with anyone at

12 (Pages 45 to 48)

**Page 45**

1  NGP, have you heard anything about any controversy
2  concerning political vendors who purport to be working
3  with only one party but who are also actually helping
4  the other side at the same time?
5     A   No.
6     Q   Since you've never heard of -- have you ever
7  heard of Cap Wiz?
8     A   No. I have not.
9     Q   Well, then I'll skip that.
10        MR. RICHARDSON: Let's take a five minute
11 break. You may have some questions that you want to
12 ask. And then I think I can let you go. And I
13 appreciate your sharing this on apparently what's not
14 casual Friday.
15        (A recess was taken.)
16 BY MR. RICHARDSON:
17    Q   In the past when you've made sales pitches
18 to prospects --
19    A   Yes.
20    Q   -- have you ever mentioned that NGP was a
21 Democrat-only firm?
22    A   Well, yes.

**Page 46**

1     Q   Okay. And why do you do that?
2     A   Normally they would bring it up. It's not
3  something that -- the client would bring it up or the
4  prospect.
5     Q   I'm sorry. Normally the prospect would
6  bring it up?
7     A   Yeah. They would say we like the fact that
8  you work with Democrats only.
9     Q   And you feel it's helpful to you in your
10 marketing to be able to say that you're Democrat only?
11    A   I think it's helpful to have the best
12 product out on the market.
13    Q   That is not my question. This has nothing
14 to do with your software. This has to do with the
15 claim that it's Democrat only.
16    A   I think in the context of what it is --
17 politics is a blood sport and I believe, whether
18 you're Republicans or whether you're Democrat, you
19 probably would want to go with someone that you feel
20 comfortable with and I feel there's plenty of
21 Democrats that don't use NGP.
22    Q   Does the ability to say that NGP is Democrat

**Page 47**

1  only make the prospect feel more comfortable --
2     A   It might.
3     Q   -- in your mind?
4     A   In my mind? In my mind they want solutions.
5     Q   Okay. That's not the question.
6     A   Right.
7     Q   I understand. And you're on the record
8  already as having answered this question a couple of
9  times by saying that NGP has the best product. I'm
10 not talking about that.
11    A   Okay.
12    Q   We're talking about what you referred to
13 as -- forget my characterizing it -- we're talking
14 about this comfort level that you're talking about.
15    A   Uh-huh.
16    Q   Do you feel that being able to say you're
17 Democrat only creates a comfort level with the
18 prospect that you would not otherwise have?
19        MR. YAFFE: Objection as to the form of the
20 question.
21        MR. RICHARDSON: Okay. You can still answer
22 it.

**Page 48**

1     A   When a customer asks or mentions that we
2  work with Democrats, I believe that the fact that we
3  only do -- the fact that we do work with Democrats
4  gives them a level of -- they know that they're going
5  to receive attention because they have passionate
6  people working for them. And I don't know in the game
7  of politics whether you can provide a level of passion
8  if you're not vested or interested into that
9  individual's campaign.
10 BY MR. RICHARDSON:
11    Q   And being able to make the claim that you're
12 Democrat only helps convey that passion to the
13 prospect?
14    A   The fact that we're all Democrats conveys
15 that.
16    Q   Is that a yes?
17    A   Is that a yes? I would say yes.
18    Q   Have you ever come up against a competitive
19 situation against Aristotle?
20    A   I've been asked about Aristotle. I've
21 had -- yeah. I would say yes. Yes.
22    Q   And that was conversations with prospects?

**49**

1  A  Yes.
2  Q  In conversations with those prospects did
3  you mention that NGP was Democrat only?
4     MR. YAFFE: In the same conversation where
5  there was a discussion about Aristotle.
6     MR. RICHARDSON: Same marketing pitch to
7  this prospect who's also considering Aristotle.
8  A  No.
9  BY MR. RICHARDSON:
10 Q  You don't?
11 A  No.
12 Q  So you don't use the fact that NGP is
13 Democrat only when you're going up against Aristotle
14 in a sales situation?
15 A  Well, they will often ask -- like a campaign
16 or the individual will ask about NGP. I will tell
17 them about NGP. If they ask about other competitors,
18 Aristotle or, as we said, Patton earlier, I'll say go
19 look at their products. I don't know. Does that
20 answer your question?
21 Q  No. No. Because products -- we're not
22 talking about the products. We're talking about the

**50**

1  claim of being Democrat only.
2  A  Okay.
3     MR. YAFFE: Well, hold it. What's the
4  question? I'm losing the question and I want to make
5  sure you know what the specific question is.
6     MR. RICHARDSON: Can you read the question
7  back, please.
8     THE COURT REPORTER: "So you don't use the
9  fact that NGP is Democrat only when you're going up
10 against Aristotle in a sales situation?"
11 A  Yeah. If they ask what's our political
12 affiliation, I say, yes, we work with Democrats.
13 BY MR. RICHARDSON:
14 Q  You would never offer it without being
15 asked?
16 A  It doesn't normally really kind of come up.
17 If they ask, I will say we work with Democrats.
18 That's the only people -- since I've been there the
19 only people that I've spoke to have been Democrats.
20 I've never actively pursued Republican campaigns.
21 Q  In situations, sales situations, where
22 you've gone up against Aristotle, did you feel that it

**51**

1  gave you some advantage to be Democrat only?
2  A  No.
3  Q  Never?
4  A  No. I don't think so. No.
5  Q  So that could be dropped from NGP's
6  marketing as far as you're concerned and that would
7  not affect your ability to sell at all?
8  A  No. I don't think so. I think the fact
9  that -- sadly I'm going to have to take this back to
10 the product -- politics being the blood sport that it
11 is, why would any campaign want to go to a lesser
12 product?
13 Q  That's right. Why would any campaign want
14 to go to a lesser product. What if the campaign has
15 evaluated the products as similar and they're looking
16 for something to break the tie?
17 A  Then I -- Blair, I think you work in this
18 business too. Then it probably comes down to price.
19 Q  The offering -- the price of the software?
20 A  Yes.
21 Q  Okay. In a situation where the prices
22 matched, they've evaluated the software comparably,

**52**

1  you're saying that being able to say you're Democrat
2  only doesn't help you?
3     MR. YAFFE: Objection to the extent it's
4  calling for speculation.
5  BY MR. RICHARDSON:
6  Q  It's never helped. It has never help you to
7  be able to say --
8  A  I would never say never and I would never
9  say it absolutely has.
10 Q  Okay.
11 A  Probably the reason why some people like to
12 drive hybrids and Japanese cars and some people like
13 to drive German big 12-cylinder Benzes.
14 Q  That you know is not an answer to the
15 question, right?
16    MR. RICHARDSON: You had to give me a guy
17 that went to law school. Actually I knew that from
18 your bio.
19    THE WITNESS: I can't lie.
20 BY MR. RICHARDSON:
21 Q  That's right. Let me ask the question a
22 little differently because I don't really care about

OF JAMES NOBLE
CONDUCTED ON FRIDAY, AUGUST 4, 2006

14 (Pages 53 to 56)

### Page 53

1  hybrid cars. For purposes of this next question, have
2  you ever felt that being able to say that NGP was
3  Democrat only gave you some advantage over Aristotle
4  in a sales situation?
5      A   Like I said -- I said no but then I'll couch
6  it with an individual probably does feel comfortable
7  that they are working with fellow Democrats and
8  committed Democrats. So yes, there is a level of
9  comfort that they probably receive or feel because we
10 do work with Democrats only.
11     Q   With Democrats only you said?
12     A   Yeah. With Democrats.
13         MR. RICHARDSON: All right. I have one more
14 question.
15         (Exhibit 4 was marked for identification and
16 was retained by counsel.)
17 BY MR. RICHARDSON:
18     Q   This is Noble Deposition Exhibit Number 4.
19 Have you ever seen this document before?
20     A   I have not.
21     Q   Okay. Would you go ahead and read through
22 it, please?

### Page 54

1      A   Sure.
2      Q   And this will be my last question. Let me
3  know when you're done. Okay?
4      A   Sure. Almost finished. I'm finished.
5      Q   In the second paragraph there's a reference
6  to 5520 Connecticut Avenue. Do you see that?
7      A   Yes, I do.
8      Q   Does that refresh your recollection as to
9  where your annex office was?
10     A   Yes. That could be the annex. I do not
11 know for certain but, yeah, that absolutely could
12 be -- that could be the annex.
13     Q   And did you hear anything, other than from
14 your counsel, about a visit from the D.C. government
15 to the NGP office house?
16     A   Yes.
17     Q   Nathaniel's house?
18     A   This issue just came to light to me in my
19 conversations with Eric yesterday.
20     Q   You see the sentence in the middle of the
21 second paragraph where it says I admitted I was using
22 the location as an office?

### Page 55

1      A   Yes.
2      Q   He's referring to the building located at
3  5305 Connecticut Avenue above. You see that?
4      A   Yes, I do.
5      Q   And it says, and noted that my official
6  office was located at 5520 Connecticut Avenue.
7      A   Uh-huh.
8      Q   Do you believe that that's a true statement
9  by Mr. Pearlman to the D.C. government?
10     A   I do. I can't answer for Nathaniel but --
11     Q   Do you believe that the official office of
12 NGP was 5520 Connecticut Avenue under oath? That's
13 your testimony, the office that you were in with Chris
14 and Leah?
15         MR. YAFFE: If you know. It asks for a
16 legal conclusion as to what was the official --
17     A   It could have been the mailing address. I
18 don't know where all of the --
19 BY MR. RICHARDSON:
20     Q   Okay. It wasn't the mailing address.
21     A   Okay. I didn't know.
22     Q   You're saying you don't know whether that

### Page 56

1  statement's true or not?
2      A   Yes. I do not know.
3          MR. RICHARDSON: All right. That's my last
4  question. And I'll get Bob and we can let you go.
5          (Signature having not been waived, the
6  deposition was concluded at 12:15 p.m.)