# EXHIBIT 4

# Candidates and Political Parties

*"We handle FEC reporting for some of the top leaders and Leadership PAC's in the country using Aristotle's Campaign Manager program. I use Aristotle because the company has longevity, the program is reliable and their support staff is excellent."*
Dan Morgan, President
Morgan, Meredith & Associates, VA

*"The first time I used Campaign Manager was in 1983, and I have been recommending it exclusively to my clients ever since."*
Jim Robinson, President
Robinson & Muenster Associates Inc.

### Information to Power Your Strategy.

You've got a plan. It's a solid strategy. It reflects years of experience and lessons learned the hard way.

Now you need control — of your resources, your communications, your people and your information.

You can take control with instant access to accurate information and powerful tools to help you:

o Raise money
o Comply 100% with FEC and State disclosure requirements
o Mobilize support
o Communicate your message
o Identify your base
o Convince the undecided
o Get Out The Vote
and…
o Perform mail merges
o Produce thank you letters
o Print out walk lists
o Create fundraising and pledge reports
o Utilize dozens of helpful system reports

### Aristotle's Campaign Manager.

### A Power Tool for Politics.

Campaign Manager combines information you've amassed over the years, modern fundraising and Internet programs, and instant access to Aristotle's highly accurate U.S. registered voter file.

With Campaign Manager, you will raise more money and meet all FEC and state campaign finance disclosure requirements. Our friendly and knowledgeable customer support

representatives are available 24 hours a day, seven days a week, toll-free, should you need advice or assistance.

So instead of juggling lists, now you can spend time deciding what to say to those on the lists. And, instead of building software programs, you can build your organization.

### *Remote Lookup*

o Automatically integrate information into your desktop from Aristotle's highly accurate U.S. Registered Voter File.
o Augment information in your database to give you birthday, phone number, party ID and demographics of voters and supporters, instantly.
o With your campaign software and enhanced voter file lookup working together, you will save time and money.

### *Pre-Approved to Accept Credit Cards*

o Campaign Manager is the only FEC-approved software program pre-approved to accept American Express, MasterCard, Discover, VISA and debit card contributions.
o Immediately accept contributions made with a credit card without any bank paperwork or personal guarantees.
o Accept contributions online, over the phone and at events. Then put your contributors on a monthly giving plan to increase your war chest.

### *Contributor Records*

o Only Campaign Manager has an instant and seamless interface to millions of contributor records and can tell you how much your existing contributors and supporters have given to others.
o Although this data is directly available from state agencies and the FEC, its reference in Campaign Manager 5 allows you to easily conform your fundraising to state and federal compliance standards..

### *Fundraising, Pledge and Event Tracking*

o Campaign Manager's fundraising, pledge and event tracking give you a proven system used by professional fundraisers, tracking exactly how much is pledged, and who has delivered.
o Powerful predictive fundraising helps your finance team meet their goals and stick to your overall fundraising plan.
o Integrated web fundraising with affiliate marketing (like Amazon.com) brings in contributions from like-minded supporters from across the country.

### *E-mail Capabilities*

o With Campaign Manager, you can target e-mail blasts from your in-house lists to turn out voters and raise instant money.
o A built-in house-holding feature lets you opt to send out e-mails to one person per household.
o Links with your website to harvest volunteer e-mails and new e-mail list subscribers.
o Saves lists and maintains a history of e-mail activity to your subscriber list.

*We'll Cover You When the Law Changes.*

Campaign finance laws are constantly changing. Enforcement is becoming more and more strict, and the penalties even for inadvertent mistakes can be severe and are often politically damaging. As the law changes, your software must be modified. Aristotle employs full-time legal counsel to keep you abreast of the changing laws. We provide you with the enhancements you need in ample time to keep your campaign office up and running.

*We're Here for You, 24/7.*

We know your staff works around the clock. That's why we have a team of compliance experts ready to answer your questions day or night. Our experts are available 24 hours a day, seven days week, 365 days a year. Just give us a call at 800-243-4401 or send an email to support@aristotle.com

**One Company. One Solution.**

Aristotle is recognized as the pioneer in political campaign technology. Every occupant of the White House — Democrat and Republican — for more than 20 years, has been an Aristotle customer, as are most U.S. Senators, most members of the U.S. House of Representatives, and Democratic and Republican state party organizations. Year round, thousands of Americans involved in the political process — from grassroots organizers to Washington insiders — rely on Aristotle.

Our staff has worked for the Federal Election Commission, the DNC and the RNC, state parties and some of the top political consulting firms in the country. Many of us joined Aristotle after using the company's products in hard fought campaigns, initiatives or PACs.
We know campaigns, we know what works and we understand what is expected.

Our experienced and skilled trainers conduct frequent complimentary trainings for all Aristotle customers throughout the year. In addition, we regularly hold open houses conveniently located at our office in Washington, DC on Capitol Hill. If you have specialized needs, you can also receive customized training on-site at your organization's location.

Aristotle has every product and service you need to make your campaign a success. Whether it's Campaign Manager software, voter lists at VoterListOnline.com, online fundraising at CampaignContribution.com or access to technical support 24/7, Aristotle's got what you need.