# EXHIBIT 5

Case 1:05-cv-01700-TFH   Document 31-6   Filed 10/09/2006   Page 1 of 5



# FEDERAL ELECTION COMMISSION

Skip Navigation

ABOUT THE FEC | PRESS OFFICE | QUICK ANSWERS | SITE MAP

enter search here

HOME / ELECTRONIC FILING / SOFTWARE OPTIONS

## Electronic Filing Software

- Campaign Finance Reports and Data
- Commission Meetings
- Enforcement Matters
- Help with Reporting and Compliance
- Law & Regulations



- Commission Calendar

### Requirements:

Electronic filing requires the use of special data formatting and upload procedures that can best be accomplished by software written specifically for this purpose. The software must be capable of creating a file in the proper format, validating and encrypting the file and uploading the file to the FEC.

### Approval:

During the electronic filing process, the file is received and evaluated to verify that the it has been correctly formatted and that all necessary information is properly included. **The FEC does not officially endorse or approve electronic filing software products.** Any software package or other computer process that can produce and upload properly formatted files may be used for electronic filing.

### Software options:

**FECfile** - This software was created by the FEC specifically for electronic filing of FEC reports. It is available at no cost to any committee who wishes to use it. It may be downloaded, or contact the Electronic Filing Office at 202-694-1642 option 2, to have a copy mailed to you. FECfile requires a PC with Windows 95, 98, NT, 2000, ME or XP, and approximately 8 MB free disk space.

The following companies have contacted the FEC and indicated that they are implementing electronic filing. The tools that facilitate doing so are available to anyone who wishes to use them. You should check with your software vendor to see if they support electronic filing with the FEC.

| Company Name | Software Package | Phone Number |
|---|---|---|
| | | |

| | | |
|---|---|---|
| AmeriCan GOTV Enterprises, LLC | GOTV Campaign Optimizer | (866) 633-4688 |
| Archaeotech, Inc. | FECReports | (571) 212-3377 |
| Aristotle International Inc. | Campaign Manager; PAC Manager | (800) 296-2747 |
| Aspen Software | Trail Blazer | (800) 446-1375 |
| Blue Shift Consulting LLC | Blue Shift Campaign Management System | (253) 851-4366 or (206) 790-7566 |
| Campaign Finance System | Campaign Finance System for E-Filing | (480) 834-4544 |
| Capitol Advantage, LLC | Capwiz PACbuilder | (703) 289-4670 |
| CMDI | FEC Filer | (703) 790-8676 |
| Comerica Bank | | (248) 371-5562 |
| CompleteCampaigns.com | BackOffice | (888) 217-9600 |
| C. Young & Associates, Inc. | CMS | (410) 592-5607 |
| Data+Imagination, Inc. | VoteTech | (800)-422-5222 |
| Democracy Data and Communications, LLC | Democracy Direct | (703) 684-9690 |
| Donnelson and Associates | Micropac | (615) 662-7280 |
| Durkee & Associates | | (818) 260-0669 |
| Paula Y. Edwards | | (202) 882-4640 |
| | | (800) |

| | | |
|---|---|---|
| Filpac | Filpac | 383-8400 |
| Hannibal Software, Inc. | Hannibal/Landslide | (202) 544-8117 |
| MPower Systems Public Policy Group | MPower Systems | (770) 913-0677 |
| MrDistrict LLC | MrDistrict | (816) 884-4741 |
| MURRAYCOM.COM | The Focus System | (803) 783-7436 |
| NetFile | NetFile | (209) 742-4100 |
| NGP Software Inc. | NGP Campaign Office™<br>NGP Campaign Office™ Online | (202) 686-9330 |
| PAC Services LLC | | (877) 433-7227 |
| PASoft Solutions & Services, Inc. | PASoft PAC Manager | (770) 783-1134 |
| Patton Technologies, LLC | PT Campaign Suite™<br>PT Database™<br>PT Financial™<br>PT Disclosure™ | (502) 695-9222 |
| Political Compliance Services Inc. | Complete Compliance Systems | (703) 250-0496 |
| Public Affairs Resources, Inc. | STAKEHOLDER.NET and STAKEHOLDER PAC MANAGER | (800) 727-5022 or (317) 253-5759 |
| Public Affairs Support Services | PASS | (703) 684-2915 |
| Q.E.D., Incorporated | Pundit/2000 | (763) 521-2626 |
| RACE-TRAX Political Software | | (770) 386-8619 |
| RDE System Support Group | Visual Elect | (973) 773-0244 |

| | | |
|---|---|---|
| Sage Systems | Sage ListManagerT v1.0 | (617) 742-3338 |
| Statecraft Inc. | Craftware Express | (800) 984-6789 |
| The Synetech Group, Inc. | FECreporting.com | (877) 648-0300 |
| Vocus | GRoffice, PACpro™ Keep in Touch™ | (301) 459-2590 |

What's New    Library    En Español    FOIA    FirstGov    Privacy    Links
eFiling    Register To Vote

Federal Election Commission, 999 E Street, NW, Washington, DC 20463 (800) 424-9530 In Washington (202) 694-1100
For the hearing impaired, TTY (202) 219-3336 Send comments and suggestions about this site to:
webmaster@fec.gov