# EXHIBIT 6

c a m p a i g n    m a n a g e r™    ARISTOTLE

"Our campaign made the decision to switch from NGP to Aristotle because of reliability issues and glitches in NGP's program. Aristotle's Campaign Manager program is more intuitive, easier to learn and is accompanied by a professional user manual. Aristotle's customer service is extremely good and I frequently receive pro-active calls from my representative. I would definitely recommend Aristotle to other Democratic candidates."

Former NGP User
2004

"The first time I used Campaign Manager was in 1983, and I have been recommending it exclusively to my clients ever since."

Jim Robinson
President
Robinson & Muenster Associates Inc.



www.aristotle.com
1.800.296.2747

WASHINGTON, DC   ATLANTA   SAN FRANCISCO

Campaign Manager is a trademark of Aristotle Publishing. All other brand and product names are trademarks or registered trademarks of their respective holders.

## Thinking of switching from NGP to Aristotle?
Now is the time to do it.

Between now and December 31st, you can upgrade from NGP to Aristotle's Campaign Manager 5 and **pay nothing for one year.**

This special includes:

– No down payment and no payments for one year ($500/month thereafter).
– 24 Month License to Campaign Manager Web-Powered Software
– Free conversion of your data from NGP to Aristotle.
– Free access to the complete enhanced registered voter file for your state.
– Free access to enhanced and cleaned FEC contributor data back to 1992.
– Free access to the contributor data for contributors to state candidates in 18 states.
– Free lookups to the voter and contributor files from within Campaign Manager.
– Free Toll-Free technical support 24/7
– Free training at your organization's location.
– Free training at Aristotle's next Washington, DC training event on December 9th
– Immediately accept Amex, Discover, MasterCard and Visa contributions at your web site — no paperwork or bank guarantees involved.
– Free Database Clean-up: We'll update your database with Fast Forward, the USPS certified Change-of-Address program to update addresses, add zip-plus-four and carrier route, and address standardization.

### Top 6 Reasons NGP Users are Switching to Aristotle:

**#1: Faster Support.** Only Aristotle offers Instant Access Toll-Free telephone support, 24 hours a day, 7 days a week.

**#2: Smarter Support.** Only Aristotle employs FEC Compliance Experts who have worked at the FEC.

**#3: FEC Compliance Guarantee.** Only Aristotle offers a lifetime guarantee of FEC compliance. Campaign Manager is constantly updated as compliance rules change.

**#4: Professional Manual.** All new, professionally written Campaign Manager manual with easy-to-use, step-by-step instructions.

**#5 Smarter Fundraising.** Only Campaign Manager tells you how much your contributors have given to other candidates, PACs and parties. Not available with NGP or any other software program.

**#6 Unbeatable Offer.** Switch now, and make no payments for 12 months.

## Alert: Federal Election Commission Advisory Adopts Aristotle Position; NGP Request Unanimously Rejected

(Washington, DC  August 12, 2004) In a striking 5-0 vote, the Federal Election Commission rejected a request by software seller NGP for permission to include FEC individual contributor data for purposes not permitted under the law, agreeing unanimously with Aristotle International's concern about illegal political activity that would put campaign committees on the wrong side of the law and at grave risk of serious penalties. The commissioners also deleted confusing draft language about which Aristotle had raised concerns.

NGP had sought the commission's approval to circumvent current law by a method that would "sort and organize" FEC data into a client's database "based on the client's needs," including for the expressed purpose of  "soliciting contributions." NGP also asked if it might provide data to its customers, "regardless of intended use." Aristotle expressed the view that the proposed NGP scheme violated current law and should be rejected. The FEC agreed unanimously.