# EXHIBIT 7

# 5 Reasons Why Campaigns Choose Campaign Manager 5

**ARISTOTLE**
WASHINGTON, DC • ATLANTA • SAN FRANCISCO
www.aristotle.com

# Reason #1: Raise More Money.



Only Campaign Manager 5 has a seamless interface to millions of detailed contribution records.

When soliciting a contribution, Campaign Manager 5 will tell you exactly how much the prospect has given to others, which suggests how much you should ask for.

Never again leave money on the table by asking for too little, or the wrong amount, from a qualified prospect.

Raise more money with Campaign Manager 5.

# ARISTOTLE
*Powerful Tools for Politics*

## Reason #2:
## Information is Power.

One click access to information from the US Voter File.

**Campaign Manager 5** integrates information from the highly accurate Aristotle US Registered Voter File.

This tells you the birthday, phone number, party ID, or demographics of records in your database, instantly.

Updated monthly by the Post Office, bad addresses are a thing of the past.

Now your software and voter file are working together.

A complete solution.



# Reason #3:
## Sticking to the Plan.

Every campaign needs a plan.

Getting your finance team to keep to their goals is half the battle.

Campaign Manager 5 will revolutionize your fundraising by tracking pledges made and checks delivered.

Allowing you to give credit, where credit is due.

And helping insure that promises made, are checks delivered.

Everyone benefits, when they stick to the plan.

## Reason #4:
## Pre-approved for Credit Cards.



Campaign Manager 5 is the only FEC-approved software program pre-approved to accept American Express, MasterCard, Discover & Visa contributions.

Immediately accept contributions made with a credit card without any bank paperwork or guarantees.

Online, over the phone, in the mail, or at events.

Then put your contributors on a monthly giving plan to increase your war chest predictably.

There is no better way to insure there's money in the bank for the final push.

# ARISTOTLE™
*Powerful Tools for Politics*

## Reason #5:
## 100% Compliance Guaranteed.



Aristotle is the only company to back it's products with a 100% compliance guarantee.

Friendly customer support is always available, toll-free, 24 Hours a day, 7 days a week.

One phone call gets you an immediate answer from a real person knowledgeable in State and Federal reporting.

That's why our customer service is rated #1 by campaigns, PAC's and grassroots groups.

# ARISTOTLE
*Powerful Tools for Politics*

## 5 Reasons Campaigns Choose Campaign Manager 5.



1. Raise More Money.
2. Information is Power.
3. Sticking to the Plan.
4. Pre-Approved for American Express, MasterCard, Visa and Discover Contributions.
5. 100% Guaranteed.



## 5 reasons why you'll love the new Campaign Manager 5



Send more Info



Presenting...
5 Reasons Why
Campaigns Choos[e]
Campaign
Manager 5

**1.** Only Campaign Manager 5 instantly tells you how much your contributors and supporters have given to other state candidates, PACs or party organizations. This ensures you are not leaving money on the table when soliciting a contribution. Campaign Manager 5 helps you avoid the mistake of asking for $250 from a donor who gives $1,000 to others.

**2.** All of your contacts are cross-referenced to Aristotle's enhanced US registered voter file. Pull up the name of any of your contacts, and you'll also get important details such as telephone number, address corrections from the post office, names of spouse or family members, party ID and vote history. This saves you thousands of dollars and many hours by keeping your database up-to-date with the most accurate information available in Aristotle's nationwide voter file.

**3.** Campaign Manager 5 gives your organization the ability to instantly accept and process unlimited MasterCard, Visa, American Express or Discover contributions without the credit checks, personal guarantees, merchant accounts or monthly fees. If you use you own credit card company accounts, Campaign Manager 5 will record and report the contributions accurately.

**4.**  Fundraising, Pledge, and Event Tracking gives you a professional fundraising operation, showing exactly how much was promised, and who has delivered. Powerful predictive fundraising helps your finance team meet their goals. Integrated Web Fundraising with Affiliate Marketing (like Amazon.com) brings in contributions from like-minded supporters from out-of-state.

Unconditional compliance Guarantee. Aristotle's Campaign Manager 5 is the only software



5. program for campaigns and PACs that comes with a 100% Unconditional Guarantee of Compliance with all state and federal campaign finance disclosure laws. Skilled, professional toll-free telephone support is always available 24 hours a day 7 days a week.

For more information about this exciting new software release, Campaign Manager 5, please contact your Aristotle Sales Representative at 800-296-2747.

Privacy Policy
© 2004 Aristotle International, Inc. All rights reserved.

W2A