**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC. | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT MOTION FOR 60-DAY EXTENSION OF DISCOVERY DEADLINES**

Plaintiff Aristotle International Inc. and Defendant NGP Software, Inc. hereby move this Court for an order granting their Consent Motion for 60-Day Extension of Discovery Deadlines. In support of the Motion, the parties rely on the accompanying Memorandum. The parties have included a proposed order for the Court's consideration.

Respectfully submitted,

_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

<u>        /s/                                        </u>
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:    (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff


<u>        /s/                                        </u>
Eric L. Yaffe, Esq.
Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250
Attorneys for Defendant NGP Software, Inc.


## <u>CERTIFICATE OF SERVICE</u>


I hereby certify that on this 10t[h] day of October, 2006, a copy of the foregoing
CONSENT MOTION FOR 60-DAY EXTENSION OF DISCOVERY DEADLINES
was filed via the Court's electronic PACER system.



<u>        /s/                        </u>
J. Blair Richardson