IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. )<br>)<br>    Plaintiff    )<br>)<br>v.    )<br>)<br>NGP SOFTWARE, INC.    )<br>)<br>    Defendant    ) | Civil Action No.1:05CV01700 |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION
FOR 60-DAY EXTENSION OF DISCOVERY DEADLINES**

    Plaintiff Aristotle International Inc. ("Aristotle") and Defendant NGP Software, Inc. submit this memorandum in support of their Consent Motion for 60-Day Extension of Discovery Deadlines.

**SUMMARY OF PROCEDURAL STATUS OF CASE**

    Aristotle commenced this action against NGP alleging: (a) Count I, unfair competition by false advertising under the Lanham Act, and (b) Count II, styled as unjust enrichment. *See* Complaint (Docket No. 1). Following NGP's Motion to Dismiss Count II and related pleadings, the matter was resolved by the parties. Count II was deemed pleaded within Count I and on June 7, 2006, the Court entered a Scheduling Order (Docket No. 20). On August 14, 2006, following negotiations by the parties counsel to narrow the issues and discovery in the case, Aristotle filed an Unopposed Motion for Leave to File Amended Complaint. NGP filed its Answer to Amended Complaint on September 14, 2006.

    Under the Court's Scheduling Order, discovery is required to be completed by December 4, 2006. Expert witness reports and information pursuant to Rule 16(a)(2) were to be provided by Plaintiff at least 60 days before the completion of discovery, and by Defendant at least 30 days before the completion of discovery. A trial date has not been scheduled. Since the time the Court issued the Scheduling Order, the parties have been actively engaged in written discovery. To date, only one deposition, of just over one hour on August 4, 2006, has taken place.

At Defendant's request, Aristotle agreed during the first week of August 2006 that no other depositions would take place in August or September. At the time of such agreement, the parties' counsel agreed to seek a reasonable extension of the discovery deadlines. In view of the nearly two-month period that depositions were not pursued, and because the requested extension will run over the winter holidays, the parties agree that an extension of 60 days is reasonable.

## ARGUMENT

### I.   THE REQUESTED EXTENSION IS IN THE INTEREST OF JUSTICE

Granting the parties' request for a 60-day discovery extension will allow the case to proceed in an orderly fashion and is consistent with the parties' prior agreement concerning scheduling. Moreover, without the extension, Plaintiff's deadline for submitting expert reports would have already passed without a fair opportunity to engage in discovery. Pursuant to the court's inherent power to control its docket, it is in the interest of justice to grant the requested extension.

### II.   CONCLUSION

Based on the foregoing, the parties respectfully request that the court grant their Consent Motion for 60-Day Extension of Discovery Deadlines.

Respectfully submitted,

_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

_____/s/_____
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:     (202) 296-8312 (fax)
Counsel to Plaintiff


_____/s/_____
Eric L. Yaffe, Esq.
Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250
Attorneys for Defendant NGP Software, Inc.