**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ARISTOTLE INTERNATIONAL, INC.        )
                                                          )
      Plaintiff                                       )
                                                          )
v.                                                        )        Civil Action No.1:05CV01700
                                                          )
NGP SOFTWARE, INC.                        )
                                                          )
      Defendant                                    )

## <u>ORDER</u>

Having considered the parties' Consent Motion for 60-Day Extension of Discovery Deadlines and the accompanying Memorandum, it is hereby

**ORDERED** that:

1. Discovery be completed by February 5, 2007.

2. Expert witness reports and information pursuant to Rule 16(a)(2) be provided by Plaintiff at least 60 days before the completion of discovery and by Defendant at least 30 days before the completion of discovery;

3. Dispositive motions be filed no later than 30 days after completion of discovery, oppositions to motions be filed within 11 days after service, replies to oppositions be filed within five days after service, and motions be decided if practicable within 30 days after filing.

4. The case be scheduled for non-binding mediation after completion of discovery;

5. The pre-trial conference will be held, _____, 2007;

6. A trial date will be set at the pretrial conference from 30-60 days after that conference.

**SO ORDERED**

_____, 2007

                                           _____
                                               Thomas F. Hogan
                                              Chief Judge