DEPOSITION OF JAMES NOBLE
CONDUCTED ON FRIDAY, AUGUST 4, 2006


PLAINTIFF'S
EXHIBIT
_____

41

1  BY MR. RICHARDSON:

2      Q     You don't know as you sit here whether or

3  not NGP Campaign Office has Burger King Corporation

4  PAC as a customer, do you?

5      A     No.  Blair, I do not know that at all.

6      Q     Okay.  Do you consider a Political Action

7  Committee that gives more than 80 percent of its

8  contributions to Republicans to be a Democrat ally?

9          MR. YAFFE:  Can you repeat that question,

10  please?

11          (The Court Reporter read the last question.)

12      A     In my opinion, no.

13  BY MR. RICHARDSON:

14      Q     Can you tell me who Sean Robertson is?

15      A     Yes.

16      Q     Okay.  Who is Sean Robertson?

17      A     Sean Robertson is one of our web developers,

18  one of our web site developers.

19      Q     Does NGP, to your -- do you ever use blogs

20  to promote NGP?

21      A     I have never done that.

22      Q     Do you know of anyone at NGP that does that?