# Automotive Free International Trade PAC
## 2006 PAC Summary Data



**PLAINTIFF'S EXHIBIT 2**

| 2006 election so far* Select a Cycle: 2006 | Total Receipts | $1,730,339 |
|---|---|---|
| | Total Spent (view expenditures) | $1,644,079 |
| | Begin Cash on Hand | $152,778 |
| | End Cash on Hand | $239,037 |
| | Debts | $0 |
| | Date of last report | August 31, 2006 |
| | *Contributions* from *this PAC to federal candidates* (list recipients) (11% to Democrats, 89% to Republicans) | $539,000 |
| | *Contributions* to *this PAC from individual donors of $200 or more* (list donors) | $1,642,475 |

Official PAC Name:
AUTOMOTIVE FREE INTERNATIONAL TRADE PAC
Location: Alexandria VA, 22314
Industry: Automotive; Auto dealers, foreign imports
Treasurer: Blackstock, Peter
FEC Committee ID: C00250399
(Look up actual documents filed at the FEC)

*Based on data released by the FEC on Monday, October 02, 2006.

## Automotive Free International Trade PAC

PAC Contributions to Federal Candidates
2006 Cycle

| House Candidate | Total Contribs | Senate Candidate | Total Contribs |
|---|---|---|---|
| Akin, Todd (R-MO) | $2,500 | Allen, George (R-VA) | $10,000 |
| Barton, Joe (R-TX) | $5,000 | Chafee, Lincoln D (R-RI) | $5,000 |
| Bass, Charles (R-NH) | $3,500 | DeWine, Mike (R-OH) | $5,000 |
| Bean, Melissa (D-IL) | $5,000 | Ensign, John (R-NV) | $10,000 |
| Bilbray, Brian P (R-CA) | $5,000 | Hatch, Orrin G (R-UT) | $5,000 |
| Boehner, John (R-OH) | $5,000 | Hutchison, Kay Bailey (R-TX) | $10,000 |
| Bonilla, Henry (R-TX) | $10,000 | Kean Jr, Thomas H (R-NJ) | $5,000 |
| Bradley, Jeb (R-NH) | $2,000 | Kennedy, Mark (R-MN) | $10,000 |
| Brady, Kevin (R-TX) | $5,000 | Kyl, Jon (R-AZ) | $5,000 |
| Buchanan, Vernon (R-FL) | $5,000 | Lieberman, Joe (I-CT) | $1,000 |
| Burgess, Michael (R-TX) | $1,500 | Lott, Trent (R-MS) | $10,000 |
| Camp, Dave (R-MI) | $2,500 | Lugar, Richard G (R-IN) | $5,000 |
| Campbell, John (R-CA) | $15,000 | McGavick, Michael (R-WA) | $5,000 |
| Capito, Shelley Moore (R-WV) | $3,000 | Nelson, Ben (D-NE) | $5,000 |
| Castle, Michael N (R-DE) | $1,000 | Nelson, Bill (D-FL) | $10,000 |
| Chabot, Steve (R-OH) | $7,500 | Santorum, Rick (R-PA) | $5,000 |
| Chandler, Ben (D-KY) | $2,500 | Steele, Michael (R-MD) | $5,000 |
| Chocola, Chris (R-IN) | $5,000 | Talent, James M (R-MO) | $10,000 |
| Cole, Tom (R-OK) | $3,500 | Thomas, Craig (R-WY) | $5,000 |
| Cuellar, Henry (D-TX) | $5,000 | Vitter, David (R-LA) | $2,500 |
| Davis, Geoff (R-KY) | $7,500 | Total to Democratic Senate Candidates: | $15,000 |
| Davis, Susan A (D-CA) | $2,500 | Total to Republican Senate Candidates: | $112,500 |
| Davis, Tom (R-VA) | $5,000 | | |
| DeLay, Tom (R-TX) | $5,000 | | |
| Dicks, Norm (D-WA) | $2,500 | | |
| Doolittle, John T (R-CA) | $2,000 | | |
| Drake, Thelma (R-VA) | $2,500 | | |
| Dreier, David (R-CA) | $5,000 | | |
| English, Phil (R-PA) | $2,500 | | |
| Ferguson, Mike (R-NJ) | $5,000 | | |
| Fitzpatrick, Michael G (R-PA) | $2,500 | | |
| Garrett, Scott (R-NJ) | $2,000 | | |
| Gerlach, Jim (R-PA) | $2,500 | | |
| Gillmor, Paul E (R-OH) | $1,500 | | |
| Gingrey, Phil (R-GA) | $2,500 | | |
| Granger, Kay (R-TX) | $1,500 | | |
| Gutknecht, Gil (R-MN) | $1,000 | | |
| Hall, Ralph M (R-TX) | $5,000 | | |
| Hayworth, J D (R-AZ) | $5,000 | | |
| Hensarling, Jeb (R-TX) | $5,000 | | |

| | |
|---|---|
| Hobson, Dave (R-OH) | $5,000 |
| Hulshof, Kenny (R-MO) | $2,500 |
| Issa, Darrell (R-CA) | $1,500 |
| Jefferson, William J (D-LA) | $5,000 |
| Johnson, Nancy L (R-CT) | $3,000 |
| Johnson, Sam (R-TX) | $10,000 |
| Johnson, Timothy V (R-IL) | $1,500 |
| Jordan, James D (R-OH) | $2,500 |
| Kirk, Mark (R-IL) | $1,500 |
| Kline, John (R-MN) | $1,500 |
| Knollenberg, Joe (R-MI) | $5,000 |
| Lewis, Jerry (R-CA) | $5,000 |
| Lewis, Ron (R-KY) | $7,500 |
| Lungren, Dan (R-CA) | $2,000 |
| Marchant, Kenny Ewell (R-TX) | $1,500 |
| Matheson, Jim (D-UT) | $5,000 |
| McCarthy, Kevin (R-CA) | $2,500 |
| McCotter, Thad (R-MI) | $1,000 |
| McMorris, Cathy (R-WA) | $1,000 |
| Meier, Raymond A (R-NY) | $1,000 |
| Miller, Candice S (R-MI) | $1,000 |
| Miller, Gary (R-CA) | $5,000 |
| Moran, Jim (D-VA) | $10,000 |
| Neugebauer, Randy (R-TX) | $1,500 |
| Northup, Anne M (R-KY) | $5,000 |
| Nunes, Devin Gerald (R-CA) | $5,000 |
| O'Donnell, Rick (R-CO) | $2,500 |
| Pearce, Steve (R-NM) | $2,500 |
| Pence, Mike (R-IN) | $2,500 |
| Porter, Jon (R-NV) | $5,000 |
| Pryce, Deborah (R-OH) | $6,000 |
| Ramstad, Jim (R-MN) | $5,000 |
| Reichert, Dave (R-WA) | $5,000 |
| Reynolds, Tom (R-NY) | $5,000 |
| Rogers, Mike (R-MI) | $7,500 |
| Rogers, Mike D (R-AL) | $2,500 |
| Roskam, Peter (R-IL) | $2,500 |
| Ryan, Paul (R-WI) | $5,000 |
| Saxton, Jim (R-NJ) | $2,000 |
| Sessions, Pete (R-TX) | $7,500 |
| Shaw, E Clay Jr (R-FL) | $10,000 |
| Sherwood, Don (R-PA) | $10,000 |
| Shimkus, John M (R-IL) | $3,000 |
| Shuster, Bill (R-PA) | $10,000 |
| Simmons, Rob (R-CT) | $3,500 |

| | |
|---|---|
| Sodrel, Michael E (R-IN) | $5,000 |
| Sullivan, John (R-OK) | $5,000 |
| Tanner, John (D-TN) | $5,000 |
| Taylor, Van (R-TX) | $2,500 |
| Terry, Lee (R-NE) | $1,000 |
| Thomas, Bill (R-CA) | $5,000 |
| Tiberi, Patrick J (R-OH) | $2,500 |
| Upton, Fred (R-MI) | $10,000 |
| Walden, Greg (R-OR) | $2,500 |
| Wamp, Zach (R-TN) | $2,500 |
| Weller, Jerry (R-IL) | $2,500 |
| Westmoreland, Lynn A (R-GA) | $2,500 |
| Whitfield, Ed (R-KY) | $5,000 |
| Wilson, Heather (R-NM) | $5,000 |
| Wilson, Joe (R-SC) | $3,000 |
| Total to Democratic House Candidates: | $42,500 |
| Total to Republican House Candidates: | $369,000 |

Based on data released by the FEC on Monday, September 11, 2006. Figures in parentheses denote negative numbers and may indicate returned contributions or bounced checks.

```
                                        235315[1]
"HDR","FEC","5.3","Capwiz PACbuilder","1.0e","","FEC-234023","1",""
"F3XA","C00250399","Automotive Free International Trade PAC","1625 Prince
St.","","Alexandria","VA","22314","","X","M8","","","","20060701","20060731","299513
.23","36602.01","336115.24","85566.04","250549.20","0","0","35275.00","200.00","3547
5.00","0","0","35475.00","0","0","0","0","0","1127.01","0","36602.01","36602.01","0"
,"0","37066.04","37066.04","0","48500.00","0","0","0","0","0","0","0","0","0","85566
.04","85566.04","35475.00","0","35475.00","37066.04","0","37066.04","270537.31","200
6","668379.61","938916.92","688367.72","250549.20","650850.00","5745.00","656595.00"
,"0","5000.00","661595.00","0","0","0","55.22","0","6729.39","0","668379.61","668379
.61","0","0","316867.72","316867.72","0","371500.00","0","0","0","0","0","0","0","0"
,"0","688367.72","688367.72","661595.00","0","661595.00","316867.72","55.22","316812
.50","Blackstock^Peter","20060821","0","0","0","0","0","0","0","0","0","0","0","0"
"SA11AI","C00250399","IND","","180 Beacon
Street","","Boston","MA","02116","","","Woburn Foreign
Motors","President","3750.00","20060718","1250.00","","","","","","","","","","",""
,"","","","","","C223577","","","","","","Albrecht","George","T.","","",
"SA11AI","C00250399","IND","","1728 Davenger
Road","","Greer","SC","29650","","","Bradshaw Automotive Group,
Inc.","Dealer","1000.00","20060712","1000.00","","","","","","","","","","","","","
","","","","","C223097","","","","","","Bradshaw","William","","","",
"SA11AI","C00250399","IND","","720 White Tail
Drive","","Gahanna","OH","43230","","","Roush Equipment
Inc.","President","250.00","20060712","250.00","","","","","","","","","","","","",
"","","","","","C223096","","","","","","Brindley","Jeff","","","",
"SA11AI","C00250399","IND","","30 Legend
Park","","Sugarland","TX","77459","","","Mike Calvert
Toyota","Manager","500.00","20060724","500.00","","","","","","","","","","","","",
"","","","","","C223729","","","","","","Calvert","Mike","","","",
"SA11AI","C00250399","IND","","4141 S. Memorial
Drive","","Tulsa","OK","74145","","","Don Carlton
Honda","Dealer","1500.00","20060727","1500.00","","","","","","","","","","","","",
"","","","","","C231266","","","","","","Carlton","Don","","","",
"SA11AI","C00250399","IND","","26 Still
Forest","","Houston","TX","77024","","","Mike Calvert Toyota, Inc.","Vice President,
Co-Owner","500.00","20060724","500.00","","","","","","","","","","","","","","","",
"","","C223728","","","","","","Davis","Jay","","","",
"SA11AI","C00250399","IND","","525 Campgaw
Road","","Mahwah","NJ","07430","","","Liberty
Subaru","Owner","1000.00","20060719","1000.00","","","","","","","","","","","","",
"","","","","","C223604","","","","","","DeSilva","Richard","","","Sr."
"SA11AI","C00250399","IND","","3216 Hollow Road","","Oklahoma
City","OK","73120","","","Lexus of Oklahoma
City","President","750.00","20060727","750.00","","","","","","","","","","","","",
"","","","","","C231268","","","","","","Eskridge","Ed","","","",
"SA11AI","C00250399","IND","","3920 Ridgeline Drive","","Oklahoma
City","OK","73114","","","Eskridge Lexus","General
Manager","750.00","20060727","750.00","","","","","","","","","","","","","","","",
"","","C231265","","","","","","Eskridge","Frank","","","",
"SA11AI","C00250399","IND","","4701 Cloudcroft
Court","","Noman","OK","73072","","","Fowler Holding
Company","Dealer","1000.00","20060727","1000.00","","","","","","","","","","","","
","","","","","","C231267","","","","","","Fowler","Mike","","","",
"SA11AI","C00250399","IND","","1410 Castle
Drive","","Lafayette","IN","47905","","","Bill DeFouw
BMW","President","500.00","20060719","500.00","","","","","","","","","","","","","
","","","","","C223606","","","","","","Gernhardt","Dennis","","","",
"SA11AI","C00250399","IND","","5 Flying Mane Road","","Rolling
Hills","CA","90274","","","N/A","retired","3750.00","20060718","1250.00","","","",""
,"","","","","","","","","","","","","C223578","","","","","","Gieszl","Yale","",
"","",
"SA11AI","C00250399","IND","","44 Bishop Road","","West
Hartford","CT","06119","","","Hoffman
Enterprises","President","2500.00","20060718","1250.00","","","","","","","","","",
```

Page 1