




# Printing Industries of America
## 2006 PAC Summary Data

| **2006** election so far* Select a Cycle: 2006 | | |
|---|---|---|
| | Total Receipts | $144,214 |
| | Total Spent (view expenditures) | $120,929 |
| | Begin Cash on Hand | $27,031 |
| | End Cash on Hand | $50,324 |
| | Debts | $0 |
| | Date of last report | August 31, 2006 |
| | *Contributions* from *this PAC to federal candidates* (list recipients) (6% to Democrats, 94% to Republicans) | $86,250 |
| | *Contributions* to *this PAC from individual donors of $200 or more* (list donors) | $113,176 |

Official PAC Name:
PRINTING INDUSTRIES OF AMERICA
Location: Washington DC, 20005
Industry: Printing & Publishing; Commercial printing & typesetting
Treasurer: Lisbeth Lyons
FEC Committee ID: C00018028
(Look up actual documents filed at the FEC)

*Based on data released by the FEC on Monday, October 02, 2006.

Case 1:05-cv-01700-TFH Document 33-4 Filed 10/12/2006 Page 2 of 6

**Printing Industries of America**
PAC Contributions to Federal Candidates
2006 Cycle

| House Candidate | Total Contribs |
|---|---|
| Bachus, Spencer (R-AL) | $1,000 |
| Bean, Melissa (D-IL) | $1,250 |
| Bonner, Jo (R-AL) | $1,000 |
| Cantor, Eric (R-VA) | $2,000 |
| Chocola, Chris (R-IN) | $1,000 |
| Davis, Danny K (D-IL) | $1,000 |
| Davis, Tom (R-VA) | $5,000 |
| Graves, Sam (R-MO) | $1,000 |
| Hart, Melissa (R-PA) | $1,000 |
| Herger, Wally (R-CA) | $1,000 |
| Hulshof, Kenny (R-MO) | $1,000 |
| Johnson, Sam (R-TX) | $1,000 |
| Keller, Ric (R-FL) | $1,000 |
| Kuhl, John R Jr (R-NY) | $1,000 |
| Manzullo, Don (R-IL) | $1,000 |
| McCrery, Jim (R-LA) | $2,500 |
| McHenry, Patrick (R-NC) | $1,000 |
| McKeon, Howard P "Buck" (R-CA) | $1,000 |
| McMorris, Cathy (R-WA) | $1,000 |
| Miller, Candice S (R-MI) | $2,500 |
| Murphy, Tim (R-PA) | $1,000 |
| Nunes, Devin Gerald (R-CA) | $1,000 |
| Nussle, Jim (R-IA) | $1,000 |
| Pence, Mike (R-IN) | $1,000 |
| Petri, Tom (R-WI) | $2,000 |
| Putnam, Adam H (R-FL) | $1,500 |
| Reynolds, Tom (R-NY) | $1,000 |
| Rogers, Mike (R-MI) | $1,000 |
| Sessions, Pete (R-TX) | $4,500 |
| Shaw, E Clay Jr (R-FL) | $4,000 |
| Shimkus, John M (R-IL) | $1,500 |
| Tiberi, Patrick J (R-OH) | $2,000 |
| Total to Democratic House Candidates: | $2,250 |
| Total to Republican House Candidates: | $47,500 |

| Senate Candidate | Total Contribs |
|---|---|
| Allen, George (R-VA) | $6,000 |
| Carper, Tom (D-DE) | $3,000 |
| Chafee, Lincoln D (R-RI) | $1,000 |
| Coleman, Norm (R-MN) | $1,000 |
| Collins, Susan M (R-ME) | $1,000 |
| Cornyn, John (R-TX) | $1,000 |
| Domenici, Pete V (R-NM) | $1,000 |
| Ensign, John (R-NV) | $3,000 |
| Kennedy, Mark (R-MN) | $5,000 |
| Kyl, Jon (R-AZ) | $2,500 |
| Lieberman, Joe (I-CT) | $1,000 |
| McConnell, Mitch (R-KY) | $2,500 |
| McGavick, Michael (R-WA) | $2,000 |
| Smith, Gordon H (R-OR) | $1,500 |
| Talent, James M (R-MO) | $4,000 |
| Thomas, Craig (R-WY) | $2,000 |
| Total to Democratic Senate Candidates: | $3,000 |
| Total to Republican Senate Candidates: | $33,500 |

Based on data released by the FEC on Monday, September 11, 2006. Figures in parentheses denote negative numbers and may indicate returned contributions or bounced checks.

**Printing Industries of America: Expenditures**
Total records: 85
Records are displayed 50 at a time.

Sort by: Name Next Set of Records >>

| Recipient | Amount | Date | Description |
|---|---|---|---|
| Bachus for Congress, Birmingham, AL | $1,000 | 5/23/2006 | Contribution |
| BACK AMERICA'S CONSERVATIVES PAC (BAC PAC), ALEXAN | $1,000 | 7/10/2006 | 2006 Contribution |
| Buck McKeon for Congress, Santa Clarita, CA | $1,000 | 5/10/2006 | Contribution |
| Candice Miller for Congress, Mt. Clemens, MI | $2,500 | 3/25/2005 | contribution |
| CANDICE PAC, Washington, DC | $1,000 | 7/18/2005 | Contribution |
| Cantor for Congress, Richmond, VA | $1,000 | 4/13/2005 | contribution |
| Cantor for Congress, Richmond, VA | $1,000 | 6/22/2006 | Contribution |
| Carper for Senate, New Castle, DE | $1,000 | 3/7/2006 | Contribution |
| Cathy McMorris for Congress, Spokane, WA | $1,000 | 9/28/2005 | Contribution |
| Centrist Senate Victory Fund, Washington, DC | $3,000 | 6/30/2005 | Contribution |
| Centrist Senate Victory Fund, Washington, DC | $2,000 | 6/10/2005 | Contribution |
| Chafee for Senate, Warwick, RI | $1,000 | 9/19/2005 | Contribution |
| Chris Chocola for Congress, Inc, South Bend, IN | $1,000 | 5/10/2006 | Contribution |
| Citizens for Tom Petri, Fond du Lac, WI | $1,000 | 9/28/2005 | Contribution |
| Citizens for Tom Petri, Fond du Lac, WI | $1,000 | 3/28/2006 | Contribution |
| Coleman For US Senate Saint Paul, MN | $1,000 | 11/2/2005 | Contribution |
| Collins for Senator, Bangor, ME | $1,000 | 1/18/2005 | Contribution |
| Committee for Delaware's Future, Wilmington, DE | $1,000 | 2/24/2005 | Contribution |
| Committee for Delaware's Future, Wilmington, DE | $1,000 | 3/25/2005 | contribution |
| Congressional Black Caucus PAC, Washington, DC | $2,500 | 5/23/2006 | 2006 Contribution |
| Davis for Congress, Chicago, IL | $1,000 | 4/19/2005 | contribution |
| Davis for Congress, Chicago, IL | $1,000 | 11/22/2005 | Contribution (re-issued) |
| Davis for Congress, Chicago, IL | ($1,000) | 11/22/2005 | Reverse uncashed check |
| Devin Nunes for Congress 2002, Visalia, CA | $1,000 | 6/22/2006 | Contribution |
| Dirigo PAC, Alexandria, VA | $5,000 | 12/15/2005 | Contribution |
| Ensign for Senate, Las Vegas, NV | $2,000 | 6/10/2005 | Contribution |
| Ensign for Senate, Las Vegas, NV | $1,000 | 5/10/2006 | Contribution |
| Freedom Fund, Washington, DC | $2,500 | 7/19/2006 | 2006 Contribution |
| Friends for Mike McGavick, Seattle, WA | $2,000 | 6/19/2006 | Contribution |
| Friends of Clay Shaw, Boca Raton, FL | $2,000 | 5/2/2006 | Contribution |
| Friends Of Clay Shaw, Fort Lauderdale, FL | $2,000 | 12/22/2005 | Contribution |
| Friends of Conrad Burns Billings, MT | $2,000 | 1/25/2005 | |
| Friends of Conrad Burns Billings, MT | $1,000 | 9/28/2005 | Contribution |
| Friends of Conrad Burns Billings, MT | $1,000 | 1/25/2006 | Contribution |
| Friends of Craig Thomas, Casper, WY | $2,000 | 7/31/2006 | 2006 Primary Election |
| Friends of George Allen, Richmond, VA | $5,000 | 3/17/2005 | contribution |
| Friends of George Allen, Richmond, VA | $1,000 | 6/29/2005 | Contribution |
| Friends of Gordon Smtih Alexandria, VA | $1,500 | 6/10/2005 | Contribution |
| Friends of Joe Lieberman, Statehouse Square, CT | $1,000 | 12/22/2005 | Contribution |
| Friends of Sam Johnson Plano, TX | $1,000 | 4/19/2005 | contribution |
| Herger for Congress, Chico, CA | $1,000 | 12/15/2005 | Contribution |

| | | | |
|---|---|---|---|
| House Conservatives Fund, Arlington, VA | $1,000 | 4/26/2005 | Contribution |
| Hulshof for Congress, Columbia, MO | $1,000 | 6/23/2006 | Contribution |
| Jo Bonner for Congress, Mobile, AL | $1,000 | 7/10/2006 | 2006 General Election |
| Jon Kyl for US Senate, Phoenix, AZ | $1,500 | 5/23/2006 | Contribution |
| Jon Kyl for US Senate, Phoenix, AZ | $1,000 | 7/10/2006 | 2006 Primary Election |
| Keller for Congress, Orlando, FL | $1,000 | 6/28/2006 | Contribution |
| Kennedy for Congress, Monticello, MN | $5,000 | 4/5/2005 | contribution |
| Kuhl for Congress, Bath, NY | $1,000 | 6/22/2006 | Contribution |
| Lincoln Chafee for US Senate Committee, Warwick, R | $1,000 | 6/30/2005 | Contribution |

NOTE: Where expenditures to financial institutions have a description of "see below," the actual expenditures that make up the total are itemized as separate entries elsewhere in the report.

Next Set of Records >>

**Printing Industries of America: Expenditures**
Total records: 85
Records are displayed 50 at a time.

Sort by: Name << Previous Set of Records

| Recipient | Amount | Date | Description |
|---|---|---|---|
| Majority Initiative to Keep Electing Republicans F | $1,000 | 6/29/2005 | Contribution |
| Making Business Excel PAC, Cheyenne, WY | $2,000 | 7/31/2006 | 2006 Contribution |
| Manzullo for Congress, Rockford, IL | $1,000 | 6/20/2005 | Contribution |
| McConnell Senate Committee '08, Louisville, KY | $2,500 | 6/22/2006 | Contribution |
| McHenry for NC House, Cherryville, NC | $1,000 | 5/4/2005 | Contribution |
| McHenry for NC House, Cherryville, NC | $1,000 | 11/22/2005 | Contribution (re-issue) |
| McHenry for NC House, Cherryville, NC | ($1,000) | 11/22/2005 | Reverse uncashed check |
| Melissa Bean for Congress, Barrington, IL | $1,000 | 12/20/2005 | Contribution |
| Melissa Bean for Congress, Barrington, IL | $250 | 5/23/2006 | Contribution |
| Mike Pence for Congress, Alexandria, VA | $1,000 | 4/29/2005 | Contribution |
| Murphy for Congress, Pittsburgh, PA | $1,000 | 5/23/2006 | Contribution |
| National Republican Senatorial Committee, Washingt | $2,777 | 6/10/2005 | Contribution |
| National Republican Senatorial Committee, Washingt | $250 | 7/19/2006 | 2006 Contribution |
| Nebraskans for Nelson, Omaha, NE | $1,000 | 5/23/2006 | Contribution |
| Nelson for U S Senate, Omaha, NE | $1,000 | 7/31/2006 | 2006 General Election |
| Northup for Congress, Louisville, KY | $1,000 | 6/10/2005 | Contribution |
| Northup for Congress, Louisville, KY | $1,000 | 3/28/2006 | Contribution |
| Nussle for Congress, Manchester, IA | $1,000 | 1/25/2005 | |
| People for Pete Domenici, Albuquerque, NM | $1,000 | 9/22/2005 | Contribution |
| People with Hart, Wexford, PA | $1,000 | 5/10/2006 | Contribution |
| Pete Sessions for Congress, Dallas, TX | $1,500 | 5/23/2006 | Contribution |
| Pete Sessions for Congress, Dallas, TX | $1,000 | 9/28/2005 | Contribution |
| Putnam for Congress, Bartow, FL | $1,500 | 6/8/2005 | Contribution |
| Reynolds for Congress, Rochester, NY | $1,000 | 3/14/2005 | contribution |
| Rogers for Congress, Lansing, MI | $1,000 | 6/21/2005 | Contribution |
| Sam Graves for Congress, Kansas City, MO | $1,000 | 12/5/2005 | Contribution |
| Sessions for Congress, Dallas, TX | $2,000 | 4/27/2005 | Contribution |
| Splendid Fare, Alexandria, VA | $640 | 7/7/2005 | In-kind contribution to Rogers (MI-08) |
| Suntrust Bank, Richmond, VA | $6 | 12/28/2005 | Bank fee |
| Talent for Senate, St. Louis, MO | $3,000 | 12/15/2005 | Contribution |
| Talent for Senate, St. Louis, MO | $1,000 | 7/19/2006 | 2006 Primary Election |
| Texans for Cornyn, Austin, TX | $1,000 | 7/15/2005 | Contribution |
| Tiberi for Congress, Columbus, OH | $2,000 | 9/13/2005 | Contribution |
| Tom Davis for Congress, Fairfax, VA | $5,000 | 4/26/2005 | Contribution |
| Volunteers for Shimkus, Collinsville, IL | $1,500 | 12/20/2005 | Contribution |

NOTE: Where expenditures to financial institutions have a description of "see below," the actual expenditures that make up the total are itemized as separate entries elsewhere in the report.

<< Previous Set of Records

238950[1]

"HDR","FEC","5.3","Capwiz PACbuilder","1.0e","","","0",""
"F3XN","C00018028","Printing Industries of America","601 13th St NW  Suite
360N","","Washington","DC","20005","","X","M9","","","","20060801","20060831","33045
.29","17279.05","50324.34","0","50324.34","0","0","15135.02","2141.84","17276.86","0
","0","17276.86","0","0","0","0","0","2.19","0","17279.05","17279.05","0","0","0","0
","0","0","0","0","0","0","0","0","0","0","0","0","0","17276.86","0","17276.86","0",
"0","0","18397.74","2006","74426.60","92824.34","42500.00","50324.34","66745.14","76
66.70","74411.84","0","0","74411.84","0","0","0","0","0","14.76","0","74426.60","744
26.60","0","0","0","0","0","42500.00","0","0","0","0","0","0","0","0","0","42500.00"
,"42500.00","74411.84","0","74411.84","0","0","0","Lyons^Lisbeth","20060820","0","0"
,"0","0","0","0","0","0","0","0","0","0"
"SA11AI","C00018028","IND","","521 Research Rd","
","Richmond","VA","232363046","","","B & B Printing,
Inc.","President","500.00","20060828","500.00","","","","","","","","","","","","","
","","","","","C234466","","","","","","Bland","Michael","G.","",""
"SA11AI","C00018028","IND","","PO Box 82406","P.O. Box
82406","Lincoln","NE","685012406","","","Jacob North
Companies-NE","President","1000.00","20060831","1000.00","","","","","","","","","",
"","","","","","","","","C235570","","","","","","Calhoun","Charlie","","",""
"SA11AI","C00018028","IND","","4430 114th St","","Urbandale","IA","50322","","","PI
of the
Midlands","Director","350.00","20060818","150.00","","","","","","","","","","","","
","","","","","","","C232658","","","","","","Clark","Dick","","",""
"SA11AI","C00018028","IND","","PO Box 1069  2517 Holloway Dr.","","El
Reno","OK","730361069","","","Heritage
Press","Presicent","1200.00","20060818","200.00","","","","","","","","","","",""
,"","","","","","C232659","","","","","","DeLana","David","C.","",""
"SA11AI","C00018028","IND","","1430 Industrial Dr","
","Itasca","IL","601431848","","","Continental Web Press,
Inc.","President/CEO","5000.00","20060817","5000.00","","","","","","","","","","","
","","","","","","","C232656","","","","","","Field","Kenneth","W","",""
"SA11AI","C00018028","IND","","165 Southbridge
St","","Worcester","MA","01608","","","Curry
Printing","President","400.00","20060818","150.00","","","","","","","","","","","",
"","","","","","","C232663","","","","","","Gardner","Tom","","",""
"SA11AI","C00018028","IND","","6845 Winnetka Cir","
","Minneapolis","MN","554281537","","","General Litho Services,
Inc.","President","1000.00","20060828","1000.00","","","","","","","","","","","",""
,"","","","","","C234467","","","","","","Garner","Gary","L","",""
"SA11AI","C00018028","IND","","4900 S Jasmine Trl","","Sioux
Falls","SD","57108","","","Eastman Kodak Company","Chief Marketing
Officer","1000.00","20060831","1000.00","","","","","","","","","","","","","",""
,"","","C235564","","","","","","Hayzlett","Jeffrey","W","",""
"SA11AI","C00018028","IND","","2333 Niagara
Lane","","Plymouth","MN","55447","","","Daily Printing
Inc.","President/CEO","250.00","20060831","250.00","","","","","","","","","","","",
"","","","","","","C235568","","","","","","Jacobson","R. Peter","","",""
"SA11AI","C00018028","IND","","70 E Lake Street  Suite
540","","Chicago","IL","60601","","","Printing Industry of
Illinois/Indiana","President","400.00","20060818","150.00","","","","","","","","","
","","","","","","","","","","C232664","","","","","","Jensen","Polly","","",""
"SA11AI","C00018028","IND","","1050 Westgate Dr"," ","Saint
Paul","MN","551141067","","","Impressions,
Inc.","President","950.00","20060818","200.00","","","","","","","","","","","","","
","","","","","C232665","","","","","","Jorgensen","Michael","","",""
"SA11AI","C00018028","IND","","9700 Philadelphia
Ct","","Lanham","MD","207064405","","","Omniprint,
Inc.","President","1200.00","20060818","200.00","","","","","","","","","","","","",
"","","","","","C232666","","","","","","Kaufman","Kenneth","A.","",""
"SA11AI","C00018028","IND","","Appalachian State University","Kerr Scott
Hall","Boone","NC","28608","","","Appalachian State
University","Personnel","250.00","20060831","250.00","","","","","","","","","","","
","","","","","","","C235571","","","","","","Krusa","Candy","","",""