

# Burger King
## 2006 PAC Summary Data

| 2006 election so far* Select a Cycle: 2006 ▼ | | |
|---|---|---|
| | Total Receipts | $0 |
| | Total Spent (view expenditures) | $24,500 |
| | Begin Cash on Hand | $41,696 |
| | End Cash on Hand | $17,196 |
| | Debts | $0 |
| | Date of last report | June 30, 2006 |
| | Contributions from *this PAC to federal candidates* (list recipients) (9% to Democrats, 91% to Republicans) | $17,000 |
| | Contributions to *this PAC from individual donors of $200 or more* (list donors) | $0 |

Official PAC Name:
BURGER KING CORPORATION POLITICAL ACTION COMMITTEE
Location: Miami FL, 33126
Industry: Food & Beverage; Restaurants & drinking establishments
Treasurer: Lisa Giles-Klein
FEC Committee ID: C00368803
(Look up actual documents filed at the FEC)

*Based on data released by the FEC on Monday, October 02, 2006.

# Burger King
PAC Contributions to Federal Candidates
2006 Cycle

| House Candidate | Total Contribs | Senate Candidate | Total Contribs |
|---|---|---|---|
| Brown-Waite, Ginny (R-FL) | $1,000 | Brownback, Sam (R-KS) | $1,000 |
| Cannon, Chris (R-UT) | $500 | Carper, Tom (D-DE) | $1,000 |
| Hobson, Dave (R-OH) | $500 | Hatch, Orrin G (R-UT) | $2,500 |
| Keller, Ric (R-FL) | $2,000 | Santorum, Rick (R-PA) | $5,000 |
| LaTourette, Steven C (R-OH) | $1,000 | Talent, James M (R-MO) | $1,000 |
| Melancon, Charles J (D-LA) | $500 | Total to Democratic Senate Candidates: | $1,000 |
| Tiberi, Patrick J (R-OH) | $1,000 | | |
| Total to Democratic House Candidates: | $500 | Total to Republican Senate Candidates: | $9,500 |
| Total to Republican House Candidates: | $6,000 | | |

Based on data released by the FEC on Monday, September 11, 2006. Figures in parentheses denote negative numbers and may indicate returned contributions or bounced checks.

## Burger King: Expenditures
Total records: 16
Records are displayed 50 at a time.

Sort by: Name

| Recipient | Amount | Date | Description |
| --- | --- | --- | --- |
| Cannon for Congress, Provo, UT | $500 | 4/19/2005 | Contribution |
| Carper for Senate, New Castle, DE | $1,000 | 2/23/2005 | Contribution |
| Charlie Melancon Campaign Committee, Inc, Napoleon | $500 | 6/29/2005 | Contribution |
| Every Republican is Crucial (ERICPAC), Richmond, V | $2,500 | 5/13/2005 | 2005 Contribution |
| Friends of Brownback, Topeka, KS | $1,000 | 6/29/2005 | Contribution |
| Friends of Ginny Brown-Waite, Brooksville, FL | $1,000 | 9/21/2005 | Contribution |
| Hatch Election Committee, Salt Lake City, UT | $2,500 | 5/13/2005 | Contribution |
| Hobson for Congress, Springfield, OH | $500 | 3/7/2005 | Contribution |
| Keller for Congress, Orlando, FL | $1,000 | 3/11/2005 | Contibution |
| Keller for Congress, Orlando, FL | $1,000 | 7/13/2005 | Contribution |
| LaTourette for Congress Committee, Highland Height | $1,000 | 9/15/2005 | Contribution |
| National Republican Congressional Committee, Washi | $2,500 | 5/26/2005 | 2005 Contribution |
| Rely on Your Beliefs Fund, Springfield, MO | $2,500 | 5/13/2005 | 2005 Contribution |
| Santorum 2006, West Conshohocken, PA | $5,000 | 5/26/2005 | Contribution |
| Talent for Senate, Inc, Saint Louis, MO | $1,000 | 4/25/2005 | Conribution |
| Tiberi for Congress, Columbus, OH | $1,000 | 9/15/2005 | Contribution |

NOTE: Where expenditures to financial institutions have a description of "see below," the actual expenditures that make up the total are itemized as separate entries elsewhere in the report.

```
                                        227345[1]
HDR,"FEC","5.3","NGP Campaign Office(R)","4.3.2",,,,""
F3XN,"C00368803","Burger King Corporation Political Action Committee","5505 Blue Lagoon Drive",,"Miami","FL","33126",,,"X","Q2","",,,"",20060401,20060630,"17196.32","0","17196.32","0","17196.32","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","17196.32","2006","0","17196.32","0","17196.32","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","0","Giles-Klein^Lisa",20060714,"0","0","0","0","0","0","0","0","0","0","0"
```