## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ARISTOTLE INTERNATIONAL, INC.   )
                                     )
       Plaintiff                  )
                                     )
v.                                 )       Civil Action No.1:05CV01700
                                     )
NGP SOFTWARE, INC.           )
                                     )
       Defendant          )

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
### TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Aristotle International Inc. ("Aristotle") hereby moves this court for leave to file a Second Amended Complaint. The proposed amendment consists of reinstating the allegation that Defendant's advertising is "misleading". In support of the Motion, Aristotle relies on the accompanying Memorandum. A Copy of the proposed Second Amended Complaint is attached hereto as Exhibit A for filing if the Court grants this motion.

Counsel for NGP has informed counsel for Aristotle that NGP does not oppose the filing.

Respectfully submitted,

_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
    Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:  (703) 846-0078
Facsimile:   703-846-0576
Counsel to Plaintiff

_____/s/_____

Robert L. Bredhoff, Esq. (DC Bar No. 338103)
     RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
     DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:  (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2006, a copy of the foregoing

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED

COMPLAINT was served via the Court's electronic PACER system on:


Eric L. Yaffe, Esq.
Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250

Attorneys for Defendant NGP Software, Inc.


_____/s/_____
J. Blair Richardson

2