**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>NGP SOFTWARE, INC. )<br>)<br>    Defendant ) | Civil Action No.1:05CV01700 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Aristotle International Inc. ("Aristotle") submits this memorandum in support of its Unopposed Motion for Leave to File Second Amended Complaint, which is attached hereto as Exhibit A. The service and filing of the Second Amended Complaint will not prejudice Defendant NGP or delay this case. Aristotle therefore respectfully requests that the Court grant Aristotle leave it file its Second Amended Complaint.

### SUMMARY OF PROCEDURAL STATUS OF CASE

Aristotle commenced this action against NGP alleging: (a) Count I, unfair competition by false advertising under the Lanham Act, and (b) Count II, styled as unjust enrichment. *See* Complaint (Docket No. 1). Following NGP's Motion to Dismiss Count II and related pleadings, the matter was resolved by the parties. Count II was deemed pleaded within Count I and on June 7, 2006, the Court entered a Scheduling Order (Docket No. 20).

Under the Court's current Scheduling Order, discovery is not required to be completed until February 5, 2006. A trial date has not been scheduled. Plaintiff's Unopposed Motion to File Amended Complaint was granted on August 31, 2006. The parties have been actively engaged in written discovery, and to date, only two depositions, totaling less than 7 hours, have taken place.

## ARGUMENT

**I.   THE FILING OF THE SECOND AMENDED COMPLAINT WILL NOT DELAY THE CASE OR PREJUDICE NGP**

Pursuant to Rule 15(a), a party's request for leave to amend its pleadings shall be freely given when justice requires.

Defendant NGP does not oppose this motion. The proposed amendment consists of reinstating a single assertion that Defendant's advertising is "misleading". Based on disclosures in discovery, Plaintiff believes that it remains prudent to explore the issue of whether Defendant's advertising is "misleading", in order to insure a full and fair resolution on the merits.

Amending the Complaint will result in resolution of this case on the merits, and will not prejudice NGP or cause a delay. Accordingly, Aristotle should be permitted to amend its Amended Complaint in the interests of justice under the liberal standards of Fed. R. Civ. P. 15(a). *See Dove v. Washington Metropolitan Transit Authority*, 221 F.R.D. 246, 247-49 (D.D.C 2004).

## CONCLUSION

Based on the foregoing, Aristotle respectfully requests that the court grant its Unopposed Motion for Leave to File Second Amended Complaint.

Respectfully submitted,

_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
   Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff


_____/s/_____
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
   RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
   DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff