IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NGP SOFTWARE, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:05CV01700 |

**JOINT MOTION FOR A 45-DAY EXTENSION
OF THE DISCOVERY DEADLINE**

Plaintiff Aristotle International, Inc. and Defendant NGP Software, Inc. hereby jointly move this Court for a 45-day extension of the discovery cut-off deadline. In support of this Motion, the parties rely on the accompanying Memorandum. Included as well is a proposed order for the Court's consideration.

                        Respectfully submitted,

                        /s/ Iris Figueroa Rosario_____
                        Eric L. Yaffe
                          Eric.Yaffe@gpmlaw.com
                        Iris Figueroa Rosario (DC Bar No. 477009)
                          Iris.Rosario@gpmlaw.com
                        GRAY, PLANT, MOOTY, MOOTY
                          & BENNETT, P.A.
                        2600 Virginia Avenue, N.W., Suite 1111
                        Washington, D.C. 20037
                        Telephone:  (202) 295-2200
                        Facsimile:  (202) 295-2250

                        Attorneys for Defendant
                        NGP Software, Inc.

/s/ Robert L. Bredhoff
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
  Rbredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
  Dfierst@steinmitchell.com
Stein, Mitchell & Mezines L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:    (202) 737-7777
Facsimile:    (202) 296-8312


/s/ J. Blair Richardson
J. Blair Richardson, Esq. (DC Bar No. 385482)
  Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:    (703) 846-0078
Facsimile:    (703) 846-0576

Date: January 2, 2007

Attorneys for Plaintiff
Aristotle International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of January, 2007, a copy of the foregoing **JOINT MOTION FOR A 45-DAY EXTENSION OF THE DISCOVERY DEADLINE** was served via the Court's electronic PACER system upon:

> Robert L. Bredhoff, Esq.
>   Rbredhoff@steinmitchell.com
> David U. Fierst, Esq.
>   Dfierst@steinmitchell.com
> Stein, Mitchell & Mezines L.L.P.
> 1100 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> Telephone:    (202) 737-7777
> Facsimile:     (202) 296-8312
>
> J. Blair Richardson, Esq.
>   Blair.Richardson@aristotle.com
> 7440 Chummley Court
> Falls Church, Virginia 22043
> Telephone:    (703) 846-0078
> Facsimile:     (703) 846-0576
>
> Attorneys for Plaintiff Aristotle International, Inc.

/s/ Iris Figueroa Rosario