IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT MOTION FOR A 45-DAY EXTENSION OF THE DISCOVERY DEADLINE**

Plaintiff Aristotle International, Inc. and Defendant NGP Software, Inc. hereby submit their Memorandum in support of their Motion to Extend the Discovery Deadline, and state the following in support:

Aristotle commenced this action alleging two counts: (a) Count I, unfair competition by false advertising under the Lanham Act; and (b) Count II, unjust enrichment. NGP filed a Motion to Dismiss Count II, and that Motion was resolved by the parties. In particular, on or about August 14, 2006, the parties narrowed the issues in the case, and as a result, Aristotle filed an Amended Complaint that included Count I only.[1]

Under the Court's initial Scheduling Order, the parties were required to complete discovery by December 4, 2006. On or about October 11, 2006, the Court granted the parties' request for a 60-day extension of the discovery deadline. In accordance with this extension request, the parties are required to complete their discovery on or before February 4, 2007.

---

[1] On or about October 24, 2006, Aristotle filed its unopposed motion for leave to file a Second Amended Complaint. That motion remains pending.

Since issuance of the Scheduling Order, the parties have been actively engaged in discovery, including serving written discovery in the form of interrogatories and requests for production of documents. Aristotle also has taken depositions. The parties, however, need additional time to complete discovery.[2] They are in the process of exchanging documents pursuant to certain discovery requests. NGP anticipates taking the depositions of three to five individuals, and Aristotle anticipates taking one or more additional depositions. Moreover, counsel for NGP will be trying a one-week civil jury trial sometime during January 2007, and will need this extension in order to be in a position to complete NGP's discovery.

The parties do not make this Motion for purposes of delay, but rather to effectuate a just, speedy, and inexpensive conclusion of this action. Granting this 45-day discovery extension will allow the case to proceed in an orderly fashion. In addition, a grant of this extension will not affect the trial date, which has not yet been set. Neither party will be prejudiced by the grant of this extension of time. A denial of the Motion, however, would prejudice the parties' ability to conduct and complete relevant discovery in support of their claims and defenses.

For the reasons stated above, the parties respectfully request that the Court grant this Motion for an extension of 45 days to complete discovery.

---

[2] Pending before the Court is NGP's September 22 Motion to Compel certain discovery.

Respectfully submitted,

/s/ Iris Figueroa Rosario
Eric L. Yaffe
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2250

Attorneys for Defendant
NGP Software, Inc.


/s/ Robert L. Bredhoff
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
  Rbredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
  Dfierst@steinmitchell.com
Stein, Mitchell & Mezines L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:   (202) 296-8312

/s/ J. Blair Richardson
J. Blair Richardson, Esq. (DC Bar No. 385482)
  Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:   (703) 846-0576

Date: January 2, 2007

Attorneys for Plaintiff
Aristotle International, Inc.