## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ARISTOTLE INTERNATIONAL, INC.,   )
                             )
    Plaintiff,                  )
                             )
      vs.                 )     Civil Action No. 1:05CV01700
                             )
NGP SOFTWARE, INC.,       )
                             )
    Defendant.               )

## ORDER

**UPON CONSIDERATION** of the parties' Joint Motion for a 45-day Extension of the Discovery Deadline and the accompanying Memorandum, it is by the Court on this

_____ day of _____, _____, hereby,

**ORDERED**, that the parties' Joint Motion is hereby GRANTED; and

**IT IS FURTHER ORDERED**, that the parties shall complete their discovery by no later than March 22, 2007.

 

_____
Judge Thomas F. Hogan
United States District Judge

cc:    All Counsel of Record