IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 3 - 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

ARISTOTLE INTERNATIONAL, INC., )
　)
Plaintiff, )
　)
vs. ) Civil Action No. 1:05CV01700
　)
NGP SOFTWARE, INC., )
　)
Defendant. )

## ORDER

**UPON CONSIDERATION** of the parties' Joint Motion for a 45-day Extension of the Discovery Deadline and the accompanying Memorandum, it is by the Court on this 3 day of January 2007, hereby,

**ORDERED**, that the parties' Joint Motion is hereby GRANTED; and

**IT IS FURTHER ORDERED**, that the parties shall complete their discovery by no later than March 22, 2007.

Judge Thomas F. Hogan
United States District Judge

cc:   All Counsel of Record