**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARISTOTLE INTERNATIONAL, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. No. 05-1700 (TFH) |
| | ) |
| **NGP SOFTWARE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to Local Civil Rule 72.2(a), the Court refers the above-captioned case to Magistrate Judge John M. Facciola for all discovery issues, including NGP Software Inc.'s motion to compel (Docket # 28).

**SO ORDERED**.

January 23, 2007

/s/
Thomas F. Hogan
Chief Judge

Copy to:
Magistrate Judge John M. Facciola