IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC. ) | |
| ) | |
| Defendant ) | |

## MEMORANDUM IN SUPPORT OF JOINT MOTION FOR 45-DAY EXTENSION OF DISCOVERY DEADLINE

Plaintiff Aristotle International Inc. ("Aristotle") and Defendant NGP Software, Inc. ("NGP") submit this memorandum in support of their Joint Motion for 45-Day Extension of Discovery Deadline.

### SUMMARY OF PROCEDURAL STATUS OF CASE

Aristotle commenced this action against NGP alleging: (a) Count I, unfair competition by false advertising under the Lanham Act, and (b) Count II, styled as unjust enrichment. *See* Complaint (Docket No. 1). Following NGP's Motion to Dismiss Count II and related pleadings, the matter was resolved by the parties. Count II was deemed pleaded within Count I and on June 7, 2006, the Court entered a Scheduling Order (Docket No. 20). On August 14, 2006, following negotiations by the parties counsel to narrow the issues and discovery in the case, Aristotle filed an Unopposed Motion for Leave to File Amended Complaint. NGP filed its Answer to Amended Complaint on September 14, 2006. On October 24, 2006, Plaintiff filed its Unopposed Motion for Leave to File Second Amended Complaint. NGP filed its Answer to the Second Amended Complaint on January 18, 2007.

Under the Court's initial Scheduling Order, the parties were required to complete discovery by December 4, 2006. On October 11, 2006, the court granted

the parties' request for a 60-day extension of the discovery deadline, and required that discovery be completed by February 4, 2007. On January 3, 2007, the court granted the parties' request for a 45-day extension of the discovery deadline, and required that discovery be completed by March 22, 2007. A trial date has not been scheduled. The parties have been actively engaged in written discovery and deposition, and require additional time to complete discovery.

## ARGUMENT

### I. THE REQUESTED EXTENSION IS IN THE INTEREST OF JUSTICE

Granting the parties' request for a 45-day discovery extension will allow the case to proceed in an orderly fashion, is consistent with the parties' prior agreement concerning scheduling, and will not prejudice either party. A denial of the motion would prejudice the parties' ability to conduct and complete relevant discovery. A grant of this extension will not affect the trial date, which has not yet been set. Pursuant to the court's inherent power to control its docket, it is in the interest of justice to grant the requested extension.

### II. CONCLUSION

Based on the foregoing, the parties respectfully request that the court grant their Joint Motion for 45-Day Extension of Discovery Deadline.

Respectfully submitted,

/s/ J. Blair Richardson
J. Blair Richardson, Esq. (DC Bar No. 385482)
      Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

/s/ Robert L. Bredhoff
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
    RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
    DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff


/s/ Eric L. Yaffe
Eric L. Yaffe, Esq.
    Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
    Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250
Attorneys for Defendant NGP Software, Inc.