IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC. ) | |
| ) | |
| Defendant ) | |

## ORDER

Having considered the parties' Joint Motion for 45-Day Extension of Discovery Deadline and the accompanying Memorandum, it is hereby

**ORDERED,** that the parties' joint motion is hereby GRANTED; and

**IT IS FURTHER ORDERED**, that the parties shall complete their discovery by no later than May 7, 2007.

_____, 2007

_____
Judge Thomas F. Hogan

Chief Judge