IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**NGP SOFTWARE, INC.'S MOTION FOR LEAVE TO FILE
COUNTERCLAIM FOR INJUNCTIVE RELIEF**

COMES NOW Defendant NGP Software, Inc. ("NGP"), by and through its undersigned counsel, who hereby move for leave to file NGP's Counterclaim against Plaintiff Aristotle International, Inc. ("Aristotle") that is attached hereto as Exhibit 1. In support of its motion, NGP states:

1. Aristotle filed this lawsuit against NGP alleging that NGP's use of the term "Democrats and their allies" in its advertising is false and misleading. In its Second Amended Complaint, filed on January 5, 2007, Aristotle contends that this representation is false and misleading because NGP entered into a Reseller Agreement with another political software provider and that provider, under its own "private label," offered software support for PAC's and other alleged "Republican Allies." (Sec. Am. Compl. ¶¶ 23-43.)

2. Discovery produced by Aristotle in this case has revealed that Aristotle has repeatedly and wrongfully published false and misleading representations about NGP in the campaign software marketplace through the use of advertisements, marketing emails, and surveys. Additionally, in February 2007, another Aristotle advertisement containing false and misleading representations and direct comparisons of NGP and Aristotle was published. NGP

now knows that, for years, Aristotle has been targeting users of NGP's products and services and knowingly and wrongfully making false representations about NGP. These acts form the basis of NGP's attached Counterclaim. NGP files its Counterclaim at this time because NGP only recently has been able to carefully assess all of the evidence of Aristotle's violations of the Lanham Act and obtain testimony concerning those violations. Additionally, one of the most egregious violations of the Act occurred just last month, in February 2007.

3. NGP seeks to file this Counterclaim, and avoid filing a separate lawsuit, to promote judicial economy. Although NGP's claim does not arise out of the same transaction or occurrence as Aristotle's Second Amended Complaint, it does involve the same parties and very similar issues. A separate lawsuit would result in significant duplication of effort and would require additional judicial resources.

4. Moreover, Aristotle will not suffer any undue prejudice if leave is granted. NGP asserted an unclean hands defense in its Answer and has already obtained most, if not all, of the discovery necessary to prosecute its Counterclaim. Further, NGP anticipates using much of the documentation forming the foundation of its Counterclaim in the trial of Aristotle's Complaint; thus, a new case would involve substantial repetition of documentary evidence and testimony.

5. The discovery deadline in this case is May 7, 2007, leaving Aristotle with ample time to obtain any additional discovery. Should Aristotle contend that more time is needed, NGP is willing to consent to a reasonable extension of the discovery deadline.

6. Counsel for NGP sought but was unable to obtain counsel for Aristotle's consent to file this Motion.

WHEREFORE, NGP respectfully requests that the Court grant its motion for leave to file Counterclaim.

        Respectfully submitted,

        /s/ Eric L. Yaffe
        Eric L. Yaffe (DC Bar No. 439750)
          Eric.Yaffe@gpmlaw.com
        Iris Figueroa Rosario (DC Bar No. 477009)
          Iris.Rosario@gpmlaw.com
        GRAY, PLANT, MOOTY, MOOTY
          & BENNETT, P.A.
        2600 Virginia Avenue, N.W., Suite 1111
        Washington, D.C. 20037
        Telephone:   (202) 295-2200
        Facsimile:   (202) 295-2250

Date: March 26, 2007        Attorneys for NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2007, a copy of the foregoing **NGP SOFTWARE, INC'S MOTION FOR LEAVE TO FILE COUNTERCLAIM FOR INJUNCTIVE RELIEF** was sent electronically via the Court's PACER system, by facsimile, and by first-class mail, postage prepaid, to the following:

>Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>  Rbredhoff@steinmitchell.com
>David U. Fierst, Esq. (DC Bar No. 912899)
>  Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C.  20036
>Telephone:     (202) 737-7777
>Facsimile:       (202) 296-8312
>
>J. Blair Richardson, Esq. (DC Bar No. 385482)
>  Blair.Richardson@aristotle.com
>2582 Holly Manor Drive
>Falls Church, Virginia  22043
>Telephone:     (703) 846-0078
>Facsimile:       (703) 846-0576
>
>Attorneys for Plaintiff Aristotle International, Inc.

/s/ Eric L. Yaffe