# EXHIBITS A, B, AND C
# FILED UNDER SEAL