IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC.,         )<br>                                                                  )<br>            Plaintiff,                                    )<br>                                                                  )<br>            vs.                                                )         Civil Action No.  1:05CV01700<br>                                                                  )<br>NGP SOFTWARE, INC.,                          )<br>                                                                  )<br>            Defendant.                              ) | |

**MOTION FOR AN ORDER TO FILE EXHIBITS TO NGP SOFTWARE, INC.'S
COUNTERCLAIM FOR INJUNCTIVE RELIEF UNDER SEAL**

Defendant/Counter-plaintiff NGP Software, Inc. ("NGP") moves for an Order allowing NGP to file under seal Exhibits A, B, and C to its Counterclaim for Injunctive Relief in this matter.

The grounds for this motion are that a confidentiality Order (ECF 22) concerning documents is in place in this case and the Exhibits do or may fall within the scope of that confidentiality Order.  A proposed Order is being filed and served herewith.

                                           Respectfully submitted,

                                           /s/ Eric L. Yaffe
                                           Eric L. Yaffe (DC Bar No. 439750)
                                             Eric.Yaffe@gpmlaw.com
                                           Iris Figueroa Rosario (DC Bar No. 477009)
                                             Iris.Rosario@gpmlaw.com
                                           GRAY, PLANT, MOOTY, MOOTY
                                              & BENNETT, P.A.
                                           2600 Virginia Avenue, N.W., Suite 1111
                                           Washington, D.C.  20037
                                           Telephone:     (202) 295-2200
                                           Facsimile:      (202) 295-2250

Date:  March 26, 2007                      Attorneys for Defendant/Couter-Plaintiff
                                                      NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2007, a copy of the foregoing **NGP SOFTWARE, INC'S MOTION FOR AN ORDER TO FILE EXHIBITS TO NGP SOFTWARE, INC.'S COUNTERCLAIM FOR INJUNCTIVE RELIEF UNDER SEAL** was sent electronically via the Court's PACER system, by facsimile, and by first-class mail, postage prepaid, to the following:

Robert L. Bredhoff, Esq. (DC Bar No. 338103)
  Rbredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
  Dfierst@steinmitchell.com
Stein, Mitchell & Mezines L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:    (202) 737-7777
Facsimile:    (202) 296-8312

J. Blair Richardson, Esq. (DC Bar No. 385482)
  Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia  22043
Telephone:    (703) 846-0078
Facsimile:    (703) 846-0576

Attorneys for Plaintiff Aristotle International, Inc.

/s/ Eric L. Yaffe_____