# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.  1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant/Counter-plaintiff NGP Software, Inc.'s Motion for an Order to File Exhibits to NGP Software, Inc.'s Counterclaim for Injunctive Relief Under Seal; it is by the Court, this ____ day of _____, 2007,

ORDERED, that Defendant/Counter-plaintiff's Motion for an Order to File Exhibits to NGP Software, Inc.'s Counterclaim for Injunctive Relief Under Seal be, and the same hereby is GRANTED.

_____
United States District Judge