IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. )<br>)<br>    Plaintiff    )<br>)<br>v.    )<br>)<br>NGP SOFTWARE, INC.    )<br>)<br>    Defendant    ) | Civil Action No.1:05CV01700 |

**PLAINTIFF'S RESPONSE TO DEFENDANT NGP SOFTWARE INC.'S MOTION FOR LEAVE TO FILE COUNTERCLAIM FOR INJUNCTIVE RELIEF**

    Plaintiff Aristotle International Inc. responds as follows to Defendant NGP Software Inc.'s Motion for Leave to File Counterclaim for Injunctive Relief.

    Defendant seeks leave to file a permissive counterclaim that does not rise out of the same transaction or occurrence as Aristotle's Second Amended Complaint. Plaintiff does not oppose the filing of the counterclaim so long as the discovery period is extended by two weeks, until May 21, and that other discovery deadlines and the pre-trial date otherwise remain the same. This condition is consistent with the offer in paragraph 5 of Defendant's Motion, and Defendant's counsel has consented thereto.

Respectfully submitted,

/s/ J. Blair Richardson____
J. Blair Richardson, Esq. (DC Bar No. 385482)
    Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

/s/ Robert L. Bredhoff
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
    RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
    DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:     (202) 296-8312 (fax)
Counsel to Plaintiff


/s/ Eric L. Yaffe
Eric L. Yaffe, Esq.
    Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
    Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250
Attorneys for Defendant NGP Software, Inc.

Date: April 3, 2007


## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2007, a copy of the foregoing
PLAINTIFF'S RESPONSE TO DEFENDANT NGP SOFTWARE INC.'S MOTION
FOR LEAVE TO FILE COUNTERCLAIM FOR INJUNCTIVE RELIEF
was filed via the Court's electronic PACER system.



/s/ J. Blair Richardson