IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.  1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF ITS
MOTION TO FILE UNDER SEAL EXHIBITS TO NGP SOFTWARE, INC.'S
COUNTERCLAIM FOR INJUNCTIVE RELIEF**

Defendant NGP Software, Inc. ("NGP"), by its attorneys, hereby files this Notice to withdraw its Motion to File Under Seal Exhibits to NGP's Counterclaim for Injunctive Relief.  On March 26, 2007, NGP moved for an Order to file under seal Exhibits A, B, and C to its Counterclaim for Injunctive Relief.  Exhibits A, B, and C are documents produced in discovery by Plaintiff Aristotle International, Inc. ("Aristotle") or otherwise used in this matter.  To date, the Court has not entered a protective order concerning those Exhibits.  Since the time of the filing of NGP's counterclaim and Motion to Seal, Aristotle has agreed that the particular Exhibits are not confidential and should not be subject to a protective order.  Accordingly, NGP is withdrawing its Motion.

Respectfully submitted,

/s/ Iris Figueroa Rosario
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
**GRAY, PLANT, MOOTY, MOOTY**
  **& BENNETT, P.A.**
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C.  20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

Date: April 10, 2007

Attorneys for Defendant
NGP Software, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2007, a copy of the foregoing **DEFENDANT'S NOTICE OF WITHDRAWAL OF ITS MOTION TO FILE UNDER SEAL EXHIBITS TO NGP SOFTWARE, INC.'S COUNTERCLAIM FOR INJUNCTIVE RELIEF** was sent electronically via the Court's PACER system and by first-class mail, postage prepaid, to the following:

> Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>   Rbredhoff@steinmitchell.com
> David U. Fierst, Esq. (DC Bar No. 912899)
>   Dfierst@steinmitchell.com
> Stein, Mitchell & Mezines L.L.P.
> 1100 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> Telephone:   (202) 737-7777
> Facsimile:   (202) 296-8312
>
> J. Blair Richardson, Esq. (DC Bar No. 385482)
>   Blair.Richardson@aristotle.com
> 2582 Holly Manor Drive
> Falls Church, VA 22043
> Telephone:   (703) 846-0078
> Facsimile:   (703) 846-0576
>
> Attorneys for Plaintiff Aristotle International, Inc.

/s/ Iris Figueroa Rosario

GP:2088927 v2