## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING EXHIBITS A, B, AND C TO NGP SOFTWARE, INC.'S COUNTERCLAIM FOR INJUNCTIVE RELIEF**

Defendant NGP Software, Inc. ("NGP") hereby files this Notice of Filing Exhibits A, B, and C to NGP's Counterclaim for Injunctive Relief. The exhibits are attached hereto.

Respectfully submitted,

/s/ Iris Figueroa Rosario
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2250

Date: April 10, 2007

Attorneys for Defendant
NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2007, a copy of the foregoing **DEFENDANT'S NOTICE OF FILING EXHIBITS A, B, AND C TO NGP SOFTWARE, INC.'S COUNTERCLAIM FOR INJUNCTIVE RELIEF** was sent electronically via the Court's PACER system and by first-class mail, postage prepaid, to the following:

> Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>   Rbredhoff@steinmitchell.com
> David U. Fierst, Esq. (DC Bar No. 912899)
>   Dfierst@steinmitchell.com
> Stein, Mitchell & Mezines L.L.P.
> 1100 Connecticut Avenue, N.W.
> Washington, D.C.  20036
> Telephone:   (202) 737-7777
> Facsimile:   (202) 296-8312
>
> J. Blair Richardson, Esq. (DC Bar No. 385482)
>   Blair.Richardson@aristotle.com
> 2582 Holly Manor Drive
> Falls Church, VA  22043
> Telephone:   (703) 846-0078
> Facsimile:   (703) 846-0576
>
> Attorneys for Plaintiff Aristotle International, Inc.

/s/ Iris Figueroa Rosario

GP:2088950 v1