# Political Data Management Analysis

## Abstract

Democrats running for office in 2006 have a choice in which software to use.

As the Democratic National Committee, the DSCC and DCCC do not endorse any vendor, it's up to campaigns to compare the features. Below is a comparison of two popular programs: **Aristotle** Campaign Manager and **NGP Software**:

### Fundraising and Compliance
**Aristotle**: Availability of over 1 million records of political contributors for instant profiling of donors, prospects and compliance.

**NGP**: No external contributor data.

### National Voter Database Lookup
**Aristotle**: Integrates key attributes from nationwide voter file to enhance donor list with family member names, birthdays, address correction and listed phone numbers.

**NGP**: No external voter data.

### Relationship Data Matching
**Aristotle**: Power data matching illustrates hidden connections between donors, employers, occupations, company execs and potential supporters.

**NGP**: No data matching provided.

### Documentation
**Aristotle**: On-line help and Wizard, and 200 page professionally printed and indexed manual.

**NGP**: No instruction manuals.

### Credit Card Processing
**Aristotle**: Integrated into the software. No paperwork or personal guarantees needed. Accepts all major credit cards (including American Express, MasterCard, Visa, Discover card and eChecks) thereby maximizing contribution amounts.

**NGP**: Credit Card processing through a third-party system.

### Customer Service
**Aristotle**: Toll-Free 800 number, 24/7 telephone support, staffed by professionals, including former FEC personnel.

**NGP**: Toll charge, available business hours only.

### Compliance Guarantee
**Aristotle**: 100% unconditional compliance guarantees for all state and federal campaign, PAC and Committee compliance regulations.

**NGP**: No guarantee, and limited state reports available.

### Industry Recognition
**Aristotle**: "A Victory for Campaign Manager" "... Changing the way constituencies are built"

*Table 1: A Complete Solution?*

| Feature | Aristotle | NGP Software |
|---|---|---|
| Contributor Data Integration | ☑ | ☐ |
| National Voter Lookup | ☑ | ☐ |
| Relationship Data Matching | ☑ | ☐ |
| Documentation | ☑ | ☐ |
| Credit Card Processing | ☑ | ☑ |
| 24/7 Toll-free Customer Support | ☑ | ☐ |
| References | Democratic references available on request. | |
| Pricing | Approximately the Same | |


PC MAGAZINE