ISSUE 250

# CAMPAIGNS & ELECTIONS

WWW.CAMPAIGNLINE.COM

FEBRUARY 2007 US/CANADA $6.95

**LESSONS LEARNED**
Advice from the 2006 election, p. 24

**DOWN & DIRTY**
The nastiest ads of 2006, p. 46

## FEC Docs Reveal Huge Fundraising Advantage Tied to Software.

Democrats and Republicans raised up to $324,620.04 more by using Aristotle.




According to reports filed with the Federal Election Commission (www.fec.gov) for the 2006 election cycle, Democratic and Republican House campaigns that used Aristotle raised an average of $166,105.37 more than those using NGP software and an average of $324,620.04 more than those using Complete Campaigns software. The averages are calculated from the official FEC reports electronically filed by 749 Democratic and Republican federal candidate committees thru the post-general report reflecting amounts raised from November 3rd, 2004 to December 7th, 2006. Imagine what you could do with all that money. Raising big bucks is just one of the ways Aristotle gives you a much-needed edge. To widen the gap between you and your own competitors, go to www.aristotle.com.

**Aristotle**
Now you know

CAUTION: PICKING THE WRONG SOFTWARE CAN BE COSTLY. BUT PICKING THE RIGHT EMPLOYER CAN BE HIGHLY REWARDING. TO LEARN ABOUT CAREER OPPORTUNITIES AT ARISTOTLE, VISIT ARISTOTLE.COM

REDACTED