IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) <br> ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> v. ) CIVIL ACTION NO. 1:05CV01700 <br> ) <br> NGP SOFTWARE, INC. ) <br> ) <br> ) <br> Defendant ) | |

## PLAINTIFF'S REPLY TO COUNTERCLAIM FOR INJUNCTIVE RELIEF

Plaintiff, Aristotle International, Inc. ("Aristotle"), by its attorneys, hereby replies to the Counterclaim for Injunctive Relief filed by NGP Software, Inc. ("NGP").

### INTRODUCTION

1. Aristotle denies the allegations contained in this paragraph.

2. Aristotle denies the allegations contained in this paragraph.

### THE PARTIES

3. Aristotle is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. Aristotle admits the allegations contained in the first two sentences and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph.

### JURISDICTION AND VENUE

5. Aristotle admits the allegations contained in this paragraph.

6. Aristotle admits the allegations contained in this paragraph.

### THE FACTS GIVING RISE TO THE COUNTERCLAIM

7. Aristotle admits that it lost clients to NGP in 1999 for reasons including partisanship. Aristotle denies the remaining allegations contained in this paragraph.

8. Aristotle asserts that statements in its records speak for themselves. Aristotle admits the remaining allegations of this paragraph and that some Democrats have chosen NGP over Aristotle for reasons that include partisanship.

9. Aristotle asserts that statements in its records speak for themselves. Aristotle admits that some Democrats have chosen NGP over Aristotle for the reasons that include those alleged in this paragraph, as well as partisanship.

10. Aristotle admits that it surveyed NGP's customers and that the surveys speak for themselves. Aristotle denies the remaining allegations of this paragraph.

11. Aristotle denies the allegations contained in this paragraph.

12. Aristotle asserts that statements in its records speak for themselves. Aristotle denies the remaining allegations of this paragraph.

13. Aristotle admits that some Democrats chose NGP over Aristotle prior to 2004 for reasons that include those alleged in this paragraph, as well as partisanship.

14. Aristotle asserts that statements in its records speak for themselves.

    Aristotle denies the remaining allegations of this paragraph.

15. Aristotle asserts that statements in its records speak for themselves.

    Aristotle denies the remaining allegations of this paragraph.

16. Aristotle asserts that statements in its records speak for themselves.

    Aristotle denies the remaining allegations of this paragraph.

17. Aristotle admits the allegations in the first sentence of this paragraph.

    Aristotle denies the remaining allegations of this paragraph.

18. Aristotle asserts that statements in its records speak for themselves.

    Aristotle denies the remaining allegations of this paragraph.

19. Aristotle denies the allegations of this paragraph.

20. Aristotle denies the allegations of this paragraph.

21. Aristotle denies the allegations of this paragraph.

22. Aristotle denies the allegations of this paragraph.

23. Aristotle denies the allegations of this paragraph.

24. Aristotle denies the allegations of this paragraph.

25. Aristotle denies the allegations of this paragraph.

26. Aristotle denies the allegations of this paragraph.

27. Aristotle denies the allegations of this paragraph.

28. Aristotle denies the allegations of this paragraph.

29. Aristotle denies the allegations of this paragraph.

30. Aristotle denies the allegations of this paragraph.

31. Aristotle denies the allegations of this paragraph.

32. Aristotle denies the allegations of this paragraph.

33. Aristotle denies the allegations of this paragraph.

34. Aristotle denies the allegations of this paragraph.

35. Aristotle denies the allegations of this paragraph.

36. Aristotle denies the allegations of this paragraph.

37. Aristotle denies the allegations of this paragraph.

38. Aristotle denies the allegations of this paragraph.

39. Aristotle denies the allegations of this paragraph, and states that any loss of business by NGP is due to the precipitous and dramatic decline in its own customer satisfaction levels since 2005, as reflected in its customer surveys from April 2006 and November 2006.

40. Aristotle denies the allegations of this paragraph, and states that any loss of business by NGP is due to the precipitous and dramatic decline in its own customer satisfaction levels since 2005, as reflected in its customer surveys from April 2006 and November 2006.

41. Aristotle denies the allegations of this paragraph, and states that any loss of sales by NGP are due to the precipitous and dramatic decline in its own customer satisfaction levels, as reflected in its customer surveys from April 2006 and November 2006

Aristotle denies that NGP is entitled to any judgment or to any relief against it.

## AFFIRMATIVE DEFENSES

A. Aristotle states that NGP has failed to state any claim upon which relief can be granted.

B. Aristotle pleads the affirmative defense of unclean hands.

C. Aristotle pleads that NGP is barred from relief because it is unable to prove that Aristotle engaged in any literally false and/or misleading advertising or that Aristotle has wrongfully caused or is likely to cause NGP any damage.

D. Aristotle pleads that NGP is barred from relief because of laches.

E. Aristotle pleads that NGP is not entitled to recover its costs, expenses or attorneys fees under any theory of law.

F. Aristotle pleads that this is an exceptional case and that it is entitled to its attorneys fees and costs.

G. Aristotle pleads that NGP is not entitled to any equitable relief.

H. Aristotle pleads that NGP has knowingly brought this Counterclaim in bad faith and is improperly using the judicial system to raise meritless, stale allegations about immaterial matters, for purposes of delay, and other improper purposes.

I. Aristotle pleads that if NGP has been injured it is due to matters unrelated to its allegations in the Counterclaim, including the decreasing dissatisfaction of NGP's customers, as reflected in

5

        NGP's customer surveys showing the decline in NGP's own customer satisfaction ratings since 2005.

J.     Aristotle pleads that if any representations were made by Aristotle, such representations were of such a nature that they could not be considered to be violative of any law or regulation, and thus NGP is not entitled to any relief.

K.     Aristotle pleads that if NGP was injured as alleged, which is denied, said injury was in no way caused by Aristotle or by any person acting with, through, or under Aristotle or by any person for whose conduct Aristotle is legally responsible or answerable, and thus NGP is not entitled to any relief.

L.     Aristotle pleads that if any representations were made by Aristotle, such representations were true and not misleading, and thus NGP is not entitled to any relief.

M.     Aristotle pleads that if any representations were made by Aristotle, such representations were immaterial and thus NGP is not entitled to any relief.

N.     Aristotle pleads the affirmative defense of the statute of limitations.

O.     Without conceding any liability or that NGP has suffered any injury as a result of any purportedly wrongful acts or omissions of Aristotle, Aristotle pleads that it did not knowingly or intentionally engage in any wrongful conduct.

WHEREFORE, Aristotle prays that this court dismiss NGP's Counterclaim with prejudice, award Aristotle judgment against NGP for costs and attorneys fees incurred in connection with such Counterclaim, and award Aristotle such other relief as this Court may deem just and proper.

Respectfully submitted,


_____/s/_____
Robert L. Bredhoff, Esq., #338103
David U. Fierst, Esq., #912899
Stein, Mitchell & Mezines L.L.P.
1100 Connecticut Avenue, N.W.
Washington, DC 20036
Phone: (202) 737-7777
Fax: (202) 296-8312 (fax)
RBredhoff@steinmitchell.com
DFierst@steinmitchell.com
Attorneys for Plaintiff



_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone: (703) 846-0078
Facsimile: 703-846-0576
Counsel to Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2007, a copy of the foregoing PLAINTIFF'S REPLY TO COUNTERCLAIM FOR INJUNCTIVE RELIEF was sent by facsimile to the following:

Eric L. Yaffe, Esq.
Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250

Attorneys for Defendant NGP Software, Inc.


_____/s/_____
J. Blair Richardson