IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.  1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION ON STIPULATED CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER**

On August 7, 2006, the parties filed with the Court their Stipulated Confidentiality Agreement and Protective Order and a Notice for the Court's approval and endorsement.  Counsel for the parties were recently informed that they needed to file an accompanying Motion in order to obtain the Court's approval and endorsement of that Agreement and Order.  Accordingly, the parties are filing the instant Motion and ask that the Court approve and endorse the Stipulated Confidentiality Agreement and Protective Order.  In support hereof, the parties state as follows:

1. Recognizing that Plaintiff Aristotle International, Inc. and Defendant NGP Software, Inc. seek discovery of confidential information from each other and from third-party sources, on or about August 4, 2006, the parties entered into a Stipulated Confidentiality Agreement and Protective Order.

2. On August 7, 2006, the parties filed a Notice and the Stipulated Confidentiality Agreement and Protective Order for the Court's approval and endorsement.  *See* Docket Entry No. 22.

3.   Just recently, the parties were made aware that they needed to file an accompanying motion. Accordingly, the parties are filing the instant Motion.

WHEREFORE, the parties request that the Court grant this Motion and endorse the Stipulated Confidentiality Agreement and Protective Order.

Respectfully submitted,

| | |
|---|---|
| /s/ with consent Robert L. Bredhoff | /s/ Eric L. Yaffe |
| Robert L. Bredhoff, Esq. | Eric L. Yaffe |
|   (DC Bar No. 338103) |   (DC Bar No. 439750) |
|   Rbredhoff@steinmitchell.com |   Eric.Yaffe@gpmlaw.com |
| David U. Fierst, Esq. | Iris Figueroa Rosario |
|   (DC Bar No. 912899) |   (DC Bar No. 477009) |
|   Dfierst@steinmitchell.com |   Iris.Rosario@gpmlaw.com |
| Stein, Mitchell & Mezines L.L.P. | GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. |
| 1100 Connecticut Avenue, N.W. | 2600 Virginia Avenue, N.W., Suite 1111 |
| Washington, D.C. 20036 | Washington, D.C. 20037 |
| Telephone: (202) 737-7777 | Telephone: (202) 295-2200 |
| Facsimile: (202) 296-8312 | Facsimile: (202) 295-2250 |
| | |
| J. Blair Richardson, Esq. | |
|   (DC Bar No. 385482) | |
|   Blair.Richardson@aristotle.com | Attorneys for NGP Software, Inc. |
| 2582 Holly Manor Drive | |
| Falls Church, Virginia 22043 | |
| Telephone: (703) 846-0078 | |
| Facsimile: (703) 846-0576 | |
| | |
| Attorneys for Plaintiff Aristotle International, Inc. | |

Dated: April 25, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THE PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR JOINT MOTION ON STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

The parties seek the Court's approval and endorsement of their Stipulated Confidentiality Agreement and Protective Order that was filed on August 7, 2006. For the reasons stated herein, the parties ask that the Court grant their Motion.

**ARGUMENT**

The parties are providers of political software. The lawsuit emanates from Plaintiff Aristotle International's allegations that Defendant NGP Software falsely and misleadingly advertises in the marketplace. Because of the nature of the business the parties engage in and the sensitive confidential information procured or produced in discovery, the parties agreed, on or about August 4, 2006, to a Stipulated Confidentiality Agreement and Protective Order. Under this Agreement, the parties agreed that documents obtained from each other or third parties and designated or marked confidential would be treated as such and would not be disclosed. In addition, any documents designated or marked as such would be used solely for the purpose of maintaining the present litigation.

On August 7, 2006, the parties filed a Notice with the Court concerning this Stipulated Confidentiality Agreement and Protective Order. However, very recently, the parties learned that they needed to file a Motion in order to obtain the Court's approval and endorsement of the Agreement and Order. Accordingly, the parties are filing the instant Motion.

## CONCLUSION

For the reasons stated herein and in the accompanying Motion, the parties request the Court's approval and endorsement of the Stipulated Confidentiality Agreement and Protective Order.

Respectfully submitted,

| | |
|---|---|
| /s/ with consent Robert L. Bredhoff_ | /s/ Eric L. Yaffe_____ |
| Robert L. Bredhoff, Esq. | Eric L. Yaffe |
|   (DC Bar No. 338103) |   (DC Bar No. 439750) |
|   Rbredhoff@steinmitchell.com |   Eric.Yaffe@gpmlaw.com |
| David U. Fierst, Esq. | Iris Figueroa Rosario |
|   (DC Bar No. 912899) |   (DC Bar No. 477009) |
|   Dfierst@steinmitchell.com |   Iris.Rosario@gpmlaw.com |
| Stein, Mitchell & Mezines L.L.P. | GRAY, PLANT, MOOTY, MOOTY & |
| 1100 Connecticut Avenue, N.W. | BENNETT, P.A. |
| Washington, D.C. 20036 | 2600 Virginia Avenue, N.W., Suite 1111 |
| Telephone:     (202) 737-7777 | Washington, D.C. 20037 |
| Facsimile:     (202) 296-8312 | Telephone:     (202) 295-2200 |
| | Facsimile:     (202) 295-2250 |
| J. Blair Richardson, Esq. | |
|   (DC Bar No. 385482) | |
|   Blair.Richardson@aristotle.com | Attorneys for NGP Software, Inc. |
| 2582 Holly Manor Drive | |
| Falls Church, Virginia 22043 | |
| Telephone:     (703) 846-0078 | |
| Facsimile:     (703) 846-0576 | |

Attorneys for Plaintiff Aristotle
International, Inc.

Dated: April 25, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2007, a copy of the **JOINT MOTION ON STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER as well as THE PARTIES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR JOINT MOTION ON STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** were sent electronically via the Court's PACER system to the following:

Robert L. Bredhoff, Esq. (DC Bar No. 338103)
  Rbredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
  Dfierst@steinmitchell.com
Stein, Mitchell & Mezines L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:     (202) 737-7777
Facsimile:     (202) 296-8312

J. Blair Richardson, Esq. (DC Bar No. 385482)
  Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, VA  22043
Telephone:     (703) 846-0078
Facsimile:     (703) 846-0576

Attorneys for Plaintiff Aristotle International, Inc.

                              /s/ Eric L. Yaffe_____