IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC.    ) | |
|                                  ) | |
|         Plaintiff                ) | |
|                                  ) | |
| v.                               ) | Civil Action No.1:05CV01700 |
|                                  ) | |
| NGP SOFTWARE, INC.               ) | |
|                                  ) | |
|         Defendant                ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL

Plaintiff Aristotle International Inc. ("Aristotle") hereby moves this court for leave to file a pleading under seal. The pleading in question is a Motion for Leave to Treat Certain Facts as Non-Confidential, and contains information designated by Defendant as "Confidential".

This Motion is necessary because of this lawsuit's unusual procedural posture. No protective order has been entered by the Court in this case.  However, the parties have entered into a stipulated confidentiality agreement and protective order, and have jointly moved for its entry. Plaintiff continues to abide by the terms of this agreement in good faith, despite the absence of a formal protective order. [1] Discovery in this case is scheduled to close May 21, 2007.

---

[1] The terms of that agreement provide that the party challenging a confidential designation should do so by letter to the court five business days following written request to opposing counsel, and after conferring therewith.  Plaintiff made the request to Defense counsel on Friday, April 20, 2007. Defense counsel opposed the request.  Plaintiff waited for five business days, but because the parties' stipulated confidentiality agreement has not yet been approved by the court, Plaintiff submits this motion in accordance with the court's ordinary motion rules and procedures.

Plaintiff has sought defense counsel's consent for non-confidential treatment of the information covered by the Motion for Leave to Treat Certain Facts as Non-Confidential. Plaintiff's counsel was informed that Defendant opposes Plaintiff's request, and that Plaintiff would need to file a motion if it wished to "declassify" the information in question.

Respectfully submitted,

_____/s/_____
J. Blair Richardson, Esq. (DC Bar No. 385482)
    Blair.Richardson@aristotle.com
7440 Chummley Court
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

_____/s/_____
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
    RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
    DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2007, a copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL was served via the Court's electronic PACER system on:

Eric L. Yaffe, Esq.
Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250

Attorneys for Defendant NGP Software, Inc.


_____/s/_____
J. Blair Richardson