UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARISTOTLE INTERNATIONAL, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **NGP SOFTWARE, INC.,** ) <br> ) <br> **Defendant.** ) <br> _____) | Civ. No. 05-1700 (TFH) |

### ORDER

Pending before the Court are the parties' "Joint Motion on Stipulated Confidentiality Agreement and Protective Order" (# 49) and Aristotle's motion for leave to file pleading under seal (# 50).[1] For the reasons stated in the parties' joint memorandum of points and authorities, the Court **GRANTS** the joint motion (# 49) and, therefore, **ORDERS** that documents filed in accordance with the joint stipulation agreement and protective order filed on August 7, 2006 (# 22), shall be sealed subject to further order of the Court. Consequently, the Court **DENIES** as moot Aristotle's motion (# 50).

    **SO ORDERED**.

May 2, 2007

                                                                                                   /s/
                                                         Thomas F. Hogan
                                                           Chief Judge

---

[1] For future reference when filing motions in this matter, the Court directs the parties to Local Civil Rule 7(c), which reads as follows: "Each motion and opposition shall be accompanied by a proposed order."