IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT NGP SOFTWARE, INC.'S MOTION TO SEAL**

Pursuant to Plaintiff Aristotle International, Inc.'s and Defendant NGP Software's Inc.'s Stipulated Confidentiality Agreement and Protective Order, NGP hereby files this Motion to Seal the following: (1) Motion to Strike Plaintiff's Motion for Leave to Treat Certain Facts as Non-Confidential; and (2) Letter Response to Motion for Leave to Treat Certain Facts as Non-Confidential. The foregoing responds to certain matters filed under seal by Aristotle. NGP's responses discuss confidential information, such as a Reseller Agreement and revenue information, and therefore, it seeks to file the instant responses under seal in accordance with the parties' Stipulated Confidentiality Agreement and Protective Order.

For the reasons stated in the accompanying Memorandum of Points and Authorities, NGP respectfully requests that the Court grant this Motion. An Order is attached for the Court's convenience.

          Respectfully submitted,

          /s/ Eric L. Yaffe
          Eric L. Yaffe (DC Bar No. 439750)
             Eric.Yaffe@gpmlaw.com
          Iris Figueroa Rosario (DC Bar No. 477009)
             Iris.Rosario@gpmlaw.com
          GRAY, PLANT, MOOTY, MOOTY
            & BENNETT, P.A.
          2600 Virginia Avenue, N.W., Suite 1111
          Washington, D.C.  20037
          Telephone:    (202) 295-2200
          Facsimile:    (202) 295-2250

Date:  May 8, 2007          Attorneys for Defendant
                                      NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2007, a copy of the foregoing **DEFENDANT NGP SOFTWARE, INC.'S MOTION TO SEAL** was sent electronically via the Court's PACER system, by facsimile, and by first-class mail, postage prepaid, to the following:

>Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>   Rbredhoff@steinmitchell.com
>David U. Fierst, Esq. (DC Bar No. 912899)
>   Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C.  20036
>Telephone:     (202) 737-7777
>Facsimile:     (202) 296-8312
>
>J. Blair Richardson, Esq. (DC Bar No. 385482)
>   Blair.Richardson@aristotle.com
>2582 Holly Manor Drive
>Falls Church, Virginia  22043
>Telephone:     (703) 846-0078
>Facsimile:     (703) 846-0576
>
>Attorneys for Plaintiff Aristotle International, Inc.

/s/ Eric L. Yaffe_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT NGP SOFTWARE, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO SEAL**

On May 2, 2007, the Court granted the parties' Joint Motion on Stipulated Confidentiality Agreement and Protective Order ("Stipulated Confidentiality Agreement"). Pursuant to Paragraph 6 of the Stipulated Confidentiality Agreement, the parties agreed that any confidential materials would be filed in accordance with Local Rule 5.1(j), which, in turn, requires the filing of a motion to seal.

The filings at issue are: (1) Motion to Strike Plaintiff's Motion for Leave to Treat Certain Facts as Non-Confidential, and (2) Letter Response to Motion for Leave to Treat Certain Facts as Non-Confidential. Both documents are in response to Plaintiff's Motion for Leave to Treat Certain Facts as Non-Confidential, filed on or about May 1, 2007, under seal. That Motion challenges the confidentiality designation of a Reseller Agreement. Because NGP's responses to Aristotle's Motion provide confidential information, such as discussion of the contents of a Reseller Agreement and revenue information, NGP is filing the instant Motion to ensure the foregoing is not publicly disclosed. Moreover, both documents provide excerpts from confidential depositions taken in this case.

For the foregoing reasons, NGP respectfully requests that the Court grant the instant Motion to Seal.

                    Respectfully submitted,

/s/ Eric L. Yaffe
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C.  20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2250

Date:  May 8, 2007                  Attorneys for Defendant
                                      NGP Software, Inc.

GP:2100619 v1