**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.  1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

      **UPON CONSIDERATION** of Defendant's Motion to Seal, and the record herein, it is by

the Court on this \_\_\_day of _____, 2007, hereby

      **ORDERED**, that Defendant's Motion to Seal is hereby GRANTED.

      **SO ORDERED**.


              _____
              Thomas F. Hogan, Chief Judge


cc:     All counsel of record