IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO REGARD PLAINTIFF ARISTOTLE INTERNATIONAL, INC.'S MOTION FOR LEAVE TO TREAT CERTAIN FACTS AS NON-CONFIDENTIAL AS A LETTER**

The parties, Aristotle International, Inc. and NGP Software, Inc., by and through their counsel, hereby file this Joint Motion requesting that the Court regard Plaintiff Aristotle International, Inc.'s Motion for Leave to Treat Certain Facts as Non-Confidential as a letter in accordance with Paragraph 9 of the parties' Stipulated Confidentiality Agreement and Protective Order. Consistent with the Agreement, NGP has already filed a letter in response to Aristotle's Motion. As to that letter, and in light of this Joint Motion, NGP requests that any references to a Motion to Strike Aristotle's Motion for Leave to Treat Certain Facts as Non-Confidential contained in its motion to seal and its letter dated May 8, 2007 be regarded as moot. The parties respectfully request that the Court rule on this matter as expeditiously as possible.

For the reasons stated herein, the parties respectfully request that the Court grant this Motion. An Order is attached for the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| /s/ Eric L. Yaffe_____ | /s/ with consent J. Blair Richardson_____ |
| Eric L. Yaffe (DC Bar No. 439750) | J. Blair Richardson, Esq. (DC Bar No. 385482) |
| Eric.Yaffe@gpmlaw.com | Blair.Richardson@aristotle.com |
| Iris Figueroa Rosario (DC Bar No. 477009) | 2582 Holly Manor Drive |
| Iris.Rosario@gpmlaw.com | Falls Church, Virginia 22043 |
| GRAY, PLANT, MOOTY, MOOTY | Telephone:     (703) 846-0078 |
| & BENNETT, P.A. | Facsimile:     (703) 846-0576 |
| 2600 Virginia Avenue, N.W., Suite 1111 | |
| Washington, D.C. 20037 | /s/ with consent Robert L. Bredhoff_____ |
| Telephone:     (202) 295-2200 | Robert L. Bredhoff, Esq. (DC Bar No. 338103) |
| Facsimile:     (202) 295-2250 | RBredhoff@steinmitchell.com |
| | David U. Fierst, Esq. (DC Bar No. 912899) |
| Attorneys for Defendant | DFierst@steinmitchell.com |
| NGP Software, Inc. | 1100 Connecticut Avenue, N.W. |
| | Suite 1100 |
| | Washington, D.C. 20036 |
| | Telephone:     (202) 737-7777 |
| | Facsimile:     (202) 296-8312 |
| Dated: May 9, 2007 | Counsel to Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2007, a copy of the foregoing **JOINT MOTION TO TREAT PLAINTIFF ARISTOTLE INTERNATIONAL, INC.'S MOTION FOR LEAVE TO TREAT CERTAIN FACTS AS NON-CONFIDENTIAL AS A LETTER** was filed electronically via the Court's ECF system to the following:

>   Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>     Rbredhoff@steinmitchell.com
>   David U. Fierst, Esq. (DC Bar No. 912899)
>     Dfierst@steinmitchell.com
>   Stein, Mitchell & Mezines L.L.P.
>   1100 Connecticut Avenue, N.W.
>   Washington, D.C. 20036
>   Telephone:    (202) 737-7777
>   Facsimile:    (202) 296-8312
>
>   J. Blair Richardson, Esq. (DC Bar No. 385482)
>     Blair.Richardson@aristotle.com
>   2582 Holly Manor Drive
>   Falls Church, Virginia 22043
>   Telephone:    (703) 846-0078
>   Facsimile:    (703) 846-0576
>
>   Attorneys for Plaintiff Aristotle International, Inc.

/s/ Eric L. Yaffe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO REGARD PLAINTIFF ARISTOTLE INTERNATIONAL, INC.'S MOTION FOR LEAVE TO TREAT CERTAIN FACTS AS NON-CONFIDENTIAL AS A LETTER**

The parties have filed a Joint Motion requesting that the Court regard Plaintiff Aristotle International, Inc.'s Motion for Leave to Treat Certain Facts as Non-Confidential as a letter in accordance with Paragraph 9 of the parties' Stipulated Confidentiality Agreement and Protective Order ("Stipulated Confidentiality Agreement"). For the reasons stated herein, the parties request that the Court grant this Motion.

On May 1, 2007, Aristotle filed a Motion for Leave to Treat Certain Facts as Non-Confidential, seeking to declassify the confidential designation of a Reseller Agreement entered into between NGP and another entity. That Motion was filed under seal. On May 2, 2007, the Court granted the parties' Stipulated Confidentiality Agreement as an Order of the Court. On May 8, 2007, NGP file a letter response to Aristotle's Motion.

Paragraph 9 of the parties' Stipulated Confidentiality Agreement requires that a party challenging the confidential designation of a document write to the Court or Magistrate. Because Aristotle had filed a Motion rather than a letter, NGP intended to but ultimately did not file a Motion to Strike Aristotle's Motion, because as the parties have agreed that Aristotle's

Motion should be treated as a letter pursuant to the terms of the Stipulated Confidentiality Agreement (Aristotle would have filed a letter, but the Court had not entered the Stipulated Confidentiality Agreement as an Order at the time Aristotle filed its Motion). The parties thus request that the Court treat Aristotle's Motion as a letter in accordance with the Agreement.

In addition, certain of the underlying filings made by NGP on May 8 refer to the Motion to Strike. NGP requests that the Court treat as moot any references to the Motion to Strike in light of the filing of the Joint Motion.

For the foregoing reasons, the parties respectfully request that the Court grant the Joint Motion.

Respectfully submitted,

| | |
|---|---|
| /s/ Eric L. Yaffe_____ | /s/ with consent J. Blair Richardson_____ |
| Eric L. Yaffe (DC Bar No. 439750) | J. Blair Richardson, Esq. (DC Bar No. 385482) |
| Eric.Yaffe@gpmlaw.com | Blair.Richardson@aristotle.com |
| Iris Figueroa Rosario (DC Bar No. 477009) | 2582 Holly Manor Drive |
| Iris.Rosario@gpmlaw.com | Falls Church, Virginia 22043 |
| GRAY, PLANT, MOOTY, MOOTY | Telephone:   (703) 846-0078 |
| & BENNETT, P.A. | Facsimile:    (703) 846-0576 |
| 2600 Virginia Avenue, N.W., Suite 1111 | |
| Washington, D.C. 20037 | /s/ with consent Robert L. Bredhoff_____ |
| Telephone:   (202) 295-2200 | Robert L. Bredhoff, Esq. (DC Bar No. 338103) |
| Facsimile:    (202) 295-2250 | RBredhoff@steinmitchell.com |
| | David U. Fierst, Esq. (DC Bar No. 912899) |
| Attorneys for Defendant | DFierst@steinmitchell.com |
| NGP Software, Inc. | 1100 Connecticut Avenue, N.W. |
| | Suite 1100 |
| | Washington, D.C. 20036 |
| | Telephone:   (202) 737-7777 |
| | Facsimile:    (202) 296-8312 |
| Dated: May 9, 2007 | Counsel to Plaintiff |

2