**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.  1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**UPON CONSIDERATION** of the Joint Motion to Treat Plaintiff Aristotle

International, Inc.'s Motion for Leave to Treat Certain Facts as Non-Confidential as a Letter,

and the record herein, it is by the Court on this ___day of _____,

2007, hereby

**ORDERED**, that the Joint Motion to Treat Plaintiff Aristotle International, Inc.'s

Motion for Leave to Treat Certain Facts as Non-Confidential as a Letter is hereby

GRANTED.

**SO ORDERED**.

_____

cc:    All counsel of record