## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARISTOTLE INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. No. 05-1700 (TFH)** |
| | ) | |
| **NGP SOFTWARE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| —————————————————— | ) | |

## ORDER

Pending before the Court is NGP's motion to seal (# 52).  On May 2, 2007, this Court ordered that documents filed in accordance with the confidentiality agreement and protective order filed on August 7, 2006 (# 22), shall be sealed subject to further order of the Court. Because that existing order designates as sealed all documents filed in accordance with the parties' confidentiality agreement and protective order, the parties need not move to seal such documents.  *See* LCvR 5.1(j)(1) ("Absent statutory authority, no case or documents may be sealed without an order from the Court.").  Rather, the parties need only follow the remaining procedures outlined in Local Civil Rule 5.1(j)(2)-(4) and insert the following language below the case number in the documents' captions: "FILED UNDER SEAL PURSUANT TO THE COURT'S ORDER OF MAY 2, 2007."  Consequently, the Court **DENIES** as moot NGP's motion to seal (# 52).

Additionally, the Court **ORDERS** the parties to provide chambers with courtesy copies of all documents filed under seal.

**SO ORDERED**.

May 9, 2007

/s/
Thomas F. Hogan
Chief Judge