IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC. ) | |
| ) | |
|     Defendant ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR 14-DAY EXTENSION OF DISCOVERY DEADLINE**

Plaintiff Aristotle International Inc. ("Aristotle") and Defendant NGP Software, Inc. ("NGP") submit this memorandum in support of their Joint Motion for 14-Day Extension of Discovery Deadline.

**SUMMARY OF OUTSTANDING DISCOVERY**

Under the Court's current scheduling order, discovery is scheduled to close on Monday, May 21, 2007. A trial date has not been scheduled. The parties have agreed to request an extension of an additional 14 days.

Plaintiff has outstanding notices of deposition for Defendant under FRCP 30B6, and for Defendant's President. Plaintiff also is currently producing documents in response to a request for production of documents served by Defendant on April 13, 2007.

Defendant has outstanding notices of deposition for Plaintiff's President, Plaintiff's head of sales, and Plaintiff's outside marketing assistant. Defendant also intends to issue a 30B6 deposition notice to Plaintiff today or tomorrow.

The parties disagree as to whether additional time beyond the 14 days jointly requested herein will be necessary to complete discovery. That dispute will be the subject of a separate motion.

**ARGUMENT**

**I.      THE REQUESTED EXTENSION IS IN THE INTEREST OF JUSTICE**

Granting the parties' request for a 14-day discovery extension will allow the case to proceed in a more orderly fashion, is consistent with the parties' agreement, and will not prejudice either party. A denial of the motion would prejudice the parties' ability to conduct and complete relevant discovery. A grant of this extension will not affect the trial date, which has not yet been set. Pursuant to the court's inherent power to control its docket, it is in the interest of justice to grant the requested extension.

**II.     CONCLUSION**

Based on the foregoing, the parties respectfully request that the court grant their Joint Motion for 14-Day Extension of Discovery Deadline.

Respectfully submitted,

/s/ J. Blair Richardson
J. Blair Richardson, Esq. (DC Bar No. 385482)
    Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

/s/ Robert L. Bredhoff
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
    RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
    DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:   (202) 296-8312 (fax)
Counsel to Plaintiff


/s/ Eric L. Yaffe
Eric L. Yaffe, Esq.
    Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
    Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250
Attorneys for Defendant NGP Software, Inc.