## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC. ) | |
| ) | |
| Defendant ) | |

## ORDER

Having considered the parties' Joint Motion for 14-Day Extension of Discovery Deadline and the accompanying Memorandum, it is hereby

**ORDERED** that:

1. Discovery be completed by June 4, 2007.
2. Dispositive motions be filed no later than 30 days after completion of discovery, oppositions to motions be filed within 11 days after service, replies to oppositions be filed within five days after service, and motions be decided if practicable within 30 days after filing.
3. The case be scheduled for non-binding mediation after completion of discovery;
4. The pre-trial conference will be held, August 7, 2007;
5. A trial date will be set at the pretrial conference from 30-60 days after that conference.

**SO ORDERED**

_____, 2007

_____
Thomas F. Hogan
Chief Judge