UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> NGP SOFTWARE, INC., ) <br> ) <br> Defendant. ) <br> ) | Cv. No. 05-1700 (TFH) |

## ORDER

Having considered the parties' joint motion for an extension of discovery and the accompanying memorandum, the Court **GRANTS** the motion and, accordingly, revises the scheduling order as follows:

1. Discovery shall conclude by June 4, 2007;

2. The parties shall file dispositive motions no later than 30 days after discovery closes, oppositions to dispositive motions within 11 days after service, and replies to oppositions within 5 days after service;

3. The Court will refer the case for mediation after discovery closes; and

4. The parties shall appear for a pretrial conference on September 4, 2007, at 10:30 a.m.

**SO ORDERED**.

May 18, 2007

/s/
Thomas F. Hogan
Chief Judge