IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 1:05-1700 (TFH) |
| | ) | |
| NGP SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT NGP SOFTWARE, INC'S NOTICE OF WITHDRAWAL
OF ITS MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

PLEASE TAKE NOTICE that Defendant, NGP Software, Inc., hereby withdraws its Motion to Compel the Production of Documents, filed on September 22, 2006 (ECF 28), on the grounds that the parties have resolved their disputes in connection with the issues raised in the Motion.

Respectfully submitted,

/s/ Eric L. Yaffe
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

Dated: May 22, 2007          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May 2007, a copy of the foregoing **Defendant NGP Software, Inc.'s Notice of Withdrawal of its Motion Compel the Production of Documents** was sent via the Court's electronic system, to the following:

>Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>  Rbredhoff@steinmitchell.com
>David U. Fierst, Esq. (DC Bar No. 912899)
>  Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C.  20036
>Telephone:    (202) 737-7777
>Facsimile:    (202) 296-8312
>
>J. Blair Richardson, Esq. (DC Bar No. 385482)
>  Blair.Richardson@aristotle.com
>2582 Holly Manor Drive
>Falls Church, Virginia  22043
>Telephone:    (703) 846-0078
>Facsimile:    (703) 846-0576
>
>Attorneys for Plaintiff Aristotle International, Inc.

/s/ Eric L. Yaffe