IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.1:05CV01700 |
| ) | |
| NGP SOFTWARE, INC. ) | |
| ) | |
|     Defendant ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND
MODIFICATION OF FINAL BRIEFING SCHEDULE**

    Plaintiff Aristotle International Inc. and Defendant NGP Software, Inc. hereby jointly move this Court for an extension of the discovery cut-off deadline until July 3, 2007, and for modification of the final briefing schedule. In support of the Motion, the parties rely on the accompanying Memorandum. The parties have included a proposed order for the Court's consideration.

Respectfully submitted,

/s/ J. Blair Richardson
J. Blair Richardson, Esq. (DC Bar No. 385482)
    Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

/s/ Robert L. Bredhoff
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
    RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
    DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff


/s/ Eric L. Yaffe
Eric L. Yaffe, Esq.
    Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
    Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250
Attorneys for Defendant NGP Software, Inc.

Date: May 31, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2007, a copy of the foregoing JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND MODIFICATION OF FINAL BRIEFING SCHEDULE was filed via the Court's electronic PACER system.


/s/ J. Blair Richardson