IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>NGP SOFTWARE, INC. )<br>)<br>    Defendant ) | Civil Action No.1:05CV01700 |

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND MODIFICATION OF FINAL BRIEFING SCHEDULE**

Plaintiff Aristotle International Inc. ("Aristotle") and Defendant NGP Software, Inc. ("NGP") submit this memorandum in support of their Joint Motion for an extension of the discovery cut-off deadline until July 3, 2007, and for modification of the final briefing schedule.

**SUMMARY OF OUTSTANDING DISCOVERY**

Under the Court's current scheduling order, discovery is scheduled to close on Monday, June 4, 2007. A trial date has not been scheduled.

The parties have agreed to complete depositions and document production by July 3, 2007. There is one outstanding unresolved motion pending before the court concerning a request to declassify certain information covered by protective order.

Because of conflicting scheduling obligations of both parties' counsel, the parties have agreed to request the following briefing schedule:

Dispositive motions shall be due August 31, 2007.
Oppositions to motions shall be filed within 11 days after service,
Replies to oppositions shall be filed within five days after service.

**ARGUMENT**

**I.     THE REQUESTED EXTENSION AND MODIFICATION IS IN THE INTEREST OF JUSTICE**

Granting the parties' request will allow the case to proceed in a more orderly fashion, is consistent with the parties' agreement, and will not prejudice either party. A denial of the motion would prejudice the parties' ability to conduct and complete relevant discovery and to file their respective dispositive motions, oppositions and replies. A grant of this extension will not affect the trial date, which has not yet been set. Pursuant to the court's inherent power to control its docket, it is in the interest of justice to grant the requested extension.

**II.    CONCLUSION**

Based on the foregoing, the parties respectfully request that the court grant their Joint Motion for an extension of the discovery cut-off deadline until July 3, 2007, and for modification of the final briefing schedule.

Respectfully submitted,

/s/ J. Blair Richardson
J. Blair Richardson, Esq. (DC Bar No. 385482)
    Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

/s/ Robert L. Bredhoff
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
    RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
    DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:     (202) 296-8312 (fax)
Counsel to Plaintiff


/s/ Eric L. Yaffe
Eric L. Yaffe, Esq.
    Eric.yaffe@gpmlaw.com
Iris Figueroa Rosario, Esq.
    Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY & BENNETT, PA
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037
Telephone: 202-295-2200
Facsimile: 202-295-2250
Attorneys for Defendant NGP Software, Inc.