## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.1:05CV01700 |
| | ) | |
| NGP SOFTWARE, INC. | ) | |
| | ) | |
| Defendant | ) | |

### ORDER

Having considered the parties' Joint Motion for an extension of the discovery cut-off deadline until July 3, 2007 and for modification of the final briefing schedule, together with the accompanying Memorandum, it is hereby

**ORDERED** that:

1. Discovery be completed by July 3, 2007.
2. Dispositive motions be filed no later than August 31, 2007, oppositions to motions be filed by September 11, 2007, and replies to oppositions be filed within five days after service.
3. The case be scheduled for non-binding mediation after completion of discovery;
4. The pre-trial conference will be held _____, 2007;
5. A trial date will be set at the pretrial conference from 30-60 days after that conference.

**SO ORDERED**

_____, 2007

_____
Thomas F. Hogan
Chief Judge