UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARISTOTLE INTERNATIONAL, INC.,** )<br>)<br>Plaintiff )<br>v. )<br>)<br>**NGP SOFTWARE, INC.,** )<br>)<br>Defendant. )<br>) | Cv. No. 05-1700 (TFH) |

## **ORDER**

Having considered the parties' joint motion for an extension of time to complete discovery and modification of the dispositive motion briefing schedule (# 58) and the accompanying memorandum, the Court **GRANTS** the motion and, accordingly, revises the scheduling order as follows:

1. Discovery shall conclude by July 3, 2007;

2. The parties shall file dispositive motions by August 31, 2007, oppositions to dispositive motions by September 11, 2007, and replies to oppositions by September 19, 2007;

3. The Court will refer the case for mediation after discovery closes; and

4. The parties shall appear for a pretrial conference on October 3, 2007, at 10:30 a.m., at which time the Court will set a trial date.

**SO ORDERED**.

June 4, 2007

/s/
Thomas F. Hogan
Chief Judge