UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ARISTOTLE INTERNATIONAL, INC.,**

        **Plaintiff,**

  v.

**NGP SOFTWARE, INC.,**

        **Defendant.**

Civ. No. 05-1700 (TFH)

## MEDIATION REFERRAL ORDER

Pursuant to paragraph 5 of the report of the parties' conference under LcvR 16.3 (#19) and this Court's order of June 7, 2006, the Court

**ORDERS**

1. This matter referred to the Circuit Executive for the appointment of a mediator by the Director of the Mediation Program of the United States District Court for the District of Columbia and the United States District Courts for the D.C. Circuit Alternative Dispute Resolution Staff;

2. The Clerk of Court to promptly furnish a copy of this Order to the Circuit Executive and to Michael Terry, Deputy Director of the Mediation Program;

3. The parties, upon receipt of this Order, to call Michael Terry at (202) 216-7350 for the purpose of scheduling mediation;

4. Mediation to occur within 60 days of the date of this Order, unless the parties consent to, and the Court grants, a continuance of mediation;

5. Counsel and the parties, including persons with settlement authority, to attend each

mediation session; and

      6. Counsel to promptly advise the Court if this case settles in whole or in part by filing a stipulation of the settlement.

**SO ORDERED**.

August 14, 2007                                                    /s/
                                                                       Thomas F. Hogan
                                                                          Chief Judge