**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ARISTOTLE INTERNATIONAL, INC. )
                              )
      Plaintiff            )
                              )
v.                            ) Civil Action No.1:05CV01700 (TFH)
                              )
NGP SOFTWARE, INC.            )
                              )
      Defendant            )

**NOTICE OF FILING MOTION FOR
SUMMARY JUDGMENT UNDER SEAL**

      Plaintiff Aristotle International, Inc., by counsel, gives notice that it has filed under seal, pursuant to the Protective Order, its Motion for Summary Judgment accompanied by a Memorandum of Points and Authorities in Support of Motion for Summary Judgment, Statement of Material Facts As To Which There Is No Genuine Issue, Exhibits, and proposed Order granting the relief sought.

      Respectfully submitted,

      */s/ J. Blair Richardson*
      J. Blair Richardson, Esq. (DC Bar No. 385482)
        Blair.Richardson@aristotle.com
      2582 Holly Manor Drive
      Falls Church, Virginia 22043
      Telephone:   (703) 846-0078
      Facsimile:    703-846-0576
      Counsel to Plaintiff

*/s/ Robert L. Bredhoff*
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:    (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2007, a copy of the foregoing Notice of Filing Motion for Summary Judgment Under Seal was electronically filed.

*/s/ J. Blair Richardson*
J. Blair Richardson