IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| vs. | ) Civil Action No. 1:05CV01700 (TFH) |
| | ) |
| NGP SOFTWARE, INC., | )    Filed Under Seal |
| | ) |
|     Defendant/Counter-Plaintiff. | ) |

**DEFENDANT/COUNTER-PLAINTIFF NGP SOFTWARE'S, INC.'S
<u>NOTICE OF FILING SEALED MATERIAL</u>**

Notice is given that the below documents were filed in paper format with the Court. These documents are not available for public viewing.

1. Defendant/Counter-Plaintiff NGP Software Inc.'s Motion for Summary Judgment;

2. Memorandum in Support of Defendant/Counter-Plaintiff NGP Software Inc.'s Motion for Summary Judgment;

3. Affidavit of Eric L. Yaffe, Esq., in support of Defendant/Counter-Plaintiff's Motion for Summary Judgment;

4. Affidavit of Louis Levine in support of Defendant/Counter-Plaintiff's Motion for Summary Judgment; and

5. Appendix to Defendant/Counter-Plaintiff NGP Software Inc.'s Motion for Summary Judgment.

/s/ Iris Figueroa Rosario
Attorneys for Defendant/Counter-Plaintiff
Eric L. Yaffe (DC Bar No. 439750)
Iris Figueroa Rosario (DC Bar No. 477009)
GRAY, PLANT, MOOTY, MOOTY

                                                                               & BENNETT, P.A.
                                           2600 Virginia Avenue, N.W., Suite 1111
                                           Washington, D.C.  20037
                                           Telephone:   (202) 295-2200
                                           Facsimile:    (202) 295-2250

Date:  August 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2007, a copy of the foregoing **DEFENDANT/COUNTER-PLAINTIFF NGP SOFTWARE'S, INC.'S NOTICE OF FILING SEALED MATERIAL** was filed on Pacer and hand delivered to the following:

Robert L. Bredhoff, Esq. (DC Bar No. 338103)
Rbredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
Dfierst@steinmitchell.com
Stein, Mitchell & Mezines L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:  (202) 737-7777
Facsimile:  (202) 296-8312

J. Blair Richardson, Esq. (DC Bar No. 385482)
Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone:  (703) 846-0078
Facsimile:  (703) 846-0576

Attorneys for Plaintiff/Counter-Defendant Aristotle International, Inc.

/s/ Iris Figueroa Rosario