IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| vs. | ) Civil Action No. 1:05CV01700 (TFH) |
| | ) |
| NGP SOFTWARE, INC., | ) |
| | ) |
|     Defendant/Counter-Plaintiff. | ) |

**DEFENDANT/COUNTER-PLAINTIFF'S MOTION
TO EXCEED PAGE LIMITATION**

Defendant/Counter-Plaintiff NGP Software, Inc. ("NGP") respectfully moves for leave to exceed the page limitations set forth in Local Rule 7(h) associated with its Motion for Summary Judgment and Memorandum of Points and Authorities, which are being filed contemporaneously herewith.

Local Rule 7(h) states, in pertinent part, that "[a] memorandum of points and authorities in support of or in opposition to a motion shall not exceed 45 pages . . . without prior approval of the court." The rule also states that "[d]ocuments that fail to comply with this provision shall not be filed by the Clerk." *Id*.

In this case, NGP has filed two separate motions for summary judgment as one. NGP's Motion for Summary Judgment and Memorandum of Points and Authorities is approximately 49 pages, which is four pages more than the 45 page limit provided under Local Rule 7(h). The first part of NGP's Memorandum concerns summary judgment on Plaintiff's claims. The second part of NGP's Memorandum concerns summary judgment on NGP's Counterclaim. If the Motions were to be separated into two, each part would be fewer than 45 pages.

NGP seeks this leave in good faith and not for any improper purpose. Leave to exceed the page limitation will not prejudice Plaintiff. Accordingly, NGP respectfully requests that the Court grant this Motion. For the convenience of the Court, a proposed Order is included.

                Respectfully submitted,

                /s/ Iris Figueroa Rosario
                Eric L. Yaffe (DC Bar No. 439750)
                  Eric.Yaffe@gpmlaw.com
                Iris Figueroa Rosario (DC Bar No. 477009)
                  Iris.Rosario@gpmlaw.com
                GRAY, PLANT, MOOTY, MOOTY
                    & BENNETT, P.A.
                2600 Virginia Avenue, N.W., Suite 1111
                Washington, D.C. 20037
                Telephone:    (202) 295-2200
                Facsimile:    (202) 295-2250

Date: August 31, 2007        Attorneys for Defendant/Counter-Plaintiff
                                      NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2007, a copy of the foregoing **DEFENDANT/COUNTER-PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION** was filed on Pacer and hand delivered to the following:

>Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>   Rbredhoff@steinmitchell.com
>David U. Fierst, Esq. (DC Bar No. 912899)
>   Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>Telephone:   (202) 737-7777
>Facsimile:   (202) 296-8312
>
>J. Blair Richardson, Esq. (DC Bar No. 385482)
>   Blair.Richardson@aristotle.com
>2582 Holly Manor Drive
>Falls Church, Virginia 22043
>Telephone:   (703) 846-0078
>Facsimile:   (703) 846-0576
>
>Attorneys for Plaintiff/Counter-Defendant Aristotle International, Inc.

/s/ Iris Figueroa Rosario