IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., | ) |
| | ) |
|     Plaintiff/Counter-Defendant, | ) |
| | ) |
| vs. | ) Civil Action No. 1:05CV01700 (TFH) |
| | ) |
| NGP SOFTWARE, INC., | ) |
| | ) |
|     Defendant/Counter-Plaintiff. | ) |

**ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

**THIS CAUSE** having come before the Court upon Defendant/Counter-Plaintiff's Motion for Leave to Exceed Page Limitation, it is by the Court,

**ORDERED AND ADJUDGED**, that said Motion is GRANTED, it is

**IT IS FURTHER ORDERED AND ADJUDGED,** that Defendant/Counter-Plaintiff's Motion for Summary Judgment is deemed filed.

**DONE AND ORDERED**, on this _10_ day of _September_ 2007.

                                                        Thomas F. Hogan
                                                        Chief Judge

cc:    All counsel of record