IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARISTOTLE INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.1:05CV01700 (TFH) |
| | ) | |
| NGP SOFTWARE, INC. | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF FILING PLAINTIFF'S OPPOSITION TO NGP'S
MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

Plaintiff Aristotle International, Inc., by counsel, gives notice that it has filed under seal, pursuant to the Protective Order, its Opposition to NGP's Motion for Summary Judgment accompanied by Statement of Material Facts As To Which There Is Genuine Issue, Exhibits, and proposed Order denying the relief sought.

Respectfully submitted,

*/s/ J. Blair Richardson*
J. Blair Richardson, Esq. (DC Bar No. 385482)
    Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone:  (703) 846-0078
Facsimile:   703-846-0576
Counsel to Plaintiff

/s/ Robert L. Bredhoff
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone:   (202) 737-7777
Facsimile:    (202) 296-8312 (fax)
Counsel to Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2007, a copy of the foregoing Notice of Filing Opposition to NGP's Motion for Summary Judgment was electronically filed.

/s/ J. Blair Richardson
J. Blair Richardson