# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700 TFH |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### DEFENDANT/COUNTER-PLAINTIFF NGP SOFTWARE, INC.'S
### NOTICE OF FILING ITS OPPOSITION TO
### ARISTOTLE'S MOTION FOR SUMMARY JUDGMENT

Defendant/Counter-Plaintiff NGP Software, Inc. ("NGP"), by counsel, hereby provides notice that it filed under seal, pursuant to the parties' Protective Order, its Memorandum of Points and Authorities in Opposition to Aristotle's Motion for Summary Judgment, Statement regarding Aristotle's Statement of Material facts, Affidavits of Louis Levine and Eric Yaffe, and an Appendix of documents.

Respectfully submitted,

/s/ Eric L. Yaffe
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
     & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C.  20037
Telephone:     (202) 295-2200
Facsimile:     (202) 295-2250

Date:  September 11, 2007         Attorneys for Defendant/Counter-Plaintiff
                                  NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2007, a copy of the foregoing **DEFENDANT/COUNTER-PLAINTIFF NGP SOFTWARE, INC. NOTICE OF FILING ITS OPPOSITION TO ARISTOTLE'S MOTION FOR SUMMARY JUDGMENT** was filed on Pacer and electronically delivered to the following:

Robert L. Bredhoff, Esq. (DC Bar No. 338103)
  Rbredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
  Dfierst@steinmitchell.com
Stein, Mitchell & Mezines L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:    (202) 737-7777
Facsimile:    (202) 296-8312

J. Blair Richardson, Esq. (DC Bar No. 385482)
  Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia  22043
Telephone:    (703) 846-0078
Facsimile:    (703) 846-0576

Attorneys for Plaintiff/Counter-Defendant Aristotle International, Inc.


/s/ Eric L. Yaffe