**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v.                              ) | Civil Action No.1:05CV01700 (TFH) |
| ) | |
| NGP SOFTWARE, INC.   ) | |
| ) | |
| Defendant ) | |

**NOTICE OF FILING REPLY TO NGP'S OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

Plaintiff Aristotle International, Inc., by counsel, gives notice that it has filed under seal, pursuant to the Protective Order, its Reply to NGP's Opposition to Plaintiff's Motion for Summary Judgment and accompanying Exhibits.

Respectfully submitted,

*/s/ J. Blair Richardson*
J. Blair Richardson, Esq. (DC Bar No. 385482)
Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:    703-846-0576
Counsel to Plaintiff

        */s/ Robert L. Bredhoff*
        Robert L. Bredhoff, Esq. (DC Bar No. 338103)
        RBredhoff@steinmitchell.com
        David U. Fierst, Esq. (DC Bar No. 912899)
        DFierst@steinmitchell.com
        STEIN, MITCHELL & MEZINES, L.L.P.
        1100 Connecticut Avenue, N.W.
        Suite 1100
        Washington, D.C. 20036
        Telephone:   (202) 737-7777
        Facsimile:    (202) 296-8312 (fax)
        Counsel to Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2007, a copy of the foregoing Notice of Filing Reply to NGP's Opposition to Plaintiff's Motion for Summary Judgment was electronically filed.

        */s/ J. Blair Richardson*
        J. Blair Richardson

2