IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700(TFH) |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**DEFENDANT/COUNTER-PLAINTIFF NGP SOFTWARE, INC.'S
NOTICE OF FILING ITS REPLY TO ARISTOTLE'S OPPOSITION TO
NGP'S MOTION FOR SUMMARY JUDGMENT**

Defendant/Counter-Plaintiff NGP Software, Inc. ("NGP"), by counsel, hereby provides notice that it has filed under seal, pursuant to the parties' Protective Order, its Reply to Aristotle's Opposition to NGP's Motion for Summary Judgment, an Appendix of documents, and a Motion to Exceed Page Limitation, including proposed Order.

                                                        Respectfully submitted,

                                      /s/ Eric L. Yaffe
                                      Eric L. Yaffe (DC Bar No. 439750)
                                        Eric.Yaffe@gpmlaw.com
                                      Iris Figueroa Rosario (DC Bar No. 477009)
                                        Iris.Rosario@gpmlaw.com
                                      GRAY, PLANT, MOOTY, MOOTY
                                            & BENNETT, P.A.
                                      2600 Virginia Avenue, N.W., Suite 1111
                                      Washington, D.C.  20037
                                      Telephone:    (202) 295-2200
                                      Facsimile:    (202) 295-2250

Date:  September 19, 2007        Attorneys for Defendant/Counter-Plaintiff
                                      NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2007, a copy of the foregoing **DEFENDANT/COUNTER-PLAINTIFF NGP SOFTWARE, INC.'S NOTICE OF FILING ITS REPLY TO ARISTOTLE'S OPPOSITION TO NGP'S MOTION FOR SUMMARY JUDGMENT** was filed on Pacer and electronically delivered to the following:

Robert L. Bredhoff, Esq. (DC Bar No. 338103)
   Rbredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No. 912899)
   Dfierst@steinmitchell.com
Stein, Mitchell & Mezines L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:    (202) 737-7777
Facsimile:    (202) 296-8312

J. Blair Richardson, Esq. (DC Bar No. 385482)
   Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia  22043
Telephone:    (703) 846-0078
Facsimile:    (703) 846-0576

Attorneys for Plaintiff/Counter-Defendant Aristotle International, Inc.


                            /s/ Eric L. Yaffe