# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.1:05CV01700 (TFH) |
| ) | |
| NGP SOFTWARE, INC. ) | |
| ) | |
| Defendant ) | |

## NOTICE OF FILING PLAINTIFF'S
## PRETRIAL STATEMENT UNDER SEAL

Plaintiff Aristotle International, Inc., by counsel, gives notice that it has filed under seal, pursuant to the Protective Order, its Pretrial Statement.

Respectfully submitted,

*/s/ J. Blair Richardson*
J. Blair Richardson, Esq. (DC Bar No. 385482)
Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone:   (703) 846-0078
Facsimile:   703-846-0576
Counsel to Plaintiff

>*/s/ Robert L. Bredhoff*
>Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>RBredhoff@steinmitchell.com
>David U. Fierst, Esq. (DC Bar No. 912899)
>DFierst@steinmitchell.com
>STEIN, MITCHELL & MEZINES, L.L.P.
>1100 Connecticut Avenue, N.W.
>Suite 1100
>Washington, D.C. 20036
>Telephone:   (202) 737-7777
>Facsimile:    (202) 296-8312 (fax)
>Counsel to Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2007, a copy of the foregoing Notice of Filing Plaintiff's Pretrial Statement was electronically filed.

>*/s/ J. Blair Richardson*
>J. Blair Richardson