IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>vs. )<br>)<br>NGP SOFTWARE, INC., )<br>)<br>Defendant/Counter-Plaintiff. ) | Civil Action No. 1:05CV01700(TFH) |

**DEFENDANT/COUNTER-PLAINTIFF NGP SOFTWARE, INC.'S
NOTICE OF FILING ITS PRETRIAL STATEMENT UNDER SEAL**

Defendant/Counter-Plaintiff NGP Software, Inc. ("NGP"), by counsel, hereby provides notice that it filed under seal, pursuant to the parties' Protective Order, its Pretrial statement.

Respectfully submitted,

/s/ Eric L. Yaffe
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
      & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone:   (202) 295-2200
Facsimile:   (202) 295-2250

Date: September 24, 2007

Attorneys for Defendant/Counter-Plaintiff
NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007, a copy of the foregoing **DEFENDANT/COUNTER-PLAINTIFF NGP SOFTWARE, INC.'S NOTICE OF FILING ITS PRETRIAL STATEMENT** was filed on Pacer and electronically delivered to the following:

>Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>  Rbredhoff@steinmitchell.com
>David U. Fierst, Esq. (DC Bar No. 912899)
>  Dfierst@steinmitchell.com
>Stein, Mitchell & Mezines L.L.P.
>1100 Connecticut Avenue, N.W.
>Washington, D.C. 20036
>Telephone:   (202) 737-7777
>Facsimile:   (202) 296-8312
>
>J. Blair Richardson, Esq. (DC Bar No. 385482)
>  Blair.Richardson@aristotle.com
>2582 Holly Manor Drive
>Falls Church, Virginia 22043
>Telephone:   (703) 846-0078
>Facsimile:   (703) 846-0576
>
>Attorneys for Plaintiff/Counter-Defendant Aristotle International, Inc.

/s/ Eric L. Yaffe