IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| vs. ) | Civil Action No. 1:05CV01700(TFH) |
| ) | |
| NGP SOFTWARE, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**NGP SOFTWARE, INC.'S NOTICE OF FILING ITS OPPOSITION TO ARISTOTLE INTERNATIONAL, INC.'S MOTION FOR LEAVE TO TREAT CERTAIN FACTS AS NON-CONFIDENTIAL UNDER SEAL**

Defendant/Counter-Plaintiff NGP Software, Inc., by counsel, hereby provides notice that it has filed under seal, pursuant to the parties' Stipulated Confidentiality Agreement and Protective Order, its Opposition to Aristotle International, Inc.'s Motion for Leave to Treat Certain Facts as Non-Confidential. This document is not available for public viewing.

Respectfully submitted,

/s/ Iris Figueroa Rosario
Eric L. Yaffe (DC Bar No. 439750)
  Eric.Yaffe@gpmlaw.com
Iris Figueroa Rosario (DC Bar No. 477009)
  Iris.Rosario@gpmlaw.com
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037
Telephone:    (202) 295-2200
Facsimile:    (202) 295-2250

Date: December 17, 2007         Attorneys for Defendant/Counter-Plaintiff
                                NGP Software, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2007, a copy of the foregoing **NGP SOFTWARE, INC.'S NOTICE OF FILING ITS OPPOSITION TO ARISTOTLE INTERNATIONAL, INC.'S MOTION FOR LEAVE TO TREAT CERTAIN FACTS AS NON-CONFIDENTIAL UNDER SEAL** was filed on Pacer and electronically delivered to the following:

> Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>   Rbredhoff@steinmitchell.com
> David U. Fierst, Esq. (DC Bar No. 912899)
>   Dfierst@steinmitchell.com
> Stein, Mitchell & Mezines L.L.P.
> 1100 Connecticut Avenue, N.W.
> Washington, D.C. 20036
> Telephone:    (202) 737-7777
> Facsimile:    (202) 296-8312
>
> J. Blair Richardson, Esq. (DC Bar No. 385482)
>   Blair.Richardson@aristotle.com
> 2582 Holly Manor Drive
> Falls Church, Virginia 22043
> Telephone:    (703) 846-0078
> Facsimile:    (703) 846-0576
>
> Attorneys for Plaintiff/Counter-Defendant Aristotle International, Inc.

/s/ Iris Figueroa Rosario