**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARISTOTLE INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.1:05CV01700 (TFH) |
| ) | |
| NGP SOFTWARE, INC. ) | |
| ) | |
| Defendant ) | |

**NOTICE OF FILING UNDER SEAL PLAINTIFF'S REPLY TO
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO TREAT CERTAIN FACTS AS NON-CONFIDENTIAL**

Plaintiff Aristotle International, Inc., by counsel, gives notice that it has filed under seal, pursuant to the Protective Order, its Reply to Defendant's Opposition to Plaintiff's Motion for Leave to Treat Certain Facts as Non-Confidential and accompanying Exhibits.

Respectfully submitted,

*/s/ J. Blair Richardson*
J. Blair Richardson, Esq. (DC Bar No. 385482)
    Blair.Richardson@aristotle.com
2582 Holly Manor Drive
Falls Church, Virginia 22043
Telephone:  (703) 846-0078
Facsimile:   703-846-0576
Counsel to Plaintiff

/s/ Robert L. Bredhoff
Robert L. Bredhoff, Esq. (DC Bar No. 338103)
        RBredhoff@steinmitchell.com
David U. Fierst, Esq. (DC Bar No.  912899)
        DFierst@steinmitchell.com
STEIN, MITCHELL & MEZINES, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
        Telephone:  (202) 737-7777
        Facsimile:   (202) 296-8312 (fax)
        Counsel to Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2007, a copy of

the foregoing Notice of Filing Under Seal Plaintiff's Reply to Defendant's

Opposition to Plaintiff's Motion for Leave to Treat Certain Facts as Non-

Confidential was electronically filed.


/s/ J. Blair Richardson
J. Blair Richardson

2