IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARISTOTLE INTERNATIONAL, INC. )
                               )
    Plaintiff             )
                               )
v.                             ) Civil Action No.1:05CV01700 (TFH)
                               )
NGP SOFTWARE, INC.             )
                               )
    Defendant             )


**NOTICE OF FILING UNDER SEAL PLAINTIFF'S
RESPONSE TO CAPITOL ADVANTAGE LLC'S MOTION
TO INTERVENE AND ITS REPLY TO CAPITOL ADVANTAGE
LLC'S OPPOSITION TO PLAINITFF'S MOTION FOR LEAVE
TO TREAT CERTAIN FACTS AS NON-CONFIDENTIAL**

Plaintiff Aristotle International, Inc., by counsel, gives notice that it has filed under seal, pursuant to the Protective Order, Plaintiff's Response to Capitol Advantage LLC's Motion to Intervene and its Reply to Capitol Advantage LLC's Opposition to Plaintiff's Motion For Leave to Treat Certain Facts as Non-Confidential and accompanying Exhibit.


    Respectfully submitted,


    */s/ J. Blair Richardson*
    J. Blair Richardson, Esq. (DC Bar No. 385482)
        Blair.Richardson@aristotle.com
    2582 Holly Manor Drive
    Falls Church, Virginia 22043
    Telephone:  (703) 846-0078
    Facsimile:   703-846-0576
    Counsel to Plaintiff

>/s/ Robert L. Bredhoff
>Robert L. Bredhoff, Esq. (DC Bar No. 338103)
>    RBredhoff@steinmitchell.com
>David U. Fierst, Esq. (DC Bar No. 912899)
>    DFierst@steinmitchell.com
>STEIN, MITCHELL & MEZINES, L.L.P.
>1100 Connecticut Avenue, N.W.
>Suite 1100
>Washington, D.C. 20036
>    Telephone: (202) 737-7777
>    Facsimile:  (202) 296-8312 (fax)
>    Counsel to Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2007, a copy of the foregoing Notice of Filing Under Seal Plaintiff's Response to Capitol Advantage LLC's Motion to Intervene and Its Reply to Capitol Advantage LLC's Opposition to Plaintiff's Motion For Leave to Treat Certain Facts as Non-Confidential was electronically filed.

>/s/ J. Blair Richardson
>J. Blair Richardson