**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARISTOTLE, INC. | ) |
| | ) |
| Plaintiff | ) **Civil Action No. 1:05CV01700** |
| | ) |
| v. | ) |
| | ) |
| | ) |
| NGP SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

WILL THE CLERK OF THE COURT please enter the appearance of Rachel J. Goldstein, Esquire and Gary & Regenhardt PLLC as counsel in the above captioned case for Capitol Advantage LLC.

Respectfully Submitted,

 /s/ Rachel J. Goldstein_____
Rachel J. Goldstein, Esquire
rgoldstein@garyreg.com
GARY & REGENHARDT PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182
Telephone:    (703) 848-2828
Facsimile:    (703) 893-9276
Counsel for Capitol Advantage LLC

**Certificate of Service**

2

    I hereby certify that on this __15th__ day of January, 2008, a true and correct copy of the foregoing was sent via facsimile and U.S mail to the following person:

Eric L. Yaffe, Esquire
Gray, Plant, Mooty PA
2600 Virginia Avenue, NW
Suite 1111
Washington, DC 20037

J. Blair Richardson, Esquire
7440 Chummley Court
Falls Church, Virginia 22043

                                                         /s/ Rachel J. Goldstein
                                                         Rachel J. Goldstein, Esquire